# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR.,ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI

V.

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a TheStation, ET ALS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) AMERICAN FOAM CORPORATION
RESIDENT AGENT FOR SERVICE OF PROCESS:
Thomas C.Angelone, Esq.
One Turks Head Place
Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
**RONALD J. RESMINI, LTD., Law Offices**
**155 South Main Street, Suite 400**
**Providence, Rhode Island 02903**
(401)751-8855

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 4/25/03

## RETURN OF SERVICE

| | |
|---|---|
| vice of the Summons and complaint was made by me[1] | DATE 4/28/03 |
| E OF SERVER (PRINT) KENNETH KNURISIAN | TITLE FEDERAL COURT PROCESS SERVER |

*heck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): \ [signature] AGENT FOR AMERICAN FOAM CORPORATION

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES 40 | TOTAL 40 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/28/03 [signature]
Date Signature of Server

1846 ATWOOD AVE
Address of Server

JOHNSTON RI 02919

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.