UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET ALS :
:
-VS- : C.A. NO: 03-148 L
:
JEFFREY DERDERIAN, ET ALS

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Now come the Plaintiffs in the above entitled cause and petition this Honorable Court for a leave to amend the Complaint pursuant to Rule 15A. As grounds therefore, Plaintiffs states that Defendant, Anheuser-Busch Companies, Inc., was misnamed and will be changed to Anheuser-Busch Company and Anheuser-Busch, Inc. naming both defendants, as well as adding additional defendants, Shell Oil Company and Motiva Enterprises LLC.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
By:

RONALD J. RESMINI, ESQ. #0484
155 South Main St. Suite 400
Providence, RI 02903
(401) 751-8855
DATED: May 16, 2003

6