UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET ALS :

VS : C.A. NO: 03-148 L

JEFFREY DERDERIAN, ET :

FILED MAY 27 2003 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Now come the Plaintiffs in the above entitled cause and petition this Honorable Court for a leave to amend the Complaint pursuant to Rule 15A in the form attached. Plaintiff's Second Amended Complaint is enclosed and attached hereto.

Plaintiff's First Amended Complaint was served upon the State of Rhode Island, represented by Attorney James R. Lee who has no objection to my Second Amended Complaint. Defendant American Foam was served upon their attorney, Thomas Angelone who also has no objection to my Second Amended Complaint.

Granted:
Ronald R. Lagueux
Sr. USDJ 5/28/03

By their Attorneys,
RESMINI LAW OFFICES, LTD.
By:

RONALD J. RESMINI, ESQ. #0484
155 South Main St. Suite 400
Providence, RI 02903
(401)751-8855
DATED: May 23, 2003

8