UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**ENTRY OF APPEARANCE**

Joseph V. Cavanagh, Jr., Esq. and Kristin E. Rodgers, Esq. of Blish & Cavanagh, hereby enter their appearance in the above-captioned matter on behalf of Defendant Anheuser-Busch Inc.

Defendant Anheuser-Busch Inc.

By its Attorneys,

Joseph V. Cavanagh, Jr.
Kristin E. Rodgers (JVC Jr.)

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers # 4842
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: 401-831-8900
Facsimile: 401-751-7542

10

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 29th day of May, 2003 I caused a true copy of the foregoing Entry of Appearance to be sent via first class mail, postage prepaid, to:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Joseph V. Cavanagh Jr.