# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

V.

JEFFREY DERDERIAN, MICHAEL DERDERIAN,
DERCO LLC d/b/a The Station, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) DENNIS LAROCQUE, Individually and as Fire Inspector forthe Town of West Warwick

RESIDENT AGENT FOR SERVICE OF PROCESS:
Marc DeSisto, Esq.
211 Angell St.
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

Francis P. McCab

(By) DEPUTY CLERK

DATE 5/30/03

(13)

| -vice of the Summons and complaint was made | DATE |
|---|---|
| (E OF SERVER *(PRINT)* | TITLE |

*;heck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

**STATEMENT OF SERVICE FEES**

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.**

**Executed on** ______ Date ______ *Signature of Server*

______ *Address of Server*

Service accepted by:

Marc DeSisto 6/2/03

Marc DeSisto Date

to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.