UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**ENTRY OF APPEARANCE**

William P. Robinson III, Stephen M. Prignano, and Stephen J. MacGillivray of Edwards & Angell, LLP hereby enter their appearance in the above-captioned matter on behalf of Defendant Clear Channel Broadcasting, Inc.

Defendant Clear Channel Broadcasting, Inc.

By its Attorneys,

William P. Robinson III
Stephen M. Prignano
Stephen J. MacGillivray /SM

William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611

Date: June 5, 2003

14

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 5th day of June, 2003 I caused a true copy of the foregoing Entry of Appearance to be sent via first class mail, postage prepaid, to:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

William P. Robinson III



PRV_578632_1/WROBINSON