UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 06 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET. AL,

*Plaintiffs,*

vs.

DERDERIAN ET. AL,

*Defendants.*

**C.A. No.** *03-148L*

**STIPULATION**

NOW COME the Plaintiffs and named Defendants the Town of West Warwick and Denis Larocque and stipulate as follows:

Defendants, the Town of West Warwick and Denis Larocque shall have up to and including July 15, 2003 to answer or otherwise respond to the plaintiff's complaint.

Plaintiffs,
By their Attorneys,

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903
(401) 751-8855

Defendants,
By their Attorneys,

Marc DeSisto, Esq., No. 2757
DESISTO LAW
211 Angell Street
PO Box 2563
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

Enter: Ronald R. Lagueux
Sr. USDJ 5/9/03

16