AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF
RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN OF DECEDENT,
JOSEPH E. ROSSI

vs.

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, LLC,
ET AL

## APPEARANCE

CASE NUMBER: 03-148 L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **JEFFREY DERDERIAN, MICHAEL DERDERIAN AND DERCO, LLC**

June 9, 2003
Date

[signature]
Signature

Anthony F. DeMarco, Esquire
Print Name REYNOLDS, DEMARCO & BOLAND, LTD.

170 Westminster Street, Suite 200
Address

Providence, RI 02903
City State Zip Code

(401) 861-5522
Phone Number

cc: Ronald J. Resmini, Esq.
Thomas C. Angelone, Esq.
Joseph V. Cavanagh, Jr., Esq.

(17)