UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, Alias, et al | : | |
| | : | |
| v. | : | C.A. NO: 03-148L |
| | : | |
| JEFFREY DERDERIAN, et al | : | |

***ENTRY OF APPEARANCE***

Now comes Thomas C. Angelone, Esq. and hereby enters his appearance on behalf of Defendant, ***American Foam Corporation***, in the above-captioned matter.

Thomas C. Angelone, Esq./#1373
HODOSH, SPINELLA & ANGELONE PC
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
*(401) 274-0200 Fax (401) 274-7538*

Dated: June 9, 2003

***CERTIFICATION***

I hereby certify that on this 9th day of June, 2003, I caused a copy of the within ***Entry of Appearance*** to be mailed by first class mail, postage prepaid to the following:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, Rhode Island 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, Rhode Island 02903

18

Joseph V. Cavanagh, Jr.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, Rhode Island 02903

Marc DeSisto, Esq.
Desisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, Rhode Island 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, Rhode Island 02903

/lmo