JTM:ems 03-206 6/13/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS,
WALTER CASTLE, JR., ALIAS
and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI

VS. C.A. No. 03-148 L

JEFFREY DERDERIAN, ET AL

**SPECIAL ENTRY OF APPEARANCE**

Now comes Kelly N. Michels, Esquire (R.I. Bar No. 6478), and enters her appearance, specially, for defendants, Triton Realty Limited Partnership and Triton Realty, Inc., who have been named as defendants, but have not yet been served with process in this action.

Kelly N. Michels

Kelly N. Michels, Esquire #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

**PROOF OF SERVICE**

I hereby certify that on this 16th day of June, 2003, I served the within Special Entry of Appearance by mailing a copy of same to **Ronald J. Resmini, Esquire**, RESMINI LAW OFFICES, LTD., 155 South Main Street, Suite 400, Providence, RI 02903.

Kelly N. Michels
of Hanson Curran LLP

19