UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERRYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI | : | C.A. No. 03-148 L |
| vs. | : | |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FELICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, COMPANIES INC., McLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants, Jeffrey Derderian, Michael Derderian, and Derco, LLC, hereby move that CHRISTOPHER C. FALLON, JR. be admitted *pro hac vice* in the above-named case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: catastrophic fire litigation;

(27)

☒ *Pro hac vice* counsel has a long-standing representation of the insurance carrier for defendants Jeffrey Derderian, Michael Derderian and Derco d/b/a The Station;

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

☒ Other: *Pro hac vice* counsel has been admitted *Pro hac vice* in the related state court cases, and he and his firm have been active in the representation of his clients since the weekend after the fire.

By: ______________________
Attorney for Defendants

PHILA1\1850157\1 134825.000

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. I certify that I am a member in good standing of the bar of the Commonwealth of Pennsylvania, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: none

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Christopher C. Fallon, Jr., Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508
Telephone: (215) 665-2036
Facsimile: (215) 701-2036

Anthony F. DeMarco, Esquire #0799
Local Associate Counsel
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
Telephone: (404) 861-5522
Facsimile: (401) 331-4861

ORDER: This motion is hereby ______________________________

______________________________
U.S. District Judge

Date:______________________________

PHILA1\1850078\1 099994.000