3UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 17 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**STIPULATION**

NOW COME the plaintiffs and defendant Clear Channel Broadcasting, Inc., and stipulate as follows:

Defendant Clear Channel Broadcasting, Inc. may have up to and including July 21, 2003 to answer or otherwise respond to the plaintiffs' Second Amended Complaint.

Plaintiffs,

By Their Attorneys,

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903
(401) 751-8855

Defendant
Clear Channel Broadcasting, Inc.
By its Attorneys,

William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611

Date: June 12, 2003

Enter: Ronald R. Lagueux
Sr. USDJ 6/17/03

28

PRV_581175_1/WROBINSON