UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiff | ) | |
| v. | ) | C.A. No. 03-148/L |
| JEFFREY DERDERIAN, ET AL., Defendants | ) | |

**ENTRY OF APPEARANCE**

Howard A. Merten and Eric M. Sommers hereby enter their appearance on behalf of defendant, McLaughlin & Moran, Inc.

Howard A. Merten, No. 3171
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060 272-6803 FAX

Dated: June 19, 2003

29

CERTIFICATE OF SERVICE

To:
Ronald J. Resmini, Esq.
Ronald J. Resmini, Ltd., Law Offices
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

James R. Lee, Esq.
Assistant Attorney General
150 S. Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 020-3

William P. Robinson III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards& Angell
2800 Financial Plaza
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

I hereby certify that I served on the above-named counsel of record a copy of the within Entry of Appearance by mailing first class mail, postage prepaid, on the 19th day of June, 2003.

Sharon [signature]