FILED
JUN 18 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al. | : | |
| | : | |
| vs. | : | C.A. No. 03-148 L |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT

The parties hereby stipulate that defendants State of Rhode Island and Irving J. Owens, Fire Marshall for the State of Rhode Island, shall have to and including August 1, 2003 to respond to the Second Amended Complaint on file herein.

Ronald J. Resmini, Esq.
Attorney for Plaintiff
155 S. Main St.
Providence, RI 02903

Dated: 6/17/03, 2003

James R. Lee, Esq.
Assistant Attorney General
150 S. Main St.
Providence, RI 02903

Dated: 6/18, 2003

Enter: Ronald R. Lagueux
Sr. USDJ 6/20/03

31