# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

V.

JEFFREY DERDERIAN, MICHAEL DERDERIAN,
DERCO LLC d/b/a The Station, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **TRITON REALTY, INC.**

**AGENT FOR SERVICE OF PROCESS:**

**Daniel P. McKiernan, Esq.**
**The Francis Building**
**146 Westminster St.**
**Prov., RI 02903**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Francis P. McCabe

DATE 6/19/03

(By) DEPUTY CLERK

33

| | |
|---|---|
| ice of the Summons and complaint was made by | DATE |
| OF SERVER *(PRINT)* | TITLE |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Service on Daniel P. McKiernan. I hereby accept service as attorney for the defendant this [illegible]th day of June 2003. Daniel P. McKiernan. (4705)

**STATEMENT OF SERVICE FEES**

| EL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.