6/23

RECEIVED

JUN 24 2003

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**STIPULATION**

Defendants, Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc., and plaintiff, Tammy Passa, Alias, Walter Castle, Jr., Alias and Cheryl Harris-Rossi, Next-of-Kin of Decedent, Joseph E. Rossi, by and through their counsel, hereby agree that Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. may have up to and including to July 25, 2003 answer or otherwise respond to the Amended Complaint.

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN OF DECEDENT, JOSEPH E. ROSSI

By their Attorneys,

Ronald J. Resmini, Esq.
Ronald J. Resmini Ltd.
Packet Building
155 South Main Street, Suite 400
Providence, RI 02903
Telephone: (401) 751-8855

ANHEUSER-BUSCH COMPANIES, INC. and ANHEUSER-BUSCH, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900

Dated: June 23, 2003

Enter: Ronald R. Lagueux
Sr. USDJ 6/24/03

35