UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS,
WALTER CASTLE, JR., ALIAS,
And CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,

VS. C.A. NO.: 03-148 L

JEFFREY DERDERIAN,
MICHAEL DERDERIAN,
DERCO LLC,
MANIC MUSIC MANAGEMENT, INC.,
JACK RUSSELL,
MARK KENDALL,
DAVID FILICE,
ERIC POWERS,
DANIEL BICHELE,
PAUL WOOLNOUGH,
KNIGHT RECORDS, INC.,
ANHEUSER-BUSCH COMPANIES, INC.
ANHEUSER-BUSCH INC.,
McLAUGHLIN AND MORAN, INC.,
SHELL OIL CO. d/b/a MOTIVA ENTERPRISES, LLC,
LUNA TECH, INC.,
LUNA TECH PYROTECHNIK GmbH,
AMERICAN FOAM CORPORATION,
GENERAL FOAM CORPORATION,
FOAMEX INTERNATIONAL INC.,
WHJY, INC.,
CLEAR CHANNEL COMMUNICATIONS, INC.,
CLEAR CHANNEL BROADCASTING, INC.,
TOWN OF WEST WARWICK,
DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK,
STATE OF RHODE ISLAND,
IRVING J. OWENS, Individually and in his Capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND,
TRITON REALTY LIMITED PARTNERSHIP,
TRITON REALTY, INC.,
And JOHN DOES 1 through 100.

37

**DEFENDANTS, SHELL OIL COMPANY AND MOTIVA ENTERPRISES LLC'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT (ASSENTED TO)**

Now come the Defendants, Shell Oil Company and Motiva Enterprises LLC and hereby request an extension of time from July 2, 2003, until August 15, 2003, to answer or otherwise respond to the Plaintiffs' complaint.

The Plaintiffs' attorney has consented to this request for an extension of time to answer or otherwise respond to the complaint.

Wherefore, these Defendants request that they be allowed to answer or otherwise respond to the Plaintiffs' complaint by August 15, 2003.

Assented to:

Plaintiffs,
Tammy Passa, Alias,
Walter Castle, Jr., Alias, and
Cheryl Harris-Rossi, Next-of-Kin of
Decedent, Joseph E. Rossi,
By Their Attorney,

Ronald J. Resmini, Esq.
155 South Main Street
Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 Fax

Defendants,
Shell Oil Company
Motiva Enterprises LLC
By Their Attorneys,

Faith A. LaSalle (#2212)
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax

**CERTIFICATION**

I hereby certify that on the 1st day of July, 2003, I caused a true copy of the foregoing to be mailed to the following counsel of record:

Ronald J. Resmini, Esq.
Ronald J. Resmini, Ltd. Law Offices
155 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster St., #200
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Howard Merten, Esq.
Vetter & White
20 Washington Pl.
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

William P. Robinson, III Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards and Angell
One Financial Plaza, Ste. 2700
Providence, RI 02903

Mark Desisto, Esq.
Desisto Law Offices
211 Angell Street
Providence, RI 02909

Kathryn J. Dufour

ZIZIK, LASALLE & POWERS, P.C.