UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, ALIAS,<br>WALTER CASTLE, JR., ALIAS,<br>And CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,<br><br>VS.<br><br>JEFFREY DERDERIAN,<br>MICHAEL DERDERIAN,<br>DERCO LLC,<br>MANIC MUSIC MANAGEMENT, INC.,<br>JACK RUSSELL,<br>MARK KENDALL,<br>DAVID FILICE,<br>ERIC POWERS,<br>DANIEL BICHELE,<br>PAUL WOOLNOUGH,<br>KNIGHT RECORDS, INC.,<br>ANHEUSER-BUSCH COMPANIES, INC.<br>ANHEUSER-BUSCH INC.,<br>McLAUGHLIN AND MORAN, INC.,<br>SHELL OIL CO. d/b/a MOTIVA ENTERPRISES, LLC,<br>LUNA TECH, INC.,<br>LUNA TECH PYROTECHNIK GmbH,<br>AMERICAN FOAM CORPORATION,<br>GENERAL FOAM CORPORATION,<br>FOAMEX INTERNATIONAL INC.,<br>WHJY, INC.,<br>CLEAR CHANNEL COMMUNICATIONS, INC.,<br>CLEAR CHANNEL BROADCASTING, INC.,<br>TOWN OF WEST WARWICK,<br>DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK,<br>STATE OF RHODE ISLAND,<br>IRVING J. OWENS, Individually and in his Capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND,<br>TRITON REALTY LIMITED PARTNERSHIP,<br>TRITON REALTY, INC.,<br>And JOHN DOES 1 through 100. | C.A. NO.: 03-148 L |

FILED
JUL 01 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

38

**DEFENDANTS, SHELL OIL COMPANY AND MOTIVA ENTERPRISES LLC'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT (ASSENTED TO)**

Now come the Defendants, Shell Oil Company and Motiva Enterprises LLC and hereby request an extension of time from July 2, 2003, until August 15, 2003, to answer or otherwise respond to the Plaintiffs' complaint.

The Plaintiffs' attorney has consented to this request for an extension of time to answer or otherwise respond to the complaint.

Wherefore, these Defendants request that they be allowed to answer or otherwise respond to the Plaintiffs' complaint by August 15, 2003.

Assented to:

Plaintiffs,
Tammy Passa, Alias,
Walter Castle, Jr., Alias, and
Cheryl Harris-Rossi, Next-of-Kin of
Decedent, Joseph E. Rossi,
By Their Attorney,

[signature]

Ronald J. Resmini, Esq.
155 South Main Street
Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 Fax

Defendants,
Shell Oil Company
Motiva Enterprises LLC
By Their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax

Granted:

Ronald R. Lagueux
Sr. USDJ 7/8/03