UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 02 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148L

JEFFREY DERDERIAN, ET AL.

**STIPULATION**

NOW COME the plaintiffs and defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY, Inc., and stipulate as follows:

Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY, Inc., may have up to and including July 25, 2003 to answer or otherwise respond to the plaintiffs' Second Amended Complaint.

Plaintiffs,
By Their Attorneys,

[signature]
Ronald J. Resmini (#0484)
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903
(401) 751-8855
(401) 737-6464 (Fax)

Defendants,
Clear Channel Broadcasting, Inc.
Clear Channel Communications, Inc.
WHJY, Inc.
By Their Attorneys,

William P. Robinson III
William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

Date: July 2, 2003

Enter: Ronald R. Lagueux
Sr. USDJ 7/8/03

(39)