UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| vs. | : | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., SHELL OIL CO. d/b/a/ MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 Does 1 through 100, Defendants | : | |

<u>JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANT'S MOTION TO ABSTAIN AND TO DISMISS CASE</u>

(42)

Defendants Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., McLaughlin and Moran, Inc., Shell Oil Company, Motiva Enterprises LLC, and Clear Channel Broadcasting, Inc. (collectively, the "Moving Defendants") hereby jointly move for an extension of time in which they and any other party who seeks to respond may file an objection to Defendant American Foam Corporation's Motion to Abstain and to Dismiss Case. The Moving Defendants respectfully request an extension until July 31, 2003, in which to respond to said motion. American Foam Corporation does not object to the requested extension.

In support hereof, the Moving Defendants rely on the accompanying memorandum of law.

ANHEUSER-BUSCH, COMPANIES, INC.
and ANHEUSER-BUSCH INC,

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

McLAUGHLIN & MORAN, INC.

By its Attorneys,

Howard A. Merten #3171
Eric M. Sommers #6213
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Telecopier: (401) 272-6803

CLEAR CHANNEL BROADCASTING, INC.,

By its Attorneys,

*William P. Robinson (by ker)*

William P. Robinson, III #1686
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Telecopier: (401) 276-6611

SHELL OIL COMPANY and MOTIVA ENTERPRISES LLC,

By its Attorneys,

*Faith LaSalle (by ker)*

Faith LaSalle #2212
ZIZIK LASALLE & POWERS, PC
40 Westminster Street
Providence, RI 02903
Telephone: (401) 421-7110
Telecopier: (401) 421-7111

CERTIFICATION

I hereby certify that on the 10th day of July, 2003, I caused a copy of the within Joint Motion for Extension of Time to be mailed, postage prepaid, to the following counsel of record:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND
170 Westminster Street, Suite 200
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW OFFICES
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

Karen R. Beaton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| vs. | : | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., SHELL OIL CO. d/b/a/ MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 Does 1 through 100, Defendants | : | |

<u>MEMORANDUM IN SUPPORT OF</u>
<u>JOINT MOTION FOR EXTENSION OF TIME TO RESPOND</u>
<u>TO CO-DEFENDANT'S MOTION TO ABSTAIN AND TO DISMISS CASE</u>

Defendants Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., McLaughlin and Moran, Inc., Shell Oil Company, Motiva Enterprises LLC, and Clear Channel Broadcasting, Inc. (collectively, the "Moving Defendants") submit the within memorandum in support of their Joint Motion to Extend Time to Respond to Co-Defendant's Motion to Abstain and to Dismiss Case.

Pursuant to 28 U.S.C. § 1369, Anheuser-Busch, Inc. removed a Providence County Superior Court action, *Ronald Kingsley, et al. v. Jeffrey Derderian, et al.* on May 30, 2003, which case is now docketed in this Court as C.A. 03-208-L. On July 2, 2003, co-defendant American Foam Corporation ("American Foam") filed a Motion to Abstain and to Dismiss Case, arguing that the newly enacted § 1369 was not intended to apply to the February 20, 2003 local disaster known as the "Station fire," and that even if § 1369 were applicable, this Court should abstain from exercising jurisdiction pursuant to § 1369(b). Objections to American Foam's motion are currently due on July 14, 2003.

The applicability of § 1369 presents novel legal issues. Neither this Court nor any other federal court has considered the jurisdictional issues raised by this newly enacted statute. In order to fully respond to the issues raised in American Foam's motion, the Moving Defendants request an extension of time until July 31, 2003, in which they and any other party who seeks to respond may file their objections.

American Foam does not object to the requested extension.

ANHEUSER-BUSCH, COMPANIES, INC.
and ANHEUSER-BUSCH INC,

By their Attorneys,

Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

McLAUGHLIN & MORAN, INC.

By its Attorneys,

Howard A. Merten (by KER)

Howard A. Merten #3171
Eric M. Sommers #6213
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Telecopier: (401) 272-6803

CLEAR CHANNEL BROADCASTING, INC.,

By its Attorneys,

William P. Robinson (by KER)

William P. Robinson, III #1686
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Telecopier: (401) 276-6611

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC,

By its Attorneys,

Faith LaSalle (by KER)

Faith LaSalle #2212
ZIZIK LASALLE & POWERS, PC
40 Westminster Street
Providence, RI 02903
Telephone: (401) 421-7110
Telecopier: (401) 421-7111

## CERTIFICATION

I hereby certify that on the 10th day of July, 2003, I caused a copy of the within Memorandum to be mailed, postage prepaid, to the following counsel of record:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND
170 Westminster Street, Suite 200
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW OFFICES
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

Karen R Beadon