UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, et als.
Plaintiffs

v. C.A. No. 03-148L

JEFFREY DERDERIAN, et al.
Defendants

*TOWN OF WEST WARWICK'S MOTION FOR EXTENSION OF TIME*

NOW COMES Defendant, Town of West Warwick and hereby moves for an extension of time in which to file an Objection to Defendant, American Foam Corporation's Motion to Abstain and to Dismiss the above captioned action. The Town submits that Defendant, American Foam Corporation has no objection to the within Motion.

WHEREFORE, the Town respectfully requests up to and including July 23, 2003 within which to file its Objection and supporting Memorandum in opposition to Defendant, American Foam's Motion to Abstain or Dismiss.

Town of West Warwick,
By their attorney,

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
Fax: 272-9937
E-Mail: marc@desistolaw.com

43

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 11th day of July 2003, to:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco, & Boland, Ltd
170 Westminster Street, Suite 200
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, III., Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903