UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,

Plaintiffs,

v. C.A. No. 03-148L

JEFFREY DERDERIAN,

Defendants

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY-FM hereby move that W. Thomas McGough, Jr., be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ The case involves the following complex area of the law, in which Plaintiff's counsel specializes: Mass tort

☐ __________ counsel's long-standing representation of the client:
________________________________________

☐ The local trial bar lacks experience in the field of:
________________________________________

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which ____________________ counsel is familiar, specifically: ____________________

☐ The case requires extensive discovery in a foreign jurisdiction convenient to ______________ counsel, as follows:
________________________________________

44

☐ It is a criminal case, and __________ counsel is defendant's counsel of choice.

☐ Other:

______________________________________________________

CLEAR CHANNEL BROADCASTING, INC., CLEAR CHANNEL COMMUNICATIONS, INC., and WHJY-FM

By their Attorneys,

William P. Robinson III
William P. Robinson III (#1686)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
Telecopy (401) 276-6611

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. I certify that I am a member in good standing, without any restriction on my eligibility to practice, of the bars of the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania, and that I understand my obligation to notify this Court immediately of any change respecting my status in either respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

W. Thomas McGough, Jr., Esquire
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3088
Facsimile: 412.288.3063

William P. Robinson III, Esquire
R.I. Bar I.D. No. 1686
Local Associate Counsel
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: 401.274.9200
Facsimile: 401.276.6611

ORDER: This motion is hereby ________________

______________________________
U.S. District Judge

Date: __________________________

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 11th day of July, 2003 I caused a true copy of the foregoing Motion to be sent via first class mail, postage prepaid, to:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Place – Suite 1050
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Anthony F. DeMarco, Esq.
Boyer, Reynolds & DeMarco, Ltd.
Greater Providence Bank Building
170 Westminster Street
Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
Desisto Law
211 Angell Street
PO Box 2563
Providence, RI 02906

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Faith A. LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street – Suite 201
Providence, RI 02903

Howard A. Merten, Jr., Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

JUL 11 2003

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, :

Plaintiffs, :

v. : C.A. No. 03-148L

JEFFREY DERDERIAN, :

Defendants :

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY-FM hereby move that W. Thomas McGough, Jr., be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ The case involves the following complex area of the law, in which Plaintiff's counsel specializes: Mass tort

☐ __________ counsel's long-standing representation of the client:

____________________________________________

☐ The local trial bar lacks experience in the field of:

____________________________________________

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which ____________________ counsel is familiar, specifically: ____________________

☐ The case requires extensive discovery in a foreign jurisdiction convenient to ______________ counsel, as follows:

____________________________________________

44

☐ It is a criminal case, and __________ counsel is defendant's counsel of choice.

☐ Other:

______________________________________________________

CLEAR CHANNEL BROADCASTING, INC., CLEAR CHANNEL COMMUNICATIONS, INC., and WHJY-FM

By their Attorneys,

William P. Robinson III (#1686)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
Telecopy (401) 276-6611

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing, without any restriction on my eligibility to practice, of the bars of the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania, and that I understand my obligation to notify this Court immediately of any change respecting my status in either respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

W. Thomas McGough, Jr., Esquire
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3088
Facsimile: 412.288.3063

William P. Robinson III, Esquire
R.I. Bar I.D. No. 1686
Local Associate Counsel
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: 401.274.9200
Facsimile: 401.276.6611

ORDER:

This motion is hereby GRANTED

Ronald R. Lagueux
U.S. District Judge

Date: 7/24/03