JTM:ems 02-206 7/02/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL
Plaintiffs

RECEIVED
JUL 09 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

VS. C.A. No. 03-148L

JEFFREY DERDERIAN, ET AL
Defendants

**STIPULATION**

In the above-entitled cause it is agreed that the following entry be made:

The time within which defendants, Triton Realty Limited Partnership and Triton Realty, Inc., may answer or otherwise respond to the complaint of plaintiffs, Tammy Passa, et al, is extended to and including August 1, 2003.

Ronald J. Resmini, Esq.
RESMINI LAW OFFICES, LTD.
155 South Main St., Suite 400
Providence, RI 02903
Attorney for Plaintiffs

James T. Murphy, Esq. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
Attorney for Defendants, Triton Realty Limited Partnership and Triton Realty, Inc.

Dated: 7/9/03

Enter: Ronald R. Lagueux
Sr. USDJ 7/14/03

47