**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TAMMY PASSA, ALIAS, ET AL.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **C.A. No. 03-148L** |
| | : | |
| **JEFFREY DERDERIAN, ET AL.,** | : | |
| **Defendants.** | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants, Triton Realty Limited Partnership and Triton Realty, Inc., hereby move that SCOTT J. TUCKER be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

Y The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: fire cause and origin, products and premises liability and

Y The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows: numerous parties or potential parties in related actions which may be consolidated with this action were treated for extensive periods of time at hospitals in Boston.

By: [signature]
Attorney for Defendants

DATED: 7/14/03

48

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts (1978), and the following federal district court bar: District of Massachusetts (1979), without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: *Lifespan, et al. v. Combined Insurance Co., et al*, C.A. No. 02-175L.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purpose of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Scott J. Tucker (BBO #503940)
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696 – telephone
(617) 227-9191 – fax

Local Associate Counsel – James T. Murphy #1698
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax

---

**ORDER:**

This motion is hereby ______________________.

______________________________
U.S. District Judge

Date: ____________________________

**PROOF OF SERVICE**

I hereby certify that on this 14th day of July, 2003, I served the within document by mailing a copy of same to the following:

Ronald J. Resmini, Esq.
RESMINI LAW OFFICES, LTD.
155 South Main Street, Suite 400,
Providence, RI 02903;

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Stephanie Larivee-DiMaio, Esq.
James Howe, Esq.
215 Broadway
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
KristenE. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Daniel P. McKiernan, Esq.
The Francis Building
146 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02902

Ann S. Sheely, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

________________________
of Hanson Curran LLP