UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI :

-VS- :C.A.NO.03-148-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, ANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES,INC., ANHEUSER-BUSCH, INC., McLAUGHLIN AND MORAN, INC. SHELL OIL CO. d/b/a MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC. and JOHN DOES 1 through 100 :

49

<u>JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANT'S MOTION TO ABSTAIN AND TO DISMISS CASE</u>

Now come the Plaintiffs, Tammy Passa, Walter Castle, Jr. and Cheryl Harris-Rossi, Next-of-Kin of Decedent, Joseph E. Rossi, and hereby jointly move for an extension of time in which to file an Objection to Defendant, American Foam Corporation's Motion to Abstain and Dismiss Case.

The Plaintiffs respectfully request an extension up to and including August 29, 2003 in which to respond to said Motion.

Defendant, American Foam Corporation does not object to the requested extension.

In support hereof, Plaintiffs rely on the accompanying memorandum of law.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: July 14, 2003
(401)751-8855

## CERTIFICATION

I hereby certify that on this 14th day of July, 2003, I mailed a copy of the within Motion for Extension of Time by regular mail, postage prepaid to the following:

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

William P. Robinson III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell
2800 Financial Plaza
Prov., RI 02903

James R. Lee, Esq.
Assistant Attorney General
150 South Main St.
Prov., RI 02903

Joseph V. Cavanagh, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Prov., RI 02903 0

Daniel P. McKiernan, Esq.
146 Westminster St.
Prov., RI 02903

Mark T. Nugent, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Prov., RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington St.
Roxbury, MA 02119

Elaine M. Orsini

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI | : |
| -VS- | :C.A.NO.03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, CANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES,INC. ANHEUSER-BUSCH, INC., McLAUGHLIN AND MORAN, INC. SHELL OIL CO. d/b/a MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC. and JOHN DOES 1 through 100 | : |

MEMORANDUM IN SUPPORT OF JOINT MOTION
FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT, AMERICAN FOAM'S MOTION
TO ABSTAIN AND DISMISS CASE

Plaintiffs submit the within Memorandum in support of their Joint Motion to Extend Time to Response to Defendant, American Foam's Motion to Abstain and to Dismiss Case.

Pursuant to 28 U.S.C., Section 1369, Anheuser-Busch, Inc. removed a Providence County Superior Court action entitled Ronald Kingsley, et al v. Jeffrey Derderian, et al, on May 30, 2003 which case is now docketed in this Honorable Court as C.A. No. 03-208-L. On July 2, 2003, Defendant, American Foam Corporation (hereinafter called "American Foam") filed a Motion to Abstain and to Dismiss Case arguing that the newly enacted Section 1369 was not intended to apply to the February 20, 2003 local disaster known as "The Station fire" and that if Section 1369 were applicable, this Court should abstain from exercising jurisdiction pursuant to Section 1369(b). Objections to Defendant, American Foam's Motion are currently due on July 14, 2003.

The applicability of Section 1369 presents

novel legal issues. Neither this Court nor any other Federal Court has considered the jurisdictional issues raised by this newly enacted statute. In order to fully respond to the issues raised in American Foam's Motion, the Plaintiffs request an extension of time until August 29, 2003 in which to file their objections.

Defendant, American Foam does not object to the requested extension.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: July 14, 2003
(401)751-8855

CERTIFICATION

I hereby certify that on this 14th day of July, 2003, I mailed a copy of the within Memorandum by regular mail, postage prepaid to the following:

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

William P. Robinson III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell
2800 Financial Plaza
Prov., RI 02903

James R. Lee, Esq.
Assistant Attorney General
150 South Main St.
Prov., RI 02903

Joseph V. Cavanagh, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Prov., RI 02903 0

Daniel P. McKiernan, Esq.
146 Westminster St.
Prov., RI 02903

Mark T. Nugent, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Prov., RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington St.
Roxbury, MA 02119

Elaine M. Orsini