UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 1 1 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, et als.
Plaintiffs

v. C.A. No. 03-148L

JEFFREY DERDERIAN, et al.
Defendants

*TOWN OF WEST WARWICK'S MOTION*
*FOR EXTENSION OF TIME*

NOW COMES Defendant, Town of West Warwick and hereby moves for an extension of time in which to file an Objection to Defendant, American Foam Corporation's Motion to Abstain and to Dismiss the above captioned action. The Town submits that Defendant, American Foam Corporation has no objection to the within Motion.

WHEREFORE, the Town respectfully requests up to and including July 23, 2003 within which to file its Objection and supporting Memorandum in opposition to Defendant, American Foam's Motion to Abstain or Dismiss.

Granted!
Ronald R. Lagueux
Sr. USDJ 7/14/03

Town of West Warwick,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
Fax: 272-9937
E-Mail: marc@desistolaw.com

50