FILED
JUL 10 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| vs. | : | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., SHELL OIL CO. d/b/a/ MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 Does 1 through 100, Defendants | : | |

**<u>JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANT'S MOTION TO ABSTAIN AND TO DISMISS CASE</u>**

(52)

Defendants Anheuser-Busch Companies, Inc., Anheuser-Busch, Inc., McLaughlin and Moran, Inc., Shell Oil Company, Motiva Enterprises LLC, and Clear Channel Broadcasting, Inc. (collectively, the "Moving Defendants") hereby jointly move for an extension of time in which they and any other party who seeks to respond may file an objection to Defendant American Foam Corporation's Motion to Abstain and to Dismiss Case. The Moving Defendants respectfully request an extension until July 31, 2003, in which to respond to said motion. American Foam Corporation does not object to the requested extension.

In support hereof, the Moving Defendants rely on the accompanying memorandum of law.

ANHEUSER-BUSCH, COMPANIES, INC.
and ANHEUSER-BUSCH INC,

By their Attorneys,

Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

McLAUGHLIN & MORAN, INC.

By its Attorneys,

Howard A. Merten (by ker)

Howard A. Merten #3171
Eric M. Sommers #6213
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Telecopier: (401) 272-6803

Granted: Ronald R. Lagueux
Sr. USDJ 7/15/03