750-10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 11 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS,
WALTER CASTLE, JR., ALIAS
AND CHERYL HARRIS-ROSSI,
NEXT-OF-KIN Of Decedent, JOSEPH
E. ROSSI

VS.

JEFFREY DERDERIAN, MICHAEL
DERDERIAN, DERCO LLC d/b/a
The Station, ET ALS

C.A. No.: 03-148 L

**STIPULATION**

The defendants Jeffrey Derderian, Michael Derderian and Derco LLC may have until July 21st to appropriately respond to the Plaintiff's Complaint.

Plaintiffs
By their attorney,

Ronald J. Resmini, Esquire
Ronald J. Resmini Law Offices
155 South Main Street
Providence, RI 02903
(401) 751-8855

Defendants
By their attorney,

For:
Anthony F. DeMarco, Esquire
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522

Date: July 1, 2003

Enter: Ronald R. Lagueux
Sr. USDJ 7/15/03

(52)