FILED
7 14 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI :

-VS- :C.A.NO.03-148-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, ANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., McLAUGHLIN AND MORAN, INC. SHELL OIL CO. d/b/a MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC. and JOHN DOES 1 through 100 :

53

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANT'S MOTION TO ABSTAIN AND TO DISMISS CASE

Now come the Plaintiffs, Tammy Passa, Walter Castle, Jr. and Cheryl Harris-Rossi, Next-of-Kin of Decedent, Joseph E. Rossi, and hereby jointly move for an extension of time in which to file an Objection to Defendant, American Foam Corporation's Motion to Abstain and Dismiss Case.

The Plaintiffs respectfully request an extension up to and including August 29, 2003 in which to respond to said Motion.

Defendant, American Foam Corporation does not object to the requested extension.

In support hereof, Plaintiffs rely on the accompanying memorandum of law.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: July 14, 2003
(401)751-8855

Granted: Ronald R. Lagueux
Sr. USDJ 7/15/03