**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT OF KIN of Decedent, JOSEPH E. ROSSI,

Plaintiffs,

v.

C.A. No. 03-148L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, COMPANIES, INC., McLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, TRITON REALTY, INC., and JOHN DOES 1 through 100,

Defendants.

**DEFENDANTS JEFFREY DERDERIAN, MICHAEL DERDERIAN, and DERCO, d/b/a THE STATION'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR LACK OF JURISDICTION PURSUANT TO Fed.R.Civ.P 12(b)(1)**

Defendants Jeffrey Derderian, Michael Derderian, and Derco d/b/a The Station, by and through their undersigned counsel, file this Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1), and in support thereof, Moving Defendants aver as follows:

54

1. On April 23, 2003, Plaintiffs commenced this action by the filing of a Complaint with this Court.

2. Plaintiffs' subsequently filed an Amended Complaint naming twenty-two (22) defendants, including Defendants Jeffrey Derderian, Michael Derderian, and DERCO d/b/a The Station (hereinafter "Moving Defendants"), as well as 100 John Doe defendants.

3. Plaintiffs' Amended Complaint arises out of a fire which occurred at The Station nightclub in West Warwick, Rhode Island on February 20, 2003.

4. Plaintiffs' allege that the negligence of the various defendants caused the fire.

5. One hundred persons died as a result of the fire and approximately 111 others were injured. See List of Victims of the Station fire, and accompanying Affidavit of Domenic Marano, attached hereto as Exhibit "A". Seventy-seven (77) persons are believed to have escaped the fire without injury. Id.

6. One hundred forty of the persons injured or killed in the fire, including all three Plaintiffs in this litigation, are/were residents of State of Rhode Island. Id.

7. The remaining people are/were residents of the following states: (1) Massachusetts – fifty-five people; (2) Connecticut – nine people; (3) California – two people; (4) Florida – one person; (5) Maine – one person; (6) Nevada – one person; and (7) Ohio – one person. Id. The residence of seventy-three people is unknown. Id.

8. Plaintiffs have named twenty-two defendants in this action.

9. According to the "Jurisdiction Allegations – Defendants" in the Amended Complaint, seven defendants reside and/or are incorporated in Rhode Island, eight defendants reside and/or are incorporated in California, and one defendant resides and/or is incorporated in each of the following jurisdictions: Delaware, Alabama, Germany, Texas, and Massachusetts.

10. In addition to the defendants identified in paragraphs 6 through 28 of the Amended Complaint, Plaintiffs have also sued the Town of West Warwick and the State of Rhode Island. Therefore, the correct number of Rhode Island defendants is nine.

11. The Federal Rules of Civil Procedure provide for dismissal based on the court's lack of subject matter jurisdiction. See Fed.R.Civ.P. 12(b)(1); Narragansett Indian Tribe of Rhode Island v. Chao, 2003 WL 751793 (D. R.I. Feb. 27, 2003) (lack of subject matter properly raised by motion to dismiss).

12. The burden of establishing that the court has subject matter jurisdiction is on the plaintiff who claims jurisdiction "to affirmatively allege jurisdiction and prove it." Van Daam v. Chrysler First Financial Services Corp. of Rhode Island, 124 F.R.D. 32, 33 (D. R.I. 1989); Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S.Ct. 1673 (1994).

13. It is a "fundamental precept that federal courts are courts of limited jurisdiction." Owen Equipment and Erection Company v. Kroger, 437 U.S. 365, 374, 98 S.Ct. 2396, 2403 (1978); Browne & Sharpe Manufacturing Co. v. All Individual Members of Lodges 1088 and 1142 of District No. 64 of Int'l Assoc. of Machinists and Aerospace Workers, 535 F.Supp. 167 (D. R.I. 1982).

14. Federal courts only possess that power authorized by the Constitution or by Congress and the limits upon federal jurisdiction "must be neither disregarded nor evaded." Owen Equipment, 437 U.S. at 374.

15. The jurisdiction of federal courts cannot be expanded by judicial decree. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 377, 114 S.Ct. 1673, 1675 (1994); Lifetime Medical Nursing Services, Inc. v. New England Health Care Employees Welfare Fund, 730 F. Supp. 1192 (D. R.I. 1990) ("[f]ederal courts should not widen the encincture of their jurisdiction without clear authority from the national legislature").

16. When examining a challenge to subject matter jurisdiction, it must be presumed that a cause lies outside of the limited jurisdiction of federal courts. Kokkonen, 511 U.S. at 377, 114 S.Ct. at 1675; Van Daam v. Chrysler First Financial Services Corp. of Rhode Island, 124 F.R.D. 32 (D. R.I. 1989).

17. Plaintiffs allege that this Court has jurisdiction based on the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), codified at 28 U.S.C.A. § 1369(a).

18. The MMTJA contains an exception to the grant of original jurisdiction, which is applicable here, as a substantial majority of the named Plaintiffs residents of Rhode Island, the "primary" defendants in this case are from Rhode Island, and Rhode Island law will govern Plaintiffs' claims.

19. The legislative history of the MMTJA reveals that Congress did not intend of the MMTJA to apply to claims such as the claims brought by Plaintiffs.

20. Alternatively, assuming arguendo that this Court finds that subject matter jurisdiction is proper, principles of comity, fairness, and judicial economy dictate dismissal of Plaintiffs' Amended Complaint.

21. Prior to the filing of this federal suit, and prior to the filing of any lawsuits in the Rhode Island Superior Court, arising out of the Station nightclub fire, Presiding Judge Joseph F. Rodgers, Jr. issued Administrative Order No. 2003-4, assigning all claims arising out of the fire to the Honorable Alice B. Gibney in Providence, for the purpose of managing, supervising, scheduling, and disposing of any and all pre-trial motions pertaining to such causes. Ms. Justice Gibney was empowered to issue special orders for the due administration of these causes of action. See Administrative Order No. 2003-4, attached to Memorandum of Law as Exhibit "A".

22. Shortly after Judge Gibney received the assignment, two complaints were filed in the Superior Court followed by various petitions filed by attorneys representing plaintiffs and defendants seeking to initiate efforts to preserve evidence located at the Station fire site.

23. Judge Gibney, acting on the authority of Administrative Order No. 2003-4, scheduled a preliminary hearing which resulted in a case management order (CMO) on March 24, 2003 which provided for the immediate "documentation and investigation of the fire site, including photography, video recording, and detailed measurements." See Case Management Order dated March 24, 2003, attached to Memorandum of Law as Exhibit "B".

24. A second CMO was issued on March 31, 2003 which pertained to the orderly photographing, removal, and safe storage of the evidence at the site. See Case Management Order dated March 31, 2003, attached to Memorandum of Law as Exhibit "C".

25. On May 9, 2003, pursuant to petitions filed by various attorneys, Judge Gibney issued a third preliminary CMO, Pre-trial Order No. 1, which effected the creation and maintenance of attorney service lists, the scheduling of pre-trial conferences, and the appointment of interim lead counsel and liaison counsel. See Case Management Order dated May 9, 2003, attached to Memorandum of Law as Exhibit "D".

26. Had it not been for Judge Gibney's early intervention, evidence would have been forever lost, adversely affecting the rights of each and every victim of the fire.

27. Dismissing this federal action to allow Plaintiffs to re-file in state court is the only way to ensure that all victims have equal standing, whereas permitting this action to remain in federal court while state actions involving the same issues are pending, or not yet even filed, may result in inconsistent results.

28. In addition, judicial economy will be served by having the issues arising out of the Station fire resolved in the same forum.

29. Likewise, the maintenance of these suits in state court will avoid duplicative discovery and reduce litigation costs to the parties.

WHEREFORE, for all the reasons stated above and in the accompanying Memorandum of Law, Defendants Jeffrey Derderian, Michael Derderian, and DERCO, d/b/a The Station respectfully request that this Honorable Court grant their Motion to Dismiss and enter an Order dismissing Plaintiffs' Amended Complaint without prejudice to refile in state court.

JEFFREY DERDERIAN, MICHAEL DERDERIAN, AND DERCO, d/b/a THE STATION, by their attorney

Anthony F. DeMarco, Esquire #0799
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903-2196
(401) 861-5522
Fax: (401) 331-4861

Pro Hac Vice:

Christopher C. Fallon, Jr., Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Fax: (215) 665-2013

CERTIFICATION

I hereby certify that on the 18th day of July, 2003, I mailed a copy of the within to the following attorneys of record:

Marc DeSisto, Esquire
DeSISTO LAW
211 Angel Street
P.O. Box 2563
Providence, RI 02906

Thomas C. Angelone, Esquire
HODOSH, SPINELLA & ANGELONE, PC
One Turks Head Place, Suite 1050
Providence, RI 02903

Max Wistow, Esquire
WISTOW & BARYLICK, INC.
61 Weybosset Street
Providence, RI 02903

James Ruggieri, Esquire
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Randall L. Souza, Esquire
NIXON PEABODY, LLP
1 Citizens Plaza
Providence, RI 02903

Curtis R. Diedrich, Esquire
Edward T. Hinchey, Esquire
SLOAN & WALSH
3 Center Plaza
Boston, MA 02108

Mark S. Mandell, Esquire
MANDELL, SCHWARTZ & BOISCLAIR
1 Park Row
Providence, RI 02903

Howard A. Merten, Esquire
Eric M. Sommers, Esquire

Joseph V. Cavanagh, Jr., Esquire
Kristin E. Rodgers, Esquire
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

James Reilly, Esquire
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Ronald J. Resmini, Esquire
155 South Main Street, Suite 400
Providence, RI 02903

Susan Auclair

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT OF KIN of Decedent, JOSEPH E. ROSSI, | |
| Plaintiffs, | |
| v. | C.A. No. 03-148 |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, COMPANIES, INC., McLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, TRITON REALTY, INC., and JOHN DOES 1 through 100, | |
| Defendants. | |

**AFFIDAVIT**

Commonwealth of Pennsylvania :
ss
County of Philadelphia :

Domenic Marano, being duly sworn, deposes and says that:

1. I am a paralegal employed by the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania 19103;

2. Immediately following the fire at the Station in West Warwick, Christopher C. Fallon, Jr., a senior member in the law firm of Cozen O'Connor was engaged to serve as co-counsel for the defendants Michael and Jeffrey Derderian and Derco, LLC;

3. I was assigned by Christopher C. Fallon, Jr., Esquire, to compile a list of persons injured or killed as a result of the fire at the Station;

4. Attached hereto as Exhibit A is a true and correct copy of a list of the persons injured or killed as result of the Station fire to the best of my knowledge; and

5. The list which is attached hereto as Exhibit A was compiled from information published in *The Providence Journal*, other newspapers, internet sites, etc.

Domenic Marano

Sworn to and subscribed
before me this 9th day
of July, 2003.

Notary Public

NOTARIAL SEAL
CLAIRE A. GUIDOTTI, NOTARY PUBLIC
CITY OF PHILADELPHIA, PHILA. COUNTY
MY COMMISSION EXPIRES JUNE 21, 2004

PHILA1\1838173\1 154825.000

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| | | RHODE ISLAND RESIDENTS | | | |
| 1 | Alves | Louis S. | Lincoln | RI | Death |
| 2 | Amato | Kerrie | Warwick | RI | Unknown |
| 3 | Anderson | Kevin | Warwick | RI | Death |
| 4 | Arpin | John | W.Warwick | RI | Unknown |
| 5 | Arruda | Christopher G. | Coventry | RI | Death |
| 6 | Ayer | Tina Marie | Warwick | RI | Death |
| 7 | Ayer | Bernard | Warwick | RI | Unknown |
| 8 | Barnett | Thomas A. | W. Greenwich | RI | Death |
| 9 | Barr | Philip | Lincoln | RI | Admitted |
| 10 | Beauchaine | Laureen | W. Warwick | RI | Death |
| 11 | Beauchaine | Ray | W. Warwick | RI | Admitted |
| 12 | Beers | Kerrie | W. Warwick | RI | Unknown |
| 13 | Bernard | Jackie | Cranston | RI | Unknown |
| 14 | Blacklock | Chris | Newport | RI | Unknown |
| 15 | Blevins | Mark | Wakefield | RI | Admitted |
| 16 | Blom | Kevin | Cranston | RI | Treated and Released |
| 17 | Blom | Steven T. | Cranston | RI | Death |
| 18 | Bonardi III | William Christopher | Smithfield | RI | Death |
| 19 | Botelho | Jesse | Pawtucket | RI | Unknown |
| 20 | Bowe | Kevin | Pawtucket | RI | Treated and Released |
| 21 | Brennan | Jon | E. Providence | RI | Unknown |
| 22 | Brennan | David | W. Warwick | RI | Admitted |
| 23 | Brodeur, Jr. | Robert | W. Warwick | RI | Unknown |
| 24 | Cardillo | Mario | Johnston | RI | Admitted |
| 25 | Cartwright | William W. | Pawtucket | RI | Death |
| 26 | Castle, Jr. | Walter | N. Kingstown | RI | Treated and Released |
| 27 | Chamberline | Susan | W.Warwick | RI | Admitted |
| 28 | Clarke | Patti | Newport | RI | Unknown |
| 29 | Corbett III | Edward B. | W. Warwick | RI | Death |
| 30 | Cordier | Michael | N. Kingstown | RI | Death |
| 31 | Crisostomi | Alfred Carmino | Providence | RI | Death |
| 32 | Cronin | Neil | Warwick | RI | Treated and Released |
| 33 | D'Andrea | Lisa Maria | Barrington | RI | Death |
| 34 | Darby | Matthew P. | Coventry | RI | Death |
| 35 | DeMaio | Dina Ann | W. Warwick | RI | Death |
| 36 | DePietro (Florio) | Rachael | Providence | RI | Death |
| 37 | DiBona, Jr. | Joseph | W. Warwick | RI | Admitted |
| 38 | Durante | Lori K. | W. Warwick | RI | Death |
| 39 | Ervanian | Edward | Cranston | RI | Death |
| 40 | Fisher | Linda | Cranston | RI | Admitted |
| 41 | Florio | Adam | Coventry | RI | Admitted |
| 42 | Fontaine | Melanie | Johnston | RI | Admitted |
| 43 | Fontaine | Mark A. | Johnston | RI | Death |
| 44 | Fravala | David | W. Warwick | RI | Unknown |
| 45 | Fravala | Brandon | Westerly | RI | Treated and Released |
| 46 | Frederickson | Daniel | Coventry | RI | Death |
| 47 | Gauvin | Gina (Catallozzi) | Johnston | RI | Admitted |
| 48 | Gingras-Fick | Charline Elaine | Central Falls | RI | Death |
| 49 | Gonsalves | Michael James | N. Providence | RI | Death |
| 50 | Gooden, Jr. | James F. | Cranston | RI | Death |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 51 | Gordon | Karen | Coventry | RI | Unknown |
| 52 | Gordon | Paul | Coventry | RI | Unknown |
| 53 | Gould | Paula | W.Warwick | RI | Admitted |
| 54 | Green | Skott C. | Warwick | RI | Death |
| 55 | Griffith | Scott | W. Warwick | RI | Death |
| 56 | Gruttadauria | Pamela | Johnston | RI | Death |
| 57 | Guinden | George | Coventry | RI | Unknown |
| 58 | Hale | Lisa | Hope Valley | RI | Treated and Released |
| 59 | Hamelin | Bonnie L. | Warwick | RI | Death |
| 60 | Hardee | Anne | Cumberland | RI | Admitted |
| 61 | Hargreaves | Jason | Coventry | RI | Unknown |
| 62 | Harrington | Robert | Coventry | RI | Unknown |
| 63 | Herchen | Kevin | W. Warwick | RI | Unknown |
| 64 | Hoban | Andrew | N. Kingstown | RI | Death |
| 65 | Hoisington | Abbie L. | Cranston | RI | Death |
| 66 | Hoogasian | Michael | Cranston | RI | Death |
| 67 | Hoogasian | Sandy | Cranston | RI | Death |
| 68 | Hunt | Jay | W. Warwick | RI | Unknown |
| 69 | Hyer | Eric James | Coventry | RI | Death |
| 70 | Johnson | John | Cranston | RI | Treated and Released |
| 71 | Johnson | Derek Brian | W. Warwick | RI | Death |
| 72 | King | Tracy F. | Warwick | RI | Death |
| 73 | Kulz | Michael Joseph | Warwick | RI | Death |
| 74 | LaBree | Terry | Pawtucket | RI | Admitted |
| 75 | Lemay | Deborah | W. Warwick | RI | Treated and Released |
| 76 | Letourneau | Karl | Pawtucket | RI | Treated and Released |
| 77 | Libera | Stephen M. | N. Kingstown | RI | Death |
| 78 | LoBianco | Joseph J. | N. Providence | RI | Admitted |
| 79 | Longiaru | John M. | Johnston | RI | Death |
| 80 | Malagrino | David | Westerly | RI | Admitted |
| 81 | Malardo | Eric | Coventry | RI | Admitted |
| 82 | Mancini | Keith A. | Cranston | RI | Death |
| 83 | Mancini | Andrea Louise | W. Warwick | RI | Death |
| 84 | Mancini | Steven | W. Warwick | RI | Death |
| 85 | Manzo | Judith | N. Providence | RI | Death |
| 86 | Mattera-Housa | Tammy | Warwick | RI | Death |
| 87 | McMurray | Frances | Scituate | RI | Admitted |
| 88 | McNamara, Jr. | Paul K. | N. Kingstown | RI | Unknown |
| 89 | McQuarrie | Kristen Leigh | Coventry | RI | Death |
| 90 | Medeiros | Thomas P. | Coventry | RI | Death |
| 91 | Minor | Missy | W. Warwick | RI | Admitted |
| 92 | Moreau | Leigh Ann | Providence | RI | Death |
| 93 | Moresco | Scott | Pawtucket | RI | Admitted |
| 94 | Morton | Jason R. | W. Greenwich | RI | Death |
| 95 | Napolitano | Kimberly | N. Providence | RI | Unknown |
| 96 | Napolitano | Stephanie | N. Providence | RI | Unknown |
| 97 | Nowicki | Chris | Warwick | RI | Treated and Released |
| 98 | Oberg | Charles | Coventry | RI | Admitted |
| 99 | O'Donald | Brian | W. Warwick | RI | Treated and Released |
| 100 | Omelia | Robert | Pawtucket | RI | Admitted |
| 101 | O'Neill | Nicholas Philip | Pawtucket | RI | Death |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 102 | Ormerod | Linda | Providence | RI | Unknown |
| 103 | Passa | Tammy | Warwick | RI | Treated and Released |
| 104 | Perreault | Michael | Coventry | RI | Admitted |
| 105 | Petrarca | Robin | Warwick | RI | Unknown |
| 106 | Pezzelli | Edward | Coventry | RI | Unknown |
| 107 | Pimentel, Sr. | Carlos L. | W. Warwick | RI | Death |
| 108 | Poland | Ashley | Wakefield | RI | Admitted |
| 109 | Potvin | Victoria | W. Warwick | RI | Unknown |
| 110 | Prouty | Christopher | Pawtucket | RI | Death |
| 111 | Prudhomme | Al | Coventry | RI | Unknown |
| 112 | Prudhomme | Charlene | Coventry | RI | Unknown |
| 113 | Quarry | Brianna | Newport | RI | Unknown |
| 114 | Rancourt | William | Providence | RI | Admitted |
| 115 | Reis | Donna | Scituate | RI | Treated and Released |
| 116 | Reisner | Robert L. | Coventry | RI | Death |
| 117 | Rezendes | Jack | Jamestown | RI | Unknown |
| 118 | Riffe | Robert | Ashaway | RI | Unknown |
| 119 | Rock | Kerri | W. Warwick | RI | Admitted |
| 120 | Romanoff | Tracey | Coventry | RI | Death |
| 121 | Rossano | Tim | Warwick | RI | Treated and Released |
| 122 | Rossi | Joseph | Pawtucket | RI | Dead |
| 123 | Russo | Gina | Cranston | RI | Admitted |
| 124 | Sanetti | Richard | Coventry | RI | Unknown |
| 125 | Sanetti | Bridget | Coventry | RI | Death |
| 126 | Schmidt | John | W. Warwick | RI | Unknown |
| 127 | Schoepfer | Ronald | Pawtucket | RI | Admitted |
| 128 | Shaw | Rebecca | Warwick | RI | Death |
| 129 | Simpson | Stephanie | Johnston | RI | Treated and Released |
| 130 | Smith | Matthew | Cranston | RI | Unknown |
| 131 | Smith | Dennis | Pawtucket | RI | Death |
| 132 | Solitro | George | W. Warwick | RI | Treated and Released |
| 133 | Spence | Michelle | Lincoln | RI | Admitted |
| 134 | St. Hilaiare | Tammy | Lincoln | RI | Treated and Released |
| 135 | Steets | David | Johnston | RI | Unknown |
| 136 | Stefani | Michael | N. Kingstown | RI | Unknown |
| 137 | Stevens | Robert | W. Warwick | RI | Unknown |
| 138 | Stewart | Andrea | Providence | RI | Treated and Released |
| 139 | Suffoletto | Linda Dee (Sousa) | Glocester | RI | Death |
| 140 | Suffoletto, Jr. | Benjamin J. | Glocester | RI | Death |
| 141 | Sylvester | Jason | Coventry | RI | Death |
| 142 | Trautz | Nancy | Fall River | RI | Treated and Released |
| 143 | Vargas | Raul Michael "Mike" | Johnston | RI | Unknown |
| 144 | Vieira | Kelly Lynn | W. Warwick | RI | Death |
| 145 | Waldeck | Scott | Coventry | RI | Treated and Released |
| 146 | Whelan | Erin | Coventry | RI | Treated and Released |
| 147 | Woodmansee III | Everett "Tommy" | Charlestown | RI | Death |
| 148 | Zannella | Stephanie | N. Providence | RI | Unknown |
| | | | **MASSACHUSETTS RESIDENTS** | | |
| 1 | Angers | Stacie J. | Worcester | MA | Death |
| 2 | Arruda | Elizabeth | Residence Unknown | | Admitted |
| 3 | Avilez | Eugene | Burlington | MA | Death |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 4 | Bagtaz | Karla Jean | Randolph | MA | Death |
| 5 | Baker | Mary H. | Fall River | MA | Death |
| 6 | Barlow | Robert | Fall River | MA | Admitted |
| 7 | Bump | Melissa | Worcester | MA | Admitted |
| 8 | Cabral, Jr. | Richard A. | Attleboro | MA | Death |
| 9 | Canillas | Frank | Everett | MA | Admitted |
| 10 | Carbone | Kristine | Taunton | MA | Death |
| 11 | Cristina | Joseph | E. Bridgewater | MA | Treated and Released |
| 12 | Croteau | Robert J. | Fall River | MA | Death |
| 13 | DiBonaventura | Albert Anthony | N. Dighton | MA | Death |
| 14 | DiRienzo | Christina | Plymouth | MA | Death |
| 15 | Dufresne | James | Auburn | MA | Admitted |
| 16 | Dunn | Kevin J. | Attleboro | MA | Death |
| 17 | Feeney | Robert | Fall River | MA | Admitted |
| 18 | Fleming | Thomas J. | Worcester | MA | Death |
| 19 | Fresolo | Michael | Worcester | MA | Death |
| 20 | Gahan | James | Falmouth | MA | Death |
| 21 | Giamei, Jr. | Mario | Sutton | MA | Unknown |
| 22 | Gillett | Laura L. | Pembroke | MA | Death |
| 23 | Gray | Derek | Dracut | MA | Death |
| 24 | Howorth, III | Carlton "Bud" | Norton | MA | Death |
| 25 | Kelly | Lisa Jean | Swansea | MA | Death |
| 26 | Kinnan | Joseph | Canton | MA | Admitted |
| 27 | Kozik | Kate | Hudson | MA | Unknown |
| 28 | Kudryk | John | | MA | Treated and Released |
| 29 | Lapierre | Keith | Worcester | MA | Death |
| 30 | Latulippe | Dale | Carver | MA | Death |
| 31 | Luxton | Robert | N. Easton | MA | Admitted |
| 32 | Marion | Thomas Frank | Westport | MA | Death |
| 33 | Martin | Jeffrey W. | Melrose | MA | Death |
| 34 | McNamara | Sean P. | Attleboro | MA | Unknown |
| 35 | McNamara | Colleen | Attleboro | MA | Unknown |
| 36 | Mitchell | Donna M. | Fall River | MA | Death |
| 37 | Morin | Ryan M. | Boston | MA | Death |
| 38 | Mosczynski | Beth Ellen | Millbury | MA | Death |
| 39 | O'Donnell | Katherine | Seekonk | MA | Death |
| 40 | Paskowski | Andrew | Somerset | MA | Admitted |
| 41 | Peduzzi | Debra | Sutton | MA | Admitted |
| 42 | Pickett | Matthew James | Bellingham | MA | Death |
| 43 | Rakoski | Theresa L. | Taunton | MA | Death |
| 44 | Rich | Walter | Attleboro | MA | Death |
| 45 | Richardi | Michael | Worcester | MA | Treated and Released |
| 46 | Roderiques | Donald Paul | Mashpee | MA | Dead |
| 47 | Segesta | Catherine | Taunton | MA | Admitted |
| 48 | Servais | Milton | E. Falmouth | MA | Admitted |
| 49 | Stark | Victor | W. Yarmouth | MA | Death |
| 50 | Stein | Gary | Norton | MA | Admitted |
| 51 | Sweet | Shawn | Pembroke | MA | Death |
| 52 | Therriault | Glenn | Attleboro | MA | Treated and Released |
| 53 | Travis | Christopher | Lakeville | MA | Treated and Released |
| 54 | Van Deusen III | John | Carver | MA | Admitted |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 55 | Vanner | Paul | Seekonk | MA | Unknown |
| 56 | Washburn | Kevin | Franklin | MA | Death |
| 57 | Young | Robert Daniel | Taunton | MA | Death |
| | | **CONNECTICUT RESIDENTS** | | | |
| 1 | Ballard | Craig | Plainfield | CT | Admitted |
| 2 | Gerfin, Jr. | Melvin A. | Groton | CT | Death |
| 3 | Henault | Jude | Lisbon | CT | Death |
| 4 | Innamorati | Donna | New London | CT | Treated and Released |
| 5 | Lucier | Marc | Danielson | CT | Treated and Released |
| 6 | Miceli, Jr. | Samuel J. | Lisbon | CT | Death |
| 7 | Noyes | Nancy | New London | CT | Admitted |
| 8 | Ramos | Alton | New London | CT | Treated and Released |
| 9 | Telgarsky | Sarah Jane | Plainfield | CT | Death |
| | | **VARIOUS STATES RESIDENTS** | | | |
| 1 | DuFosse | Paul | Kennebunkport | ME | Admitted |
| 2 | Long | William | Las Vegas | NV | Admitted |
| 3 | Longley | Ty | Northridge | CA | Death |
| 4 | Rader | Jeffrey | Danville | CA | Death |
| 5 | Rager | Robert | Kent | OH | Admitted |
| 6 | Shubert | Mitchell | Newberry | FL | Death |
| | | **RESIDENCE UNKNOWN** | | | |
| 1 | Barak | Ron | Residence Unknown | | Unknown |
| 2 | Barber | David | Residence Unknown | | Unknown |
| 3 | Barber | Joe | Residence Unknown | | Unknown |
| 4 | Beese, Sr. | Kevin J. | Residence Unknown | | Unknown |
| 5 | Belson | Julie | Residence Unknown | | Treated and Released |
| 6 | Bettencourt | Anthony | Residence Unknown | | Unknown |
| 7 | Biechele | Dan | Residence Unknown | | Unknown |
| 8 | Botelho | Paula | Residence Unknown | | Treated and Released |
| 9 | Brown | Kristen | Residence Unknown | | Unknown |
| 10 | Bruno | Stephen | Residence Unknown | | Treated and Released |
| 11 | Butler | Brian | Residence Unknown | | Unknown |
| 12 | Cardillo | Kathleen | Residence Unknown | | Treated and Released |
| 13 | Clabots | Evan | Residence Unknown | | Treated and Released |
| 14 | Companatico | Gino | Residence Unknown | | Admitted |
| 15 | Conte | Tom | Residence Unknown | | Unknown |
| 16 | Conway | Arthur | Residence Unknown | | Treated and Released |
| 17 | Conway | Jamie | Residence Unknown | | Unknown |
| 18 | Costa | Christopher | Residence Unknown | | Unknown |
| 19 | Cushman | Bob | Residence Unknown | | Unknown |
| 20 | Davidson | Dan | Residence Unknown | | Unknown |
| 21 | Dell | Shayna | Residence Unknown | | Treated and Released |
| 22 | Demo | Tammy | Residence Unknown | | Treated and Released |
| 23 | Diamonte | Dennis | Residence Unknown | | Unknown |
| 24 | DiMeo | John | Residence Unknown | | Unknown |
| 25 | Dufour | Richard | Residence Unknown | | Admitted |
| 26 | Dussault | Mathew | Residence Unknown | | Treated and Released |
| 27 | Eldridge | Stephen | Residence Unknown | | Treated and Released |
| 28 | Esposito | Salvatore | Residence Unknown | | Unknown |
| 29 | Fairbairn | Andrea | Residence Unknown | | Treated and Released |
| 30 | Fairbairn | John | Residence Unknown | | Admitted |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 31 | Filice | Dave | Residence Unknown | | Unknown |
| 32 | Fleck | Ryan | Residence Unknown | | Unknown |
| 33 | Gershelis | Rena | Residence Unknown | | Unknown |
| 34 | Gorschalies | Rena | Residence Unknown | | Unknown |
| 35 | Grey | Greg | Residence Unknown | | Unknown |
| 36 | Hall | Grant | Residence Unknown | | Admitted |
| 37 | Hussey | Laurie | Residence Unknown | | Admitted |
| 38 | Iannone | Michael | Residence Unknown | | Admitted |
| 39 | Kendall | Mark | Residence Unknown | | Unknown |
| 40 | Knott | Mark | Residence Unknown | | Unknown |
| 41 | Krasinskas | Adrian | Residence Unknown | | Admitted |
| 42 | Lusardi | Joseph | Residence Unknown | | Treated and Released |
| 43 | MacDonald | David | Residence Unknown | | Unknown |
| 44 | Mangan | John | Residence Unknown | | Admitted |
| 45 | McGinn | Dave | Residence Unknown | | Unknown |
| 46 | Mellini | Julie | Residence Unknown | | Unknown |
| 47 | Moore | Carolyn | Residence Unknown | | Treated and Released |
| 48 | Morrison | Wayne | Residence Unknown | | Unknown |
| 49 | Mulcahey | Thomas | Residence Unknown | | Treated and Released |
| 50 | Nobles | Edward | Residence Unknown | | Treated and Released |
| 51 | Ochs | Chad | Residence Unknown | | Treated and Released |
| 52 | O'Neill | William | Residence Unknown | | Treated and Released |
| 53 | O'Neill | Michael | Residence Unknown | | Treated and Released |
| 54 | Panciera | Harold | Residence Unknown | | Unknown |
| 55 | Powers | Eric | Residence Unknown | | Unknown |
| 56 | Precourt | Robin | Residence Unknown | | Treated and Released |
| 57 | Pucino | Erin | Residence Unknown | | Treated and Released |
| 58 | Raphael | Marleen | Residence Unknown | | Treated and Released |
| 59 | Reagle | John | Residence Unknown | | Unknown |
| 60 | Richard | Claude | Residence Unknown | | Treated and Released |
| 61 | Russell | Jack | Residence Unknown | | Unknown |
| 62 | Sanetti | Patricia | Residence Unknown | | Unknown |
| 63 | Scarpetti | Steve | Residence Unknown | | Unknown |
| 64 | Shapiro | Michael | Residence Unknown | | Unknown |
| 65 | Shea | Lisa | Residence Unknown | | Unknown |
| 66 | Silva | Derrick | Residence Unknown | | Admitted |
| 67 | Studley | Jessica | Residence Unknown | | Unknown |
| 68 | Sullivan | Kathleen | Residence Unknown | | Admitted |
| 69 | Tremblay | Gary | Residence Unknown | | Treated and Released |
| 70 | Vieira | Scott | Residence Unknown | | Unknown |
| 71 | Vieira | Jennifer | Residence Unknown | | Admitted |
| 72 | Williams | Donovan | Residence Unknown | | Admitted |
| 73 | Williams | Jason | Residence Unknown | | Unknown |