UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, alias, et al.,<br>*Plaintiffs,*<br>vs.<br>JEFFREY DERDERIAN, et al.,<br>*Defendants.* | C.A. NO. 03-148L |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq., hereby enter my appearance in the above-captioned matter on behalf of Defendants, Town of West Warwick and Denis (mis-spelled in previous pleadings as "Dennis") Larocque.

Defendants,
Town of West Warwick and Denis Larocque,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com



56

C.A. No. 03-148L

## CERTIFICATION OF SERVICE

I hereby certify that the within Entry of Appearance was sent via facsimile on the 16th day of July 2003, to:

Ronald J. Resmini, Esq.
Resmini Law Offices Ltd.
155 South Main St – Ste 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 fax

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney Miller
1 Providence Washington Plz
Providence, RI 02903
(401) 331-4660
(401) 351-4420 fax

Thomas C. Angelone, Esq.
Hodosh Spinella Angelone, PC
1 Turks Head Pl – Ste 1050
P.O. Box 1516
Providence, RI 02903-2205
(401) 272-0200
(401) 274-7538 fax

James R. Lee, Esq.
Chief, Civil Division
Department of Attorney General
State of Rhode Island
150 South Main St
Providence, RI 02903
(401) 274-4440
(401) 222-2995 fax

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 fax

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 fax

Anthony F. DeMarco, Esq.
Reynolds, DeMarco Boland, Ltd.
170 Westminster St – Ste 200
Providence, RI 02903
(401) 861-5522
(401) 331-4861 fax

Daniel P. McKiernan, Esq.
146 Westminster St
Providence, RI 02903
(401) 273-2210
(401) 273-0340 fax

C.A. No. 03-148L

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter White
20 Washington Pl
Providence, RI 02903
(401) 421-3060
(401) 272-6803 fax

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran, LLP
146 Westminster St
Providence, RI 02903
(401) 421-2154
(401) 521-7040 fax

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington St
Roxbury, MA 02119
(617) 442-0050 x 24
(617) 442-2319 fax