UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al. | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, et al. | : | |
| Defendants | : | |

**MOTION FOR ENTRY OF**
**APPEARANCE *PRO HAC VICE***

Defendants Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. hereby move that DEBORAH G. SOLMOR ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- [x] The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Mass Tort Litigation
- [x] *Pro hac vice* counsel's long-standing representation of the clients, Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc.
- [ ] The local trial bar lacks experience in the field of:
- [ ] The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:
- [ ] The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

58

- ☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.
- ☐ Other:________________________________________

By: Joseph V. Cavanagh Jr.

Attorney for Defendants

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing of the bar of the State of Illinois, the United States District Courts for the Northern, Central, and Southern Districts of Illinois, and the United States Court of Appeals for the Seventh Circuit, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted and/or within the preceding 24 months have applied to be admitted in the following cases in this district: *Ronald Kingsley, et al. v. Jeffrey Derderian et al.*, C.A. No. 03-208-L.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing

that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom (Illinois)
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

ORDER: This Motion is hereby ______________________

______________________________
United States District Judge
Date: ________________

CERTIFICATION

I hereby certify that on the 21st day of July, 2003, I caused a copy of the within Motion to be mailed, postage prepaid, to the following counsel of record:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND
170 Westminster Street, Suite 200
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW OFFICES
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

William P. Robinson, III, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Faith LaSalle, Esq.
ZIZIK LASALLE & POWERS, PC
40 Westminster Street
Providence, RI 02903

Cynthia L. Dragon