UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, et al.
*Plaintiffs*

v.

JEFFREY DERDERIAN, et al.
*Defendants*

C.A. NO. 03-148L

**MOTION FOR EXTENSION OF TIME OF DEFENDANTS, TOWN OF WEST WARWICK AND DENIS LAROCQUE**

NOW COME Defendants, the Town of West Warwick and Denis Larocque, and hereby move for a second extension of time in which to file an Objection to Defendant American Foam Corporation's Motion to Abstain and to Dismiss the above-captioned action. These defendants request the additional time to complete their Memorandum of Law. Counsel for American Foam Corporation has no objection to this extension.

WHEREFORE, the Town of West Warwick and Denis Larocque respectfully request up to and including July 30, 2003 within which to file their Objection and supporting Memorandum in opposition to Defendant American Foam Corporation's Motion to Abstain and to Dismiss.

Defendants,
By their attorneys,

[signature]

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

60

C.A. NO. 03-148L

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Motion for Extension of Time was mailed, postage prepaid, on this 23rd day of July 2003, to:

Ronald J. Resmini, Esq.
Resmini Law Offices Ltd.
155 South Main St – Ste 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 fax

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney Miller
1 Providence Washington Plz
Providence, RI 02903
(401) 331-4660
(401) 351-4420 fax

Thomas C. Angelone, Esq.
Hodosh Spinella Angelone, PC
1 Turks Head Pl – Ste 1050
P.O. Box 1516
Providence, RI 02903-2205
(401) 272-0200
(401) 274-7538 fax

James R. Lee, Esq.
Chief, Civil Division
Department of Attorney General
State of Rhode Island
150 South Main St
Providence, RI 02903
(401) 274-4440
(401) 222-2995 fax

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 fax

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 fax

Anthony F. DeMarco, Esq.
Reynolds, DeMarco Boland, Ltd.
170 Westminster St – Ste 200
Providence, RI 02903
(401) 861-5522
(401) 331-4861 fax

Daniel P. McKiernan, Esq.
146 Westminster St
Providence, RI 02903
(401) 273-2210
(401) 273-0340 fax

C.A. NO. 03-148L

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter White
20 Washington Pl
Providence, RI 02903
(401) 421-3060
(401) 272-6803 fax

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington St
Roxbury, MA 02119
(617) 442-0050 x 24
(617) 442-2319 fax

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran, LLP
146 Westminster St
Providence, RI 02903
(401) 421-2154
(401) 521-7040 fax

