UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al. | : | |
| | : | |
| vs. | : | C.A. No. 03-148 L |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |

ENTRY OF APPEARANCE

I, James R. Lee, Assistant Attorney General, hereby enter my appearance for the State of Rhode Island and Irving J. Owens, Fire Marshall for the State of Rhode Island, in the above entitled case.

State of Rhode Island,
By its Attorney,

Patrick C. Lynch
Attorney General

James R. Lee (Bar No. 4305)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2314
(401) 222-3016 (fax)

61

**CERTIFICATION**

I, the undersigned, do hereby certify that on this 23rd day of July, 2003, I mailed a true and accurate copy of the within document, postage prepaid, to:

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, PC
One Turks Head Place, Suite 1050
Providence, RI 02903-2205

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Brian Cunha, Esq.
LAW OFFICES OF BRIAN CUNHA
& ASSOCIATES
904 Broadway
East Providence, RI 02914

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Curtis R. Diedrich, Esq.
Edward T. Hinckey, Esq.
SLOANE & WALSH
3 Center Plaza
Boston, MA 02108

Christopher C. Fallon, Jr., Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

William A. Filippo, Esq.
373 Elmwood Avenue
Providence, RI 02907

Scott Hubbell, Esq.
SUMMERS LAW OFFI CE
P.O. Box 306
Franklin, MA 02038-0306

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Stefanie Larivee-DiMaio, Esq.
James Howe, Esq.
GRILLI & DIMAIO
215 Broadway
Providence, RI 02903

Max Wistow, Esq.
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

Eva Marie Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Mark S. Mandell, Esq.
Yvette Boisclair, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Daniel P. McKiernan, Esq.
The Francis Building
146 Westminster Street
Providence, RI 02903

Donald A. Migliori, Esq.
NESS, MOTLEY, LOADHOLT,
RICHARDSON & POOLE
321 South Main Street, Suite 402
Providence, RI 02903

Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
38 Huntington Street
P.O. Box 1351
New London, CT 06320

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON, CURRAN, LLP
146 Westminster Street
Providence, RI 02903

Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Amy Scheeley, Esq.
LAW OFFICE OF DONALD E. GREENE
2235 Washington Street
Roxbury, MA 02119

Randall L. Souza, Esq.
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Carol Collins