UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,
Plaintiffs,

v. C.A. No. 03-148 L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, COMPANIES, INC., McLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL INC., WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100

**ENTRY OF APPEARANCE**

Fred A. Kelly, Jr., Randall L. Souza and Ian C. Ridlon of the law firm of Nixon Peabody

62

LLP, hereby enter their appearance on behalf of the Defendant, Jack Russell.

JACK RUSSELL

By his Attorneys,

Fred A. Kelly, Jr. (#4553)
Randall L. Souza (#4082)
Ian C. Ridlon (#5524)
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: July 24, 2003

CERTIFICATION OF SERVICE

I hereby certify that on the 24TH day of July, 2003, I mailed a true copy of the within Entry of Appearance via first-class mail, postage prepaid to all counsel of records listed below:

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DeMARCO, & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivrary, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW OFFICES
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
LAW OFFICES OF
DONALD E. GREEN, P.C.
2235 Washington Street
Roxbury, MA 02119

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, PC
One Turks Head Place
Providence, RI 02903

Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606

James T. Murphy, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218

Faith A. LaSalle, Esq.
ZIZIK, LASALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Collette Palmer

B1293093.1