UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
July 21 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, alias, et al.,<br>*Plaintiffs,*<br>vs.<br>JEFFREY DERDERIAN, et al.,<br>*Defendants.* | C.A. NO. 03-148L |

**STIPULATION**

NOW COME Plaintiffs and named-Defendants, Town of West Warwick and Denis Larocque, and hereby stipulate as follows:

Defendants, Town of West Warwick and Denis Larocque, shall have up to and including August 15, 2003 to answer or otherwise respond to the Plaintiffs' Complaint.

Plaintiffs,
By their Attorneys,

Ronald J. Resmini, Esq. (#0484)
RONALD J. RESMINI LAW OFFICES
155 South Main Street, Suite 400
Providence, RI 02903
Phone: (401) 751-8855
Fax: (401) 737-6464

Defendants,
Town of West Warwick and
Denis Larocque
By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Enter: Ronald R. Lagueux
Sr. USDJ 7/22/03

63