UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 11 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,

Plaintiffs,

v. C.A. No. 03-148L

JEFFREY DERDERIAN,

Defendants

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY-FM hereby move that James J. Restivo, Jr. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- [X] The case involves the following complex area of the law, in which Plaintiff's counsel specializes: Mass Tort Litigation

- [ ] __________ counsel's long-standing representation of the client: ______________________________

- [ ] The local trial bar lacks experience in the field of: ______________________________

- [ ] The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically: ______________

- [ ] The case requires extensive discovery in a foreign jurisdiction convenient to ______________ counsel, as follows: ______________________________

64

☐ It is a criminal case, and __________ counsel is defendant's counsel of choice.

☐ Other:

______________________________________________

CLEAR CHANNEL BROADCASTING, INC., CLEAR CHANNEL COMMUNICATIONS, INC., and WHJY-FM

By their Attorneys,

William P. Robinson III (#1686)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
Telecopy (401) 276-6611

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. I certify that I am a member in good standing, without any restriction on my eligibility to practice, of the bars of the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania, and that I understand my obligation to notify this Court immediately of any change respecting my status in either respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

James J. Restivo, Jr., Esquire
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3122
Facsimile: 412.288.3063

William P. Robinson III, Esquire
R.I. Bar I.D. No. 1686
Local Associate Counsel
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: 401.274.9200
Facsimile: 401.276.6611

ORDER:

This motion is hereby GRANTED

U.S. District Judge

Date: 7/24/03