UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI

-VS- :C.A.NO.03-148-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, CANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES,INC., ANHEUSER-BUSCH, INC., McLAUGHLIN AND MORAN, INC. SHELL OIL CO. d/b/a MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC. and JOHN DOES 1 through 100

67

PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANTS, JEFFREY DERDERIAN, MICHAEL DERDERIAN and DERCO, d/b/a THE STATION's MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF JURISDICTION PURSUANT TO Fed.R.Civ.P 12(b)(1)

Now come the Plaintiffs in the above entitled cause and herein object to Defendants, Jeffrey Derderian, Michael Derderian and DERCO, d/b/a The Station's Motion to Dismiss Plaintiffs' Amended Complaint for lack of jurisdiction pursuant to Fed.R.Civ.P 12(b)(1) and as grounds therefor hereby incorporates by reference the contents of Plaintiffs' Memorandum in Opposition to Motion to Dismiss filed on or about July 2, 2003.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: July 29, 2003
(401)751-8855

CERTIFICATION

I hereby certify that on this 29th day of July, 2003, I mailed a copy of the within Motion in Opposition by regular mail, postage prepaid to the following:

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

William P. Robinson III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell
2800 Financial Plaza
Prov., RI 02903

James R. Lee, Esq.
Assistant Attorney General
150 South Main St.
Prov., RI 02903

Joseph V. Cavanagh, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Prov., RI 02903

Daniel P. McKiernan, Esq.
146 Westminster St.
Prov., RI 02903

Mark T. Nugent, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Prov., RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington St.
Roxbury, MA 02119

Faith A. LaSalle, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster St.
Suite 201
Prov., RI 02903

Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Prov., RI 02903

Elaine M. Desimi