UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | |
| vs. | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., SHELL OIL CO. d/b/a/ MOTIVA ENTERPRISES, LLC, LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL, INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING, INC., TOWN OF WEST WARWICK, DENNIS LAROQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 Does 1 through 100, Defendants | |

RECEIVED
JUL 29 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(68)

ORDER STAYING DISCOVERY AND RESPONSIVE PLEADINGS

After a conference conducted by the Court concerning scheduling issues relating

to the pending Motion to Abstain and to Dismiss, it is hereby

ORDERED, ADJUDGED, AND DECREED:

That all responsive pleadings to the Second Amended Complaint filed in the above-captioned action shall not be required to be filed and all discovery shall be stayed until further order of this Court.

ENTERED as an Order of this Court on the _____ day of July, 2003.

By Order:

Enter:

Sr. USDJ 7/30/03

Prepared by:

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendants
Anheuser-Busch, Inc. and
Anheuser-Busch Companies , Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendants Anheuser-Busch, Inc. and
Anheuser-Busch Companies. Inc.

CERTIFICATION

I hereby certify that on the 29th day of July, 2003, I caused a copy of the within Order to be mailed, postage prepaid, to the following counsel of record:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
345 Sixth Avenue
Pittsburgh, PA 15219

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucket Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik Lasalle & Powers, PC
40 Westminster Avenue
Providence, RI 02903

Cynthia Dragon