UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| vs. | : | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, et al. Defendants | : | |

**DEFENDANTS ANHEUSER-BUSCH, COMPANIES, INC.'S AND ANHEUSER-BUSCH, INC.'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

Defendants Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. (collectively "Anheuser-Busch") move this Court for leave to file an opposition memorandum in excess of the page limit set forth in Amended General Order # 2002-01. Specifically, Anheuser-Busch requests leave to file a memorandum not in excess of 25 pages.[1]

In support hereof, Anheuser-Busch relies upon the accompanying memorandum of law.

---

[1] In its memorandum, Anheuser-Busch will rely on appended materials that are the subject of a Motion to File Memorandum and Appendix in Excess of Page Limits, which motion and memorandum are simultaneously filed herewith in a related action, Ronald Kingsley et al. v. Jeffrey Derderian, et al., C.A. No. 03-208-L.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

71

ANHEUSER-BUSCH, COMPANIES, INC.
and ANHEUSER-BUSCH INC,

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendants
Anheuser-Busch, Inc. and
Anheuser-Busch Companies , Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendants Anheuser-Busch, Inc. and
Anheuser-Busch Companies. Inc.

---

ORDER:

This Motion is hereby ________________

_______________________________
United States District Judge
Dated: _______________

**CERTIFICATION**

I hereby certify that on the 5th day of August, 2003, I served a true copy of Defendants Anheuser-Busch Companies, Inc.'s and Anheuser-Busch, Inc.'s Motion for Leave to File Memorandum in Excess of Page Limit, via first class mail, postage prepaid to the following parties:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
345 Sixth Avenue
Pittsburgh, PA 15219

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucket Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik Lasalle & Powers, PC
40 Westminster Avenue
Providence, RI 02903

Cynthia Dragon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| vs. | : | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, et al. Defendants | : | |

DEFENDANTS ANHEUSER-BUSCH, COMPANIES, INC.'S AND ANHEUSER-BUSCH, INC.'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITS

Defendants Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. (collectively "Anheuser-Busch") submit the within memorandum in support of its motion for leave to file an opposition memorandum in excess of the page limits set forth in Amended General Order # 2002-01.

Pursuant to Amended General Order #2002-01, Anheuser-Busch is limited to a memorandum no greater than 20 pages in length in opposition to Defendant American Foam Corporation's Motion to Abstain and to Dismiss Case. Given the complex nature of the jurisdictional issues raised in the pending motions, the issues of first impression created by the newly enacted Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), codified at 28 U.S.C. § 1369 (2003), and the reliance by all parties on the legislative history of the MMTJA, Anheuser-Busch requests that this Court grant leave to permit Anheuser-Busch to file a memorandum in opposition to the aforesaid pending

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

motion not to exceed 25 pages.[1]

For the foregoing reasons, Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. respectfully request that leave be granted to allow them to file a memorandum not in excess of 25 pages.

ANHEUSER-BUSCH, COMPANIES, INC.
and ANHEUSER-BUSCH INC,

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendants
Anheuser-Busch, Inc. and
Anheuser-Busch Companies , Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendants Anheuser-Busch, Inc. and
Anheuser-Busch Companies. Inc.

---

[1] To fully address such complex, novel issues, Anheuser-Busch will rely therein on the legislative history of the MMTJA. That legislative history is the subject of Anheuser-Busch's simultaneously filed Motion to File Memorandum and Appendix in Excess of Page Limits and supporting memorandum filed in a related action, Ronald Kingsley et al. v. Jeffrey Derderian, et al., C.A. No. 03-208-L, in which Anheuser-Bush seeks permission from this Court to file an appendix not in excess of 50 pages in support of its Opposition to Motions to Remand of American Foam Corporation and Derderian Defendants. In the instant action, Anheuser-Busch intends to cite to that same appendix.

## CERTIFICATION

I hereby certify that on the 5th day of August, 2003, I served a true copy of Defendants Anheuser-Busch Companies, Inc.'s and Anheuser-Busch, Inc.'s Memorandum in Support of Motion for Leave to File Memorandum in Excess of Page Limit, via first class mail, postage prepaid to the following parties:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
345 Sixth Avenue
Pittsburgh, PA 15219

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucket Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik Lasalle & Powers, PC
40 Westminster Avenue
Providence, RI 02903

Cynthia Dragon