UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 22 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, et al.
*Plaintiffs*

v.

JEFFREY DERDERIAN, et al.
*Defendants*

C.A. NO. 03-148L

**MOTION FOR EXTENSION OF TIME OF**
**DEFENDANTS, TOWN OF WEST WARWICK AND DENIS LAROCQUE**

NOW COME Defendants, the Town of West Warwick and Denis Larocque, and hereby move for a second extension of time in which to file an Objection to Defendant American Foam Corporation's Motion to Abstain and to Dismiss the above-captioned action. These defendants request the additional time to complete their Memorandum of Law. Counsel for American Foam Corporation has no objection to this extension.

WHEREFORE, the Town of West Warwick and Denis Larocque respectfully request up to and including July 30, 2003 within which to file their Objection and supporting Memorandum in opposition to Defendant American Foam Corporation's Motion to Abstain and to Dismiss.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

**Deputy Clerk**
**Date:** 8/6/03

72