# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN Of Decedent, JOSEPH E. ROSSI

V.

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC d/b/a The Station, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant)

**GENERAL FOAM CORPORATION**
**c/o Corporation Service Company**
**2704 Commerce Drive**
**Harrisburg, PA 17110**
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**CERTIFIED NO.: 7002 0460 0002 0344 6952**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(401) 751-8855)

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/31/03

(By) DEPUTY CLERK [signature]

73

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GENERAL FOAM CORPORATION
c/o Corporation Service Company
2704 Commerce Dr.
Harrisburg, PA 17110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)

C. Dat
8/4

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
- [x] Certified Mail
- [ ] Express Mail
- [ ] Registered
- [ ] Return Receipt for I
- [ ] Insured Mail
- [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label) 7002 0460 0002 0344 69

PS Form 3811, August 2001 Domestic Return Receipt 10:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GENERAL FOAM CORPORATION
c/o Corporation Service Company
2704 Commerce Dr.
Harrisburg, PA 17110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
- [ ] Age
- [ ] Adc

B. Received by (Printed Name)

C. Date of D
8/4

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [ ] No

3. Service Type
- [x] Certified Mail
- [ ] Express Mail
- [ ] Registered
- [ ] Return Receipt for Merc
- [ ] Insured Mail
- [ ] C.O.D.

4. Restricted Delivery? (Extra Fee) [ ] Ye

2. Article Number
(Transfer from service label) 7002 0460 0002 0344 695

PS Form 3811, August 2001 Domestic Return Receipt 102595-