UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

AUG 05 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,
Plaintiffs

vs. : C.A. No. 03-148-L

JEFFREY DERDERIAN, et al.
Defendants

DEFENDANTS ANHEUSER-BUSCH, COMPANIES, INC.'S AND ANHEUSER-BUSCH, INC.'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

Defendants Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. (collectively "Anheuser-Busch") move this Court for leave to file an opposition memorandum in excess of the page limit set forth in Amended General Order # 2002-01. Specifically, Anheuser-Busch requests leave to file a memorandum not in excess of 25 pages.[1]

In support hereof, Anheuser-Busch relies upon the accompanying memorandum of law.

Granted; Ronald R. Lagueux
Sr. USDJ 8/6/03

1 In its memorandum, Anheuser-Busch will rely on appended materials that are the subject of a Motion to File Memorandum and Appendix in Excess of Page Limits, which motion and memorandum are simultaneously filed herewith in a related action, Ronald Kingsley et al. v. Jeffrey Derderian, et al., C.A. No. 03-208-L.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

74