# UNITED STATES DISTRICT COURT

FOR T. District of RHODE . AND

ɿMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS
ɹnd CHERYL HARRIS-ROSSI, NEXT-OF-KIN
ɟf Decedent, JOSEPH E. ROSSI

V.

JEFFREY DERDERIAN, MICHAEL DERDERIAN,
DERCO LLC d/b/a The Station, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **LUNA TECH, INC.**
**RESIDENT AGENT FOR SERVICE OF PROCESS:**
**Edward T. Hinchley, Esq.**
**Sloane & Walsh**
**3 Center Plaza**
**Boston, MA 02108**
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**CERTIFIED NO.: 7002 0460 0002 0344 7010**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

.n answer to the complaint which is served on you with this summons, within 20 days after service ·f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you ·or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the ·lerk of this Court within a reasonable period of time after service.

______________________ 8/6/03
·LERK DATE

(By) DEPUTY CLERK

76

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward T. Hinchly, Esq.
SLOANE & WALSH
3 Center Plaza
Boston, MA 02108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x G Falkiewicz

B. Received by ( Printed Name)

C. Date 8/1

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for M
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label) 7002 0460 0002 0344 70

PS Form 3811, August 2001 Domestic Return Receipt 102

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903