UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al. | : | |
| Plaintiffs | : | |
| vs. | : | C.A. No. 03-148-L |
| JEFFREY DERDERIAN, et al. | : | |
| Defendants | : | |

DEFENDANTS ANHEUSER-BUSCH, COMPANIES, INC.'S AND ANHEUSER-BUSCH, INC.'S OBJECTION TO MOTIONS TO DISMISS OF AMERICAN FOAM CORPORATION AND DERDERIAN DEFENDANTS

NOW COME Defendants Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. (collectively "Anheuser-Busch") and hereby object to (1) Defendant American Foam Corporation's Motion to Abstain and to Dismiss Case, and (2) Defendants Jeffrey Derderian, Michael Derderian, and DERCO d/b/a The Station's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1).

In support hereof, Anheuser-Busch relies upon the accompanying Memorandum of Law, as well as the Appendix of Exhibits filed in the related action, *Kingsley v. Derderian, et al.*, C.A. No. 03-208-L.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

77

ANHEUSER-BUSCH, COMPANIES, INC.
and ANHEUSER-BUSCH INC,

By their Attorneys,

Joseph V. Cavanagh, Jr. (by kes)
Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendants
Anheuser-Busch, Inc. and
Anheuser-Busch Companies , Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendants Anheuser-Busch, Inc. and
Anheuser-Busch Companies. Inc.

## CERTIFICATION

I hereby certify that on the 14th day of August, 2003, I served a true copy of the within Objection via first class mail, postage prepaid to the following parties:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
345 Sixth Avenue
Pittsburgh, PA 15219

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik Lasalle & Powers, PC
40 Westminster Avenue
Providence, RI 02903

Kurt E. Rogers ________________