UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiff | ) | |
| v. | ) | C.A. No. 03-148/L |
| JEFFREY DERDERIAN, ET AL., Defendants | ) | |

**ENTRY OF APPEARANCE**

I, Benjamin V. White hereby enter my appearance on behalf of defendant, McLaughlin & Moran, Inc.

Benjamin V. White #1652
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060 272-6803 FAX

Dated: August 14, 2003

79

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

James Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Faith LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street – Suite 201
Providence, RI 02903

Timothy A. Williamson, Esq.
West Warwick Solicitor
Mark D. Tourgee, Esq.
West Warwick Assistant Solicitor
c/o Imman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 021808

W.Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Plaze
Philadelphia, PA 19103-7301

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

I hereby certify that I served on the above-named counsel of record a copy of the within Entry of Appearance by mailing first class mail, postage prepaid, on the 14th day of August, 2003.

Sharon L. Bopp