**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**Tammy Passa**
**Walter Castle**
**Cheryl Rossi**, next of kin of Decedent, Joseph Rossi

**v.** **C.A. 03-148L**

Jeffrey Derderian, Michael Derderian
Derco d/b/a The Station, American Foam
Jack Russell,Anheuser,Bush Anheuser-Bush Cos.
McLaughlin & Moran, WHJY-FM,Clear-Channel
Tow of West Warwick,Dennis Larocque
Irving Owens,State of RI,Triton Realty
Triton Partners,Shell Oil, Motiva Enterprises
Manic Music Management,General Foam, Foamex Int'l Inc.
Mark Kendall,David Filice, Eric Powers, Daniel Bichelle,
Knight Records, Inc., Paul Woolnough, Luna Tech Pyrotechnik GMBH

**Ronald Kingsley**, as parent and next friend of Zoe Jean Kingsley, a minor and on behalf of all beneficiaries of Lisa Kelly, decedent

v. **C.A. 03-208L**

Anheuser-Busch, McLaughlin & Moran,Jeffrey Derderian
Michael Derderian, Derco d/b/a The Station
American Foam,Jack Russell,Mark Kendall
David Filice, Eric Powers,Daniel Bichelle
Knight Records, Inc.,Paul Woolnough
Luna Tech, Inc.,Luna Tech Pyrotechnik GMBH
Manic Music Management, Inc.



80

**George Guindon, Barbara Guindon,** individually Barbara Guindon, as mother and next friend to Erica Guindon, minor
Tammy Ayer, as Guardian and next friend to Kayla Marie Dorothy Abbenante Ayer, minor
Louis Rossi, as Administrator of the Estate of Joseph Rossi
Christopher Scot
Julianna Giaven
Eric Malardó and Michelle Malardo
Richard Sanetti and Patricis Sanetti
Michelle Spence, individually. Michelle Spence, as mother and next of friend of Hailey Spence, minor
Chatherine Carignan
Edward Corbett, Jr. as administrator of the estate of Edward Corbett, III
Paul and Betty Roe, individually; Paul and Betty Roe as co-Administrators of the estate of Lori K. Durante
David Davidson
Stephen Bruno

**VS.** **CA03-335L**

Jeffrey Derderian, Michael Derderian
American Foam Corp.
Foamex Int'l
Barry H. Warner
Triton Realty Limited Partnership
Derco, LLC
Manic Music Management, Inc.
Jack Russell, Mark Kendall,David Filice, Eric Powers, Daniel Bichelle, Paul Woolnough
Knight Records, Inc.
Anheuser-Busch, Inc.
McLaughlin & Moran, Inc.
Luna Tech, Inc., Luna Tech Pyrotechnic GMBH;
Clear Channel comm. Inc. d/b/a WHJY-FM, Motiva Enterprises, LLC;
Shell Oil co.
Town of West Warwick,
Dennis Larocque, State of Rhode Island and Irving J. Owens

**MC03-70L**
**IN RE: The Station fire in West Warwick, Rhode Island**

**MC03-71L**
**IN RE: The Station fire in West Warwick, Rhode Island**

**MC03-72L**

**IN RE: The station fire in West Warwick, Rhode Island**

**SCHEDULING ORDER**

All motions to dismiss, remand or abstain shall be filed by September 8, 2003, with supporting memoranda. Any objections or responses are to be filed with supporting memoranda by September 22, 2003. Any replies must be filed by October 6, 2003.

The Court expects to schedule oral argument the week of October 14, 2003 or October 22, 2003.

It is the intention of this Court to stay all proceedings of any action in this court until the Federal Jurisdictional Issue is determined.

BY ORDER:
Barbara J. D'Amico
Deputy Clerk

**ENTER:**

Ronald R. Lagueux
Senior U.S. District Judge
Ronald R. Lagueux
DATED: 8/15/03