**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TAMMY PASSA, Alias<br>WALTER CASTLE, JR., Alias and<br>CHERYL HARRIS-ROSSI, NEXT-OF-KIN of<br>Decedent, JOSEPH E. ROSSI | : | |
| VS. | : | C.A. NO. 03-148 L |
| JEFFREY DERDERIAN,<br>MICHAEL DERDERIAN,<br>DERCO LLC,<br>MANIC MUSIC MANAGEMENT, INC.,<br>JACK RUSSELL,<br>MARK KENDALL,<br>DAVID FILICE,<br>ERIC POWERS,<br>DANIEL BICHELE,<br>PAUL WOOLNOUGH,<br>KNIGHT RECORDS, INC.,<br>ANHEUSER-BUSCH COMPANIES, INC.,<br>ANHEUSER BUSCH, INC.,<br>McLAUGHLIN AND MORAN, INC.,<br>SHELL OIL CO. d/b/a<br>MOTIVA ENTERPRISES, LLC,<br>LUNA TECH, INC.,<br>LUNA TECH PYROTECHNIK GmbH,<br>AMERICAN FOAM CORPORATION,<br>GENERAL FOAM CORPORATION,<br>FOAMEX INTERNATIONAL INC.,<br>WHJY, INC.,<br>CLEAR CHANNEL COMMUNICATIONS, INC.,<br>CLEAR CHANNEL BROADCASTING, INC.,<br>TOWN OF WEST WARWICK,<br>DENNIS LAROCQUE, Individually and as<br>FIRE INSPECTOR FOR THE TOWN OF<br>WEST WARWICK,<br>STATE OF RHODE ISLAND,<br>IRVING J. OWENS, Individually and<br>in his capacity as FIRE MARSHAL for the<br>STATE OF RHODE ISLAND,<br>TRITON REALTY LIMITED PARTNERSHIP,<br>TRITON REALTY, INC., and<br>JOHN DOES 1 through 100 | : | |

82

***ENTRY OF APPEARANCE***

We, James H. Reilly and Donald J. Maroney of Kelly, Kelleher, Reilly & Simpson hereby enter our appearance on behalf of the Defendant, ***Daniel Biechele***, in the above-entitled matter.

JAMES H. REILLY #0658
Attorney for Defendant
KELLY, KELLEHER, REILLY & SIMPSON
Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331 -9397 (fax)

DONALD J. MARONEY #3737
Attorney for Defendant
KELLY, KELLEHER, REILLY & SIMPSON
Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397 (fax)

## CERTIFICATION

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

Thomas C. Angelone, Esq.
Hoods, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

Max Wistow, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloan & Walsh
3 Center Plaza
Boston, MA 02108

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
John V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Ronald J. Resmini, Esq.
155 South Main Street, Suite 400
Providence, RI 02903

I hereby certify that I mailed a true copy of the within to the above counsel of record by first class mail, postage prepaid, on the 19 day of August, 2003.

Donald J. Murray