UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS,
WALTER CASTLE, JR., ALIAS,
And CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,

VS. C.A. NO.: 03-148 L

JEFFREY DERDERIAN,
MICHAEL DERDERIAN,
DERCO LLC,
MANIC MUSIC MANAGEMENT, INC.,
JACK RUSSELL,
MARK KENDALL,
DAVID FILICE,
ERIC POWERS,
DANIEL BICHELE,
PAUL WOOLNOUGH,
KNIGHT RECORDS, INC.,
ANHEUSER-BUSCH COMPANIES, INC.
ANHEUSER-BUSCH INC.,
McLAUGHLIN AND MORAN, INC.,
SHELL OIL CO. d/b/a MOTIVA ENTERPRISES LLC,
LUNA TECH, INC.,
LUNA TECH PYROTECHNIK GmbH,
AMERICAN FOAM CORPORATION,
GENERAL FOAM CORPORATION,
FOAMEX INTERNATIONAL INC.,
WHJY, INC.,
CLEAR CHANNEL COMMUNICATIONS, INC.,
CLEAR CHANNEL BROADCASTING, INC.,
TOWN OF WEST WARWICK,
DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK,
STATE OF RHODE ISLAND,
IRVING J. OWENS, Individually and in his Capacity as FIRE MARSHAL FOR THE STATE OF RHODE ISLAND,
TRITON REALTY LIMITED PARTNERSHIP,
TRITON REALTY, INC.,
And JOHN DOES 1 through 100.

85

**ENTRY OF APPEARANCE**

Now comes the undersigned and hereby enters her appearance on behalf of the defendants, Shell Oil Company and Motiva Enterprises, LLC.

Shell Oil Company
Motiva Enterprises LLC
By their Attorney,

Faith A. LaSalle

Faith A. LaSalle (#2212)
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax
(401) 454-3042 (Direct dial)

## CERTIFICATION

I hereby certify that on the 5th day of September, 2003, I caused a true copy of the foregoing to be mailed to the following counsel of record:

Ronald J. Resmini, Esq.
Ronald J. Resmini, Ltd. Law Offices
155 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster St., #200
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Benjamin V. White, Esq.
Vetter & White
20 Washington Pl.
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

William P. Robinson, III Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards and Angell
One Financial Plaza, Ste. 2700
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Andrew Trevelise, Esq.
Reed Smith LLp
2500 One Liberty Place
Philadelphia, PA 19103-7301

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Eva Marie Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Brian Cunha, Esq.
Law offices of Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Mark S. Mandell, Esq.
Yvette Boisclair, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Kathryn Wilson [signature]
ZIZIK, LASALLE & POWERS, P.C.