UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI :

-VS- :C.A.NO.03-148 L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, et als :

RECEIVED AUG 07 2003 COURT ISLAND

DISMISSAL STIPULATION

By agreement of the parties the Defendant, LUNA TECH PYROTECHNIK GmbH, in the above entitled cause may be dismissed without prejudice, no interest, no costs.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

Enter:
Ronald R. Lagueux
Sr. USDJ 9/3/03

RONALD J. RESMINI, ESQ.#0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: August 7, 2003
(401)751-8855

JOHN H. BROOKE, ESQ.
Attorney for LUNA TECH PYROTECHNIK GmbH
Brooke-Mawhorr
P.O. Box 1071
112 E. Gilbert St.
Muncie, IN 47308-1071

86