UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**OBJECTION OF CLEAR CHANNEL BROADCASTING, INC.
TO MOTIONS TO DISMISS**

For the reasons set forth in the accompanying memorandum, defendant Clear Channel Broadcasting, Inc., hereby joins in the Objection to Motions to Dismiss that was filed by defendants Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. (collectively "Anheuser-Busch") on or about August 14, 2003.

DEFENDANT CLEAR CHANNEL
BROADCASTING, INC.

By its Attorneys,

William P. Robinson III

William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
Telecopy: (401) 276-6611

W. Thomas McGough, Jr.
James J. Restivo, Jr.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3088
Telecopy: (412) 288-3063

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8250
Telecopy: (215) 851-1420
Pro Hac Vice on behalf of Defendant
Clear Channel Broadcasting, Inc.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 16th day of September, 2003 I caused a true copy of the foregoing Objection to Motions to Dismiss to be sent via first class mail, postage prepaid, to:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher
& Flom (Illinois)
333 West Wacker Drive
Chicago, IL 60606

Anthony F. DeMarco, Esq.
Reynolds DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik LaSalle & Powers, PC
40 Westminster Street
Providence, RI 02903

Donald J. Maroney, Esq.
James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**MEMORANDUM IN SUPPORT OF OBJECTION OF CLEAR CHANNEL BROADCASTING, INC. TO MOTIONS TO DISMISS**

On August 14, 2003, defendants Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc. (collectively "Anheuser-Busch") filed with this court an Objection to certain pending motions to dismiss the Amended Complaint in this action on jurisdictional grounds.

Defendant Clear Channel Broadcasting, Inc., has reviewed the Memorandum of Law filed by Anheuser-Busch in support of said Objection and is convinced that that memorandum more than sufficiently articulates the legal grounds which decidedly indicate that there is jurisdiction over this matter in this court.

For that reason, defendant Clear Channel Broadcasting, Inc., respectfully indicates that, in lieu of filing its own separate extensive memorandum of law, it wishes simply to join in the arguments made by Anheuser-Busch. Defendant Clear Channel Broadcasting, Inc., believes that in doing so it is acting in accordance with the mandate of Rule 1 of the Federal Rules of Civil Procedure calling for "the just, speedy, and inexpensive determination of every action."

DEFENDANT CLEAR CHANNEL
BROADCASTING, INC.

By its Attorneys,

William P. Robinson III

William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
Telecopy: (401) 276-6611

W. Thomas McGough, Jr.
James J. Restivo, Jr.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3088
Telecopy: (412) 288-3063

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8250
Telecopy: (215) 851-1420

Pro Hac Vice on behalf of Defendant
Clear Channel Broadcasting, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of September, 2003 I caused a true copy of the foregoing Objection to Motions to Dismiss to be sent via first class mail, postage prepaid, to:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher
& Flom (Illinois)
333 West Wacker Drive
Chicago, IL 60606

Anthony F. DeMarco, Esq.
Reynolds DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik LaSalle & Powers, PC
40 Westminster Street
Providence, RI 02903

Donald J. Maroney, Esq.
James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903