UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, et al.
Plaintiff(s)

v. C.A. No. 03-148-L

JEFFREY DERDERIAN, et al.
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

~~Plaintiff/~~defendant Jack Russell hereby moves that Edwin F. McPherson, Esq. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______
- ☒ Pro hac vice counsel's long-standing representation of the client: Jack Russell as general counsel
- ☐ The local trial bar lacks experience in the field of:
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: ______

[~~Plaintiff/~~Defendant]
By: [signature]

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)
Attorneys for Jack Russell

DATED: September 16, 2003

88

ATTORNEY'S ...RTIFICATION FOR PRO HAC VICE A... ...ISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of California and Hawaii and the following federal district court bar(s) Central, Northern, Southern, and Eastern District of California, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

None

(3) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name Edwin F. McPherson | Local Associate Counsel<br>Randall L. Souza (#4082)<br>Fred A. Kelly, Jr. (#4553)<br>R.I. Bar ID # |
| McPherson & Kalmansohn<br>Firm Name | Nixon Peabody LLP<br>Firm Name |
| 1801 Century Park East, 24th Floor<br>Los Angeles, CA 90067<br>Business Address | One Citizens Plaza<br>Providence, RI 02903<br>Business Address |
| 310-553-8833 Tel. #   310-553-9233 Fax # | 401-454-1000 Tel #   401-454-1030 Fax # |

ORDER:

This motion is hereby ____________

U.S. District Judge

Dated: ____________

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September 2003, I mailed a true copy of the within Motion for Entry of Appearance Pro Hac Vice via first-class mail, postage prepaid to counsel on the attached Service List.

Collette Palmer

THE STATION NIGHTCLUB FIRE
SERVICE LIST (USDC-RI)

Brian R. Cuhna, Esq.
BRIAN CUHNA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Max H. Wistow, Esq.
WISTOW & BARYLICK
61 Weybosset St.
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Dept. of Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903

James P. Howe, Esq.
215 Broadway
Providence, 02903

Oleg Nikolyszyn, Esq.
155 South Main St., Suite 303
Providence, RI 02903

Michael A. St. Pierre, Esq.
Revens Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Mark Tourgee, Esq.
Asst. Solicitor
Town of West Warwick
c/o Inman & Tourgee
1193 Tiogue Ave.
Coventry, RI 02816

Joyce A. Faraone, Esq.
400 Reservoir Ave., Suite 3G
Providence, RI 02907

Scott Hubbell, Esq.
SUMMERS LAW OFFICE
P.O. Box 306
Franklin, MA 02038

Steven Minicucci, Esq.
373 Elmwood Ave.
Providence, RI 02907

Howard A. Merten, Jr., Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903-6803

Timothy A. Williamson, Esq.
Solicitor
Town of West Warwick
c/o INMAN & TOURGEE
1193 Tiogue Ave.
Coventry, RI 02816

William A. Filippo, Esq.
373 Elmwood Ave.
Providence, RI 02907

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Ronald J. Resmini, Esq.
155 South Main Street, Suite 400
Providence, RI 02903

Evamarie Mancuso, Esq.
HAMEL, Waxler, Allen & Collins
387 Atwells Ave.
Providence, RI 02909-3806

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Edward T. Hinchey, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

Brian P. Voke, Esq.
CAMPBELL CAMPBELL EDWARDS & CONROY
One Constitution Plaza
Boston, MA 02129

Lawrence H. Leavitt, Esq.
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center, P.O. Box 4726
Portland, ME 04112

Joseph B. Burns, Esq.
ROME McGUIGAN SABANOSH, P.C.
One State Street
Hartford, CT 06103

Joseph V. Cavanagh, Esq.
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW OFFICES
211 Angell Street
Providence, RI 02906

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Mark T. Nugent, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 0290

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

James H. Reilly, Esq.
KELLY KELLEHER RIELLY & SIMPSON
146 Westminster St., #500
Providence, RI 02903-2017

James T. Murphy, Esq.
HANSON CURRAN, L.L.P.
146 Westminster St.
Providence, RI 02903-2202

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR, LTD.
One Park Row
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903