UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, et al )
Plaintiffs )
)
v. ) C.A. No. 03-148/L
)
JEFFREY DERDERIAN, et al )
Defendants )

RONALD KINGSLEY, as parent and next )
friend of ZOE JEAN KINGSLEY, a minor, )
and on behalf of all beneficiaries of LISA )
KELLY, decedent )
Plaintiffs ) C.A. No. 03-CV-208/L
)
v. )
)
JEFFREY DERDERIAN, et al )
Defendants )

GEORGE GUINDON, et al )
Plaintiffs )
v. ) C.A. No. 03-335/L
)
AMERICAN FOAM CORPORATION, et al)
Defendants )

IN RE: THE STATION FIRE IN
WEST WARWICK, RHODE ISLAND
ON FEBRUARY 20, 2003 M.C. 03-70/L

IN RE: THE STATION FIRE IN
WEST WARWICK, RHODE ISLAND
ON FEBRUARY 20, 2003 M.C. 03-71/L

**DEFENDANT McLAUGHLIN & MORAN, INC.'S**
**OBJECTION TO MOTIONS TO DISMISS AND/OR REMAND**

Defendant McLaughlin & Moran, Inc. objects to the motions to dismiss and remand filed by American Foam Corporation, and by Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station, as well as to the Objection to Removal of State Court Miscellaneous



89

Petitions and Request for Remand filed by the Plaintiffs' Steering Committee. In support of this objection, defendant McLaughlin & Moran, Inc. joins in, adopts and relies upon the objections, memoranda and supporting exhibits previously submitted by defendant Anheuser Busch, Inc. in response to these various motions and requests.

McLaughlin & Moran, Inc. also submits the accompanying brief supplemental memorandum in support of its objection.

Howard A. Merten, No. 3171
Benjamin V. White, #1652
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060 272-6803 FAX

Dated: September 22, 2003

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

James Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Faith LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street – Suite 201
Providence, RI 02903

Donald J. Maroney, Esq.
146 Westminster Street
Suite 500
Providence, RI 02903

James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Timothy A. Williamson, Esq.
West Warwick Solicitor
Mark D. Tourgee, Esq.
West Warwick Assistant Solicitor
c/o Imman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 021808

W.Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Plaze
Philadelphia, PA 19103-7301

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32d Floor
Louisville, KY 40202-3363

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East Providence, RI 02914

Steven A. Minicucci, Esq.
John M. Calvino, Esq.
Law Associates
373 Elmwood Avenue
Providence, RI 02907

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Stephen E. Breggia, Esq.
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, RI 02908

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Objections of Defendant McLaughlin & Moran, Inc. to Motions to Dismiss and/or Remand thereof by first-class mail, postage prepaid on 20 day of September, 2003.

______________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, et al<br>Plaintiffs<br><br>v.<br><br>JEFFREY DERDERIAN, et al<br>Defendants | ) | C.A. No. 03-148/L |
| RONALD KINGSLEY, as parent and next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent<br>Plaintiffs<br><br>v.<br><br>JEFFREY DERDERIAN, et al<br>Defendants | ) | C.A. No. 03-CV-208/L |
| GEORGE GUINDON, et al<br>Plaintiffs<br>v.<br><br>AMERICAN FOAM CORPORATION, et al<br>Defendants | ) | C.A. No. 03-335/L |
| IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003 | | M.C. 03-70/L |
| IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003 | | M.C. 03-71/L |

**MEMORANDUM IN SUPPORT OF DEFENDANT McLAUGHLIN & MORAN, INC.'S OBJECTION TO MOTIONS TO DISMISS AND/OR TO REMAND**

Defendant McLaughlin & Moran, Inc. objects to the motions to dismiss and

remand filed by American Foam Corporation, and by Jeffrey Derderian and Michael Derderian and DERCO d/b/a The Station, and to the Objection to Removal to State Court Miscellaneous Petitions and Request for Remand filed by the Plaintiffs' Steering Committee. In support of this objection, defendant McLaughlin & Moran, Inc. joins in, adopts and relies upon the objections, memoranda and supporting exhibits previously submitted by defendant Anheuser-Busch, Inc. in response to these various motions and requests.

McLaughlin & Moran, Inc. also submits this brief supplemental memorandum to highlight some practical issues already apparent in The Station fire litigation which compel the application of the MMTJA to these facts.

The Station fire lawsuits already filed and the multitude of suits still to be filed present the paradigm for application of the MMTJA. The wisdom of drawing all of the cases arising out of The Station fire into a single federal court is already apparent, and this litigation has just started. So far, suits have been filed in this court, the Providence County Superior Court, and the United States District Courts in Connecticut and Massachusetts. Each of those cases, while pending in those different courts, proceeded on different timelines and in different directions.

The Providence County Superior Court actions included traditional lawsuits and three miscellaneous petitions. Case Management Orders and an Interim Discovery Plain were entered and a Plaintiffs Steering Committee appointed. Those petitions, along with Kingsley v. American Foam, et al., C.A. No. 03-CV-208/L, were removed to this court pursuant to 28 U.S.C. §1441(e). If the Court rejects application of the MMTJA, these actions will go back to Rhode Island state court.

Another suit was filed in the United States District Court for the District of Connecticut, Henault v. American Foam Corporation, C.A. No. 03-CV-999 (DJS). Plaintiffs' counsel there have embarked on a strategy of trying to push that case along as quickly as possible. Connecticut plaintiffs tried to push through a discovery schedule. They announced to the press that they would be the "first" plaintiffs to conduct "substantive" depositions. They noticed and re-noticed the depositions of Rhode Island officials and other defendants, prompting motions for protective orders. Further, Connecticut plaintiffs filed three different motions[1] in the Connecticut District Court seeking access to the evidence collected and preserved pursuant to Rhode Island State Court orders, apparently on terms different than previously ordered by the Rhode Island Court. Those motions reveal a conflict between Rhode Island and Connecticut plaintiffs' counsel.

This activity prompted the Connecticut District Court to enter a Scheduling Order on August 21, 2003. That order called for all answers and Rule 12 motions to be filed by October 3, 2003, with briefing to be completed on these issues by November 21, 2003. After several defendants filed motions to transfer that case to this Court, the Connecticut federal court agreed to hear and decide the motions to transfer by October 3, 2003.

In Massachusetts, two new cases have been filed in the federal court in Boston,[2] again citing 28 U.S.C. §1369. No defendants have entered appearances in either of those cases, though McLaughlin & Moran and other defendants plan to seek transfer of these actions to this

---

1 Plaintiff's Motion for Inspection, dated August 1, 2003; Plaintiff's Emergency Motion for Inspection, dated August 20, 2003; and Plaintiff's Motion for Reconsideration of Motion for Inspection and Emergency Motion for Inspection, dated August 28, 2003. Exhibit A.

2 Sweet v. American Foam Corporation, et al., C.A. No. 03-11496/RWZ and Linda Roderiques v. American Foam Corporation, et al., C.A. No. 03-11497/MEL

Court as well.

Meanwhile, in the cases pending before it, this Court stayed discovery and answers pending the orderly resolution of the threshold issue of whether this court has jurisdiction over these matters pursuant to the MMTJA, 28 U.S.C. §1369. Parties are filing briefs on this threshold issue pursuant to a briefing schedule established by this Court.

This brief recounting of early stages of these various lawsuits as they have proceeded only briefly in different courts is not meant to be a criticism of the handling of these matters to date by any court or party. Different timetables, discovery, motions and activity is inevitable when different courts handle numerous lawsuits, even when those lawsuits stem from the very same accident.

Rather, this brief history demonstrates just why Congress enacted the MMTJA and why it must be applied to these cases. The only chance for one court to hear all of these cases is via application of the MMTJA.

There is no mechanism for consolidating overlapping state court actions – not 28 U.S.C. §1404, not MDL. Nothing.

If 28 U.S.C. §1369 does not apply, cases stemming from The Station fire likely will be filed (or re-filed) in numerous state courts, including at least Rhode Island, Connecticut and Massachusetts. (Potential claimants from California, New York, Maine, Nevada, Washington and Ohio have also been identified.) The plaintiffs' attorneys in each state will likely pursue differing, perhaps conflicting, agendas. Conceivably, cases filed in different states could proceed against different collections of defendants as some defendants get dismissed for lack of personal jurisdiction and others do not. In turn, another round of law suits seeking

contribution or indemnity from missing defendants could follow. The Station fire was not an "essentially local disaster" as those suggesting remand and/or dismissal suggest.

The Station fire cases all unquestionably fall within the grant of jurisdiction set forth in 28 U.S.C. §1369(a). Unless this Court applies the MMTJA to these cases, they will be handled in different state courts on different schedules with inevitable conflicts, duplication and waste of judicial resources. McLaughlin & Moran will not repeat the statutory or legislative history analyses laid out at length in the papers submitted by Anheuser-Busch. Suffice it to say that no reasonable interpretation of the statute, its terms, its purpose or its legislative history supports such a result.

**CONCLUSION**

This Court has and must exercise jurisdiction over these actions. This Court should deny all pending Motions to Dismiss and/or Remand.

Howard A. Merten, No. 3171
Benjamin V. White, #1652
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060 272-6803 FAX

Dated: September 22, 2003

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

James Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Faith LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street – Suite 201
Providence, RI 02903

Donald J. Maroney, Esq.
146 Westminster Street
Suite 500
Providence, RI 02903

James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Timothy A. Williamson, Esq.
West Warwick Solicitor
Mark D. Tourgee, Esq.
West Warwick Assistant Solicitor
c/o Imman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 021808

W.Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Plaze
Philadelphia, PA 19103-7301

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32d Floor
Louisville, KY 40202-3363

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East Providence, RI 02914

Steven A. Minicucci, Esq.
John M. Calvino, Esq.
Law Associates
373 Elmwood Avenue
Providence, RI 02907

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Stephen E. Breggia, Esq.
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, RI 02908

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Memorandum in Support of Objections of Defendant McLaughlin & Moran, Inc. to Motions to Dismiss and/or Remand by first-class mail, postage prepaid on 22nd day of September, 2003.

Sharon W. Boyd