**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TAMMY PASSA, et al
Plaintiff(s)

v. C.A. No. 03-148-L

JEFFREY DERDERIAN, et al
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Defendants, General Foam Corporation and Foamex, L.P. hereby move that Susan S. Wettle be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: mass fire disaster litigation.
- Pro hac vice counsel's long-standing representation of the client: Foamex, L.P. and General Foam Corporation for many years as outside counsel.
- The local trial bar lacks experience in the field of: ______.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ______.

DATED: September 22, 2003

Defendants
By: [signature]

James A. Ruggieri (#2828)
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (fax)
Attorney for General Foam Corporation and Foamex, L.P.

91

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Kentucky and the following federal district court bar(s): Eastern District of Kentucky, Western District of Kentucky, Southern District of Indiana, Sixth Circuit Court of Appeals, Eighth Circuit Court of Appeals and the U.S. Supreme Court, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
None

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name: Susan S. Wettle | Local Associate Counsel : James A. Ruggieri (#2828) |
| Frost Brown Todd LLC<br>Firm Name | Higgins, Cavanagh & Cooney LLP<br>Firm Name |
| 400 W. Market Street, 32nd Floor<br>Louisville, Kentucky 40202<br>Business Address | The Hay Building, 123 Dyer Street<br>Providence, Rhode Island 02903<br>Business Address |
| (502) 589-5400 Tel. #   (502) 581-1087 Fax # | (401) 272-3500 Tel. #   (401) 273-8780 Fax # |

---

**ORDER:** This motion is hereby ____________________.

______________________________
U.S. District Judge

Date: ____________________

LOULibrary/290351.1