UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS,<br>WALTER CASTLE, JR., ALIAS,<br>And CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, | ) | |
| VS. | ) | C.A. NO.: 03-148 L |
| JEFFREY DERDERIAN,<br>MICHAEL DERDERIAN,<br>DERCO LLC, EL. AL. | ) | |

**DEFENDANTS, SHELL OIL COMPANY AND MOTIVA ENTERPRISE LLC'S OBJECTIONS TO MOTIONS TO DISMISS OF AMERICAN FOAM CORPORATION AND DERDERIAN DEFENDANTS**

Defendants, Shell Oil Company and Motiva Enterprises LLC hereby object to the Motions to Dismiss of American Foam Corporation and the Derderian Defendants filed in this matter. In support of this objection, these defendants join in and adopt the arguments and authority referenced in the Memorandum of Law filed on August 14, 2003, and the Appendix of Exhibits filed by defendants, Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc., in support of its Objection in this case and the related action, Kingsley v. Derderian, et. al., C.A. No: 03-308-L. In further support of this objection, these defendants rely upon the attached memorandum of law.

Wherefore, the defendants, Shell Oil Company and Motiva Enterprises LLC, request that the Court deny the defendants, American Foam Corporation and the Derderian Defendants' Motions to Dismiss or Abstain.

94

Shell Oil Company
Motiva Enterprises LLC
By their Attorneys,

*Faith A. LaSalle*

Faith A. LaSalle (#2212)
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax
(401) 454-3042 (Direct dial)

**CERTIFICATION**

I hereby certify that on the 22nd day of September, 2003, I caused a true copy of the foregoing to be mailed to the following counsel of record:

Ronald J. Resmini, Esq.
Ronald J. Resmini, Ltd. Law Offices
155 South Main Street
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster St., #200
Providence, RI 02903

William P. Robinson, III Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards and Angell
One Financial Plaza, Ste. 2700
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Pl.
Providence, RI 02903

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
435 Sixth Avenue
Pittsburgh, PA 15219

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108
Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Andrew Trevelise, Esq.
Reed Smith LLp
2500 One Liberty Place
Philadelphia, PA 19103-7301
Brian R. Cunha, Esq.
Law Offices of Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907
Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306
Mark S. Mandell, Esq.
One Park Row
Providence, RI 02903

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320
Charles N. Redihan, Jr., ESq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

James Howe, Esq.
215 Broadway
Providence, RI 02903

Eva Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Donald A. Migliori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903
Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Stephen Born, Esq.
Law Office of Donald E. Green
2235 Washington Street
Roxbury, MA 02119

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
Inman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816
Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Patricia G. Kotth

ZIZIK, LaSALLE & POWERS, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS,<br>WALTER CASTLE, JR., ALIAS,<br>And CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, | ) | |
| VS. | ) | C.A. NO.: 03-148 L |
| JEFFREY DERDERIAN,<br>MICHAEL DERDERIAN,<br>DERCO LLC, EL. AL. | ) | |

**MEMORANDUM IN SUPPORT OF OBJECTION OF DEFENDANTS, SHELL OIL COMPANY AND MOTIVA ENTERPRISES LLC TO MOTIONS TO DISMISS OF AMERICAN FOAM CORPORATION AND DERDERIAN DEFENDANTS**

Defendants, Shell Oil Company and Motiva Enterprises LLC join in the opposition to Defendant's American Foam Corporation and the Derderian defendants' Motion to Dismiss this action which has been filed in federal court. In support of their opposition, defendants, Shell Oil Company and Motiva Enterprises LLC have reviewed the arguments and authority referenced in the Memorandum of Law and the Appendix of Exhibits filed on August 14, 2003, by defendants, Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc., in support of its Objection in this case and the related action, Kingsley v. Derderian, et. al., C.A. No: 03-308-L. These defendants are in agreement with the authority referenced in said memorandum in support of the position that this Court has jurisdiction over this matter and adopts the arguments made by Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc.

For those reasons stated in the memorandum filed on August 14, 2003, defendants, Shell Oil Company and Motiva Enterprises, LLC, request that the Court deny

the defendants, American Foam Corporation and the Derderian Defendants' Motions to Dismiss or Abstain and retain jurisdiction over this matter.

Shell Oil Company
Motiva Enterprises LLC
By their Attorneys,

*Faith A. LaSalle*

Faith A. LaSalle (#2212)
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax
(401) 454-3042 (Direct dial)

# CERTIFICATION

I hereby certify that on the 22nd day of September, 2003, I caused a true copy of the foregoing to be mailed to the following counsel of record:

| | |
|---|---|
| Ronald J. Resmini, Esq.<br>Ronald J. Resmini, Ltd. Law Offices<br>155 South Main Street<br>Providence, RI 02903 | James Lee, Esq.<br>Dept. of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903 | James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster St.<br>Providence, RI 02903 |
| Anthony DeMarco, Esq.<br>Boyer, Reynolds & DeMarco<br>170 Westminster St., #200<br>Providence, RI 02903 | William P. Robinson, III Esq.<br>Stephen M. Prignano, Esq.<br>Stephen MacGillivray, Esq.<br>Edwards and Angell<br>One Financial Plaza, Ste. 2700<br>Providence, RI 02903 |
| Joseph Cavanagh, Jr., Esq.<br>Kristen E. Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903 | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909 |
| Howard Merten, Esq.<br>Eric M. Sommers, Esq.<br>Vetter & White<br>20 Washington Pl.<br>Providence, RI 02903 | Daniel P. McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |
| Mark T. Nugent, Esq.<br>Paul V. Sullivan, Esq.<br>Morrison, Mahoney & Miller<br>One Providence Washington Plaza<br>Providence, RI 02903 | Ann S. Sheeley, Esq.<br>Stephen Born, Esq.<br>Law Offices of Donald E. Green, P.C.<br>2235 Washington Street<br>Roxbury, MA 02119 |
| Stefanie DiMaio Larivee, Esq.<br>215 Broadway<br>Providence, RI 02903 | Edward M. Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606 |

| | |
|---|---|
| Fred A. Kelly, Jr., Esq.<br>Randall L. Souza, Esq.<br>Ian C. Ridlon, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903 | W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq.<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman LLP<br>Three School Street<br>Boston, MA 02108 | Andrew Trevelise, Esq.<br>Reed Smith LLp<br>2500 One Liberty Place<br>Philadelphia, PA 19103-7301 |
| Stephen E. Breggia, Esq.<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908 | Brian R. Cunha, Esq.<br>Law Offices of Brian Cunha & Associates<br>904 Broadway<br>East Providence, RI 02914 |
| Curtis R. Diedrich, Esq.<br>Edward T. Hinchey, Esq.<br>Sloane & Walsh<br>3 Center Plaza<br>Boston, MA 02108 | Joyce A. Faraone, Esq.<br>400 Reservoir Avenue<br>Suite 3G<br>Providence, RI 02907 |
| William A. Filippo, Esq.<br>Steven A. Minicucci, Esq.<br>373 Elmwood Avenue<br>Providence, RI 02907 | James Howe, Esq.<br>215 Broadway<br>Providence, RI 02903 |
| Scott Hubbell, Esq.<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038-0306 | Eva Mancuso, Esq.<br>387 Atwells Avenue<br>Providence, RI 02909 |
| Mark S. Mandell, Esq.<br>One Park Row<br>Providence, RI 02903 | Donald A. Migliori, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>321 South Main Street, Suite 402<br>Providence, RI 02903 |
| Ralph J. Monaco, Esq.<br>Conway & Londregan<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320 | Oleg Nikolyszyn, Esq.<br>155 South Main Street<br>Suite 303<br>Providence, RI 02903 |
| Charles N. Redihan, Jr., ESq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Christopher L. Russo, Esq.<br>888 Reservoir Avenue<br>Cranston, RI 02910 |
| Michael A. St. Pierre, Esq.<br>Revens, Revens & St. Pierre, P.C.<br>946 Centerville Road<br>Warwick, RI 02886 | Stephen Born, Esq.<br>Law Office of Donald E. Green<br>2235 Washington Street<br>Roxbury, MA 02119 |

| | |
|---|---|
| Mark D. Tourgee, Esq.<br>Timothy A. Williamson, Esq.<br>Inman & Tourgee<br>1193 Tiogue Avenue<br>Coventry, RI 02816 | Scott J. Tucker, Esq.<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, MA 02108 |
| Max Wistow, Esq.<br>Wistow & Barylick<br>61 Weybosset Street<br>Providence, RI 02903 | |

ZIZIK, LaSALLE & POWERS, P.C.