UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS,<br>WALTER CASTLE, JR., ALIAS,<br>And CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, | ) | |
| VS. | ) | C.A. NO.: 03-148 L |
| JEFFREY DERDERIAN,<br>MICHAEL DERDERIAN,<br>DERCO LLC,<br>ET. AL. | ) | |

**DEFENDANTS, SHELL OIL COMPANY AND MOTIVA ENTERPRISES LLC'S REPLY MEMORANDUM AND JOINDER IN THE SUPPLEMENTAL MEMORANDUM OF LAW FILED BY ANHEUSER-BUSCH, INC.'S and ANHEUSER-BUSCH COMPANIES, INC. IN OPPOSITION TO MOTIONS TO DISMISS OF AMERICAN FOAM CORPORATION AND DERDERIAN DEFENDANTS**

Defendants, Shell Oil Company and Motiva Enterprises LLC, have had the opportunity to review Defendant Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc.'s Supplemental Memorandum of Law in Opposition to Motions to Dismiss of American Foam Corporation and Derderian Defendants. These defendants have also had the opportunity to review and analyze the following documents: 1) Anheuser-Busch Defendants' Memorandum of Law in Support of Removal and in Opposition to Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station's Motion to Remand Originally Filed in Providence County Superior Court; 2.) Defendants Anheuser-Busch, Inc.'s Memorandum of Law in Opposition to Derderian Defendants' Motion to Dismiss; and 3.) Anheuser-Busch, Inc.'s Objection to Amicus Curaie Plaintiff's Steering Committee's Notice of Objection to Removal of State Court Miscellaneous Petitions and Request to Remand and Memorandum of Law in Opposition to the Jurisdiction of the Court. After reviewing the arguments and authority cited in these documents and given due consideration

95

of the same, defendants, Shell Oil Company and Motiva Enterprises LLC, join in and adopt by reference the arguments made in these documents in support of its position that this Court has jurisdiction over this matter.

For these reasons and those set forth in the initial filing of Anheuser-Busch on August 14, 2003 regarding jurisdiction, the Court should deny the request to remand this matter to the state court and retain jurisdiction over the matter

Shell Oil Company
Motiva Enterprises LLC
By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax
(401) 454-3042 (Direct dial)

## CERTIFICATION

I hereby certify that on the 22 day of September, 2003, I caused a true copy of the foregoing to be mailed to the following counsel of record:

Ronald J. Resmini, Esq.
Ronald J. Resmini, Ltd. Law Offices
155 South Main Street
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster St.
Providence, RI 02903

Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster St., #200
Providence, RI 02903

William P. Robinson, III Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards and Angell
One Financial Plaza, Ste. 2700
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Pl.
Providence, RI 02903

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108
Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907
Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306
Mark S. Mandell, Esq.
One Park Row
Providence, RI 02903

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320
Charles N. Redihan, Jr., ESq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew Trevelise, Esq.
Reed Smith LLp
2500 One Liberty Place
Philadelphia, PA 19103-7301
Brian R. Cunha, Esq.
Law Offices of Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

James Howe, Esq.
215 Broadway
Providence, RI 02903

Eva Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Donald A. Migliori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903
Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Stephen Born, Esq.
Law Office of Donald E. Green
2235 Washington Street
Roxbury, MA 02119

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
Inman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816
Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

C. George Baker
ZIZIK, LaSALLE & POWERS, P.C.