UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, | ) | |
| WALTER CASTLE, JR., ALIAS | ) | |
| and CHERYL HARRIS-ROSSI, NEXT-OF- | ) | |
| KIN of Decedent, JOSEPH E. ROSSI | ) | C.A. NO. 03-148-L |
| | ) | |
| VS. | ) | |
| | ) | |
| JEFFREY DERDERIAN et al., | ) | |

**AMENDED CERTIFICATION OF SERVICE FOR OBJECTION OF DEFENDANTS GENERAL FOAM CORPORATION, FOAMEX, L.P. AND UNNAMED DEFENDANTS AND MEMORANDUM OF DEFENDANTS GENERAL FOAM CORPORATION, FOAMEX, L.P. AND UNNAMED DEFENDANTS IN SUPPORT OF JURISDICTION AND IN OPPOSITION TO MOTIONS TO DISMISS AND/OR REMAND**

The above defendants filed their Objection to Motions to Dismiss and/or Remand and Memorandum in Support of Jurisdiction and in Opposition to Motions to Dismiss and/or Remand on September 22, 2003. Service was made upon all counsel of record in the above-captioned matter. These defendants have also served remaining counsel of record in all related actions.

Defendants
GENERAL FOAM CORPORATION,
FOAMEX, L.P. and
unnamed defendants

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
(401) 272-3500 (Tel.)
(401) 273-8780 (Fax)

96

Of Counsel:
(Pro Hac Vice Motions Pending)

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400 (Tel.)
(502) 581-1087 (Fax)

**CERTIFICATION**

I hereby certify that on the 23rd day of September, 2003, a true copy of the within was hand delivered to:

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

James R. Lee, Esq.
RHODE ISLAND DEPARTMENT
OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

James T. Murphy, Esq.

Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Faith A. LaSalle, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Donald J. Maroney, Esq.
146 Westminster Street, Suite 500
Providence, RI 02903

James H. Reilly, III, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street
Providence, RI 02903

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

**and mailed to:**

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street

P.O. Box 2563
Providence, RI 02906

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219

Stephanie DiMaio-Larivee, Esq.
215 Broadway
Providence, RI 02903

Timothy A. Williamson, Esq.
Mark D. Tourgee, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Michael St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East Providence, RI 02914

Steven A. Minicucci, Esq.
John M. Calvino, Esq.
Law Associates
373 Elmwood Avenue
Providence, RI 02907

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Stephen E. Breggia, Esq.
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, RI 02908

Jan Andino