UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SEP 18 2003

TAMMY PASSA, et al.
Plaintiff(s)

v. C.A. No. 03-148-L

JEFFREY DERDERIAN, et al.
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

~~Plaintiff/~~defendant Jack Russell hereby moves that Edwin F. McPherson, Esq. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______
- ☒ Pro hac vice counsel's long-standing representation of the client: Jack Russell as general counsel
- ☐ The local trial bar lacks experience in the field of:
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: ______

[~~Plaintiff/~~Defendant]
By: [signature]
Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)
Attorneys for Jack Russell

DATED: September 16, 2003

99

ATTORNEY'S C...RTIFICATION FOR PRO HAC VICE AL...ISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of California and Hawaii and the following federal district court bar(s) Central, Northern, Southern, and Eastern District of California, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

None

(3) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name Edwin F. McPherson | Local Associate Counsel<br>Randall L. Souza (#4082)<br>Fred A. Kelly, Jr. (#4553)<br>R.I. Bar ID # |
| McPherson & Kalmansohn<br>Firm Name | Nixon Peabody LLP<br>Firm Name |
| 1801 Century Park East, 24th Floor<br>Los Angeles, CA 90067<br>Business Address | One Citizens Plaza<br>Providence, RI 02903<br>Business Address |
| 310-553-8833 Tel. #    310-553-9233 Fax # | 401-454-1000 Tel #    401-454-1030 Fax # |

---

ORDER:

This motion is hereby GRANTED

Ronald R. Lagueux

U.S. District Judge

Dated: 10/1/03

P105086.1