UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**JOINDER OF CLEAR CHANNEL BROADCASTING, INC. IN DEFENDANTS ANHEUSER-BUSCH, INC. AND ANHEUSER-BUSCH COMPANIES, INC.'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS TO DISMISS OF AMERICAN FOAM CORPORATION AND DERDERIAN DEFENDANTS**

Defendant Clear Channel Broadcasting, Inc. hereby joins in and adopts by reference the arguments made in Defendants Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc.'s Supplemental Memorandum Of Law In Opposition To Motions To Dismiss Of American Foam Corporation and Derderian Defendants.

100

Defendant Clear Channel Broadcasting, Inc.

By its Attorneys,

William P. Robinson

William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611

W. Thomas McGough, Jr.
James J. Restivo, Jr.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3088
Telecopy: (412) 288-3063

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8250
Telecopy: (215) 851-1420
Pro Hac Vice on behalf of Defendant
Clear Channel Broadcasting, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 9th day of October, 2003 I caused a true copy of the foregoing to be sent via first class mail, postage prepaid, to:

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher
& Flom (Illinois)
333 West Wacker Drive
Chicago, IL 60606

Anthony F. DeMarco, Esq.
Reynolds DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik LaSalle & Powers, PC
40 Westminster Street
Providence, RI 02903

Donald J. Maroney, Esq.
James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Edwin F McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles,, CA 90067

John Crockett, Esq.
Susan S. Wettle, Esq.
Carl Henlein, Esq.
Frost Brown Todd LLC
400 W. Market Street
32nd floor
Louisville, KY 40202

______________________________