UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, et al
Plaintiffs

v. C.A. No. 03-[illegible]/L

JEFFREY DERDERIAN, et al
Defendants

FILED
SEP 23 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent
Plaintiffs C.A. No. 03-CV-208/L

v.

JEFFREY DERDERIAN, et al
Defendants

GEORGE GUINDON, et al
Plaintiffs

v. C.A. No. 03-335/L

AMERICAN FOAM CORPORATION, et al
Defendants

IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003 M.C. 03-70/L

IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003 M.C. 03-71/L

**<u>DEFENDANT MCLAUGHLIN & MORAN'S MOTION FOR LEAVE TO FILE EXHIBITS IN EXCESS OF FIVE PAGES</u>**

Defendant McLaughlin & Moran, Inc. moves for leave to file Exhibit A to its

Granted:
Ronald R. Lagueux
Sr. USDJ 10/14/03



103