UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, ET AL | : | |
| Plaintiffs, | : | |
| v. | : | C.A. NO. 03-148L |
| JEFFREY DERDERIAN, ET AL | : | |
| Defendants. | : | October 9, 2003 |

**MEMORANDUM OF LAW REGARDING JURISDICTION BY INTERESTED PARTIES ESTATE OF JUDE B. HENAULT, BY CHAD M. HENAULT AND ANGELA BOGGS, INDIVIDUALLY, RACHAEL M. HENAULT, PPA CHAD M. HENAULT, ANDREW J. HENAULT, PPA CHAD M. HENAULT; ESTATE OF SAMUEL A MICELI, JR., BY MADELIENE P. MICELI, ADMIN; ESTATE OF MELVIN A. GERFIN, JR., DEBORAH A. GERFIN AND LAURA GERFIN, CO-ADMINS., DEBORAH GERFIN, INDIVIDUALLY, LAURA GERFIN, INDIVIDUALLY, KELLY GERFIN, PPA DEBORAH GERFIN, MEAGAN GERFIN, PPA DEBORAH GERFIN AND NANCY NOYES**

The Estate of Jude B. Henault, by Chad M. Henault and Angela Boggs, Co-Admins, Angela Boggs, Individually, Rachael M. Henault, ppa Chad M. Henault, Andrew J. Henault, ppa Chad M. Henault; Estate of Samuel A. Miceli, Jr., by Madeliene P. Miceli, Admin; Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura Gerfin, Co-Admins., Deborah Gerfin, Individually, Laura Gerfin,



105

Individually, Kelly Gerfin, ppa Deborah Gerfin, Meagan Gerfin, ppa Deborah Gerfin, Nancy Noyes, are interested parties (hereinafter the "Connecticut plaintiffs") to the above referenced matter. Presently, these individuals are pursuing claims in the United States District Court for the District of Connecticut in a case entitled Estate of Jude B. Henault, et al. v. American Foam Corporation, et al., Docket No. 3:03cv999(DJS). In a decision dated October 3, 2003, the United States District Court for the District of Connecticut, Squatrito, J., ordered the transfer of this case to the United States District Court for the District of Rhode Island. A copy of this Memorandum of Decision and Order (the "Order") is attached hereto. Pursuant to D. Conn. L. Civ. Rules 7 and 83.7, the plaintiffs moved for reconsideration of that Order on October __, 2003. That motion remains pending.

On pages 10 and 11 of the Order, the United States District Court for the District of Connecticut addresses the potential rights of the Connecticut plaintiffs in the United States District Court for the District of Rhode Island. The Order states that,

> [s]hould the District of Rhode Island decide to abstain from exercising jurisdiction over the actions pending before it under [28 U.S.C.] Section 1369, a transfer of



THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

> this action to the District of Rhode Island would still benefit the parties to this case...[I]f this case is transferred now, venue in the District of Rhode Island would still be proper even if that same court decided to abstain under [28 U.S.C.] Section 1369(b). A transfer at this juncture would eliminate future uncertainty and litigation by providing an unassailable forum for plaintiffs' claims.

The Connecticut plaintiffs urge this Court to adopt the United States District Court for the District of Connecticut's analysis that transfer of the Connecticut plaintiffs to this Court would provide "an unassailable forum for plaintiffs' claims." Assuming a final order of transfer to this Court from the United States District Court for the District of Connecticut, the Connecticut plaintiffs object to any remand of their claims to the state courts of Rhode Island. The Connecticut plaintiffs should not be remanded to the state courts of Rhode Island since minimum diversity exists pursuant to 28 U.S.C. 1332 and 1369 and since the Connecticut plaintiffs would have been transferred to this Court from the United States District Court for the District of Connecticut on the assumption that this Court would provide "an unassailable forum for plaintiffs' claims."

Finally, should this Court reject the analyses of the Connecticut plaintiffs and the United States District Court for the District of Connecticut, then this Court



THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

should transfer the Connecticut plaintiffs back to the United States District Court for the District of Connecticut rather than to the state courts of Rhode Island. As set forth in the Connecticut plaintiffs' complaint, the Connecticut plaintiffs allege that the defendants in this case had contacts with Connecticut sufficient to support jurisdiction in Connecticut.

For the foregoing reasons, upon a final order of transfer of the claims of the Estate of Jude B. Henault, by Chad M. Henault and Angela Boggs, Co-Admins, Angela Boggs, Individually, Rachael M. Henault, ppa Chad M. Henault, Andrew J. Henault, ppa Chad M. Henault; Estate of Samuel A. Miceli, Jr., by Madeliene P. Miceli, Admin; Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura Gerfin, Co-Admins., Deborah Gerfin, Individually, Laura Gerfin, Individually, Kelly Gerfin, ppa Deborah Gerfin, Meagan Gerfin, ppa Deborah Gerfin and Nancy Noyes, this Court should retain jurisdiction over the claims of these individuals rather than ordering a remand of their claims to the state courts of Rhode Island. In the alternative, this Court should transfer these claims back to the United States District Court for the District of Connecticut rather than to the state courts of Rhode Island.



THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

THE PLAINTIFFS

By______________________________

Robert I. Reardon, Jr.
Fed. Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
(860)442-0444
(860)444-6445 (fax)

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on October 9, 2003, to the following:

| | |
|---|---|
| James H. Rotondo, Esq.<br>Deborah S. Russo, Esq.<br>Allan B. Taylor, Esq.<br>Stephen B. Hudak, III, Esq.<br>Day Berry & Howard LLP<br>185 Asylum Street<br>Hartford, CT 06103<br>Phone: 860-275-0100<br>Fax: 860-275-0343<br>*for State of Rhode Island and Irving Owens* | David B. Zabel, Esq.<br>Cohen & Wolf<br>1115 Broad Street<br>P O Box 1821<br>Bridgeport, CT 06601-1821<br>Phone: 203-368-0211<br>Fax: 203-394-9901<br>*for Anheuser-Busch, Inc.* |
| Carla Ottaviano, Esq.<br>Law Offices of DuBorg & Farrell<br>200 Glastonbury Boulevard, #301<br>Glastonbury, CT 06033<br>Phone: 860.633.4797<br>Fax: 860.633.0694<br>*for Luna Tech, Inc.* | Edward T. Hinchey, Esq.<br>James Scanlon, Esq.<br>Sloan and Walsh, LLP<br>Three Center Plaza, 8th Floor<br>Boston, MA 02108<br>Phone: 617.523.6010<br>Fax: 617.227.0927<br>*for Luna Tech, Inc.* |
| Christopher J. Lynch, Esq.<br>Jeffrey F. Gostyla, Esq<br>Daniel P. Scapellati, Esq.<br>Halloran & Sage, LLP<br>One Goodwin Square<br>Hartford, CT 06103<br>Phone: 860.522.6103<br>Fax: 860.548.0006<br>*for McLaughlin & Moran, Inc.* | Howard A. Merten, Esq.<br>Benjamin V. White, Esq<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903<br>Phone: 401.421.3060<br>Fax: 401.272.6803<br>*for McLaughlin & Moran, Inc.* |
| Grant H. Miller, Jr., Esq.<br>Cynthia A. Jaworski, Esq.<br>Law Offices of Grant H. Miller, Jr.<br>55 Capital Boulevard, Suite 210<br>Rocky Hill, CT 06067 | James T. Murphy, Esq.<br>Megan J. Goguen, Esq.<br>Hanson Curran, LLP<br>The Francis Building<br>146 Westminster Street |

| | |
|---|---|
| Phone: 860.513.6410<br>Fax: 860.513.6445<br>*for Triton Realty Limited Partnership* | Providence, RI 02903-2202<br>Phone: 401.421.2154<br>Fax: 401.521.7040<br>*for Triton Realty Limited Partnership* |
| Christopher C. Fallon, Jr., Esq.<br>Cozen O'Connor<br>1900 Market Street,<br>Philadelphia, PA 19103-3508<br>Phone: 215-665-2000<br>Fax: 215-665-2013<br>*for Jeffrey Derderian, Michael Derderian and DERCO, LLC* | Gerald P. Dwyer, Jr., Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Phone: 860.275.8200<br>Fax: 860.275.8299<br>*for Jeffrey Derderian, Michael Derderian and DERCO, LLC* |
| Thomas C. Angelone, Esq.<br>Hodosh Spinella & Angelone, P.C.<br>One Turks Head Place, Suite 1050<br>Providence, RI 02903<br>Phone: 401.274.0200<br>Fax: 401.274.7538<br>*for American Foam Corporation and Barry H. Warner* | Michael T. Ryan, Esq.<br>Robert O. Hickey, Esq.<br>Anthony D. Sutton, Esq.<br>Ryan Ryan Johnson & Deluca, LLP<br>80 Fourth Street<br>Stamford, CT 06905<br>Phone: 203.357.9200<br>Fax: 203.357.7915<br>*for American Foam Corporation and Barry H. Warner* |
| Edward B. O'Connell, Esq.<br>Waller Smith & Palmer, P.C.<br>52 Eugene O'Neill Drive<br>New London, CT 06320<br>Phone: 860.442.0367<br>Fax: 860.447.9915<br>*for Citadel Communications Corporation d/b/a WQGN-FM* | Mark K. Ostrowski, Esq.<br>Jose M. Rojas, Esq.<br>Shipman & Goodwin, LLP<br>One American Row<br>Hartford, CT 06103-2819<br>Phone: 860-251-5000<br>Fax: 860-251-5099<br>*for Shell Oil Company and Motiva Enterprises, LLC* |
| William E. Murray, Esq.<br>Edwards & Angell, LLP<br>90 State House Square<br>Hartford, CT 06103<br>Phone: 860.525.5065 | Donald J. Maroney, Esq.<br>James H. Reilly, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street, Suite 500<br>Providence, RI 02903 |

| | |
|---|---|
| Fax: 860.527.4198<br>*for Clear Channel Communications, Inc.* | Phone: 401.272.1312<br>Fax: 401.331.9397<br>*for Daniel Biechele* |
| Marc Desisto, Esq.<br>DeSisto Law<br>211 Angell Street<br>P.O. Box 2563<br>Providence, RI 02906<br>Phone: 401.272.4442<br>Fax: 401.272.9937<br>*for the Town of West Warwick and Denis Larocque* | Stacie Boeniger Collier, Esq.<br>Nixon Peabody LLP<br>City Place<br>185 Asylum Street<br>Hartford, CT 06103<br>Phone: 860.275.6820<br>Fax: 860.275.6821<br>*For Jack Russell* |
| Randall L. Souza, Esq.<br>Edwin F. McPherson, Esq.<br>Fred A. Kelly, Jr., Esq.<br>Nixon Peabody, LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903<br>Phone: 401.454.1000<br>Fax: 401.454.1030<br>*For Jack Russell* | Ralph J. Monaco, Esq.<br>Patrick J. Day, Esq.<br>Conway & Londregan, P.C.<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320<br>Phone: 860-447-3171<br>*for the plaintiffs Caroline Telgarsky, Admin. Of the Estate of Sara Jane Telgarsky and Sarah Jane Ballard, Individually* |
| John J. Nazzaro, Esq.<br>Law Offices of John J. Nazzaro, LLC<br>164 Hempstead Street<br>New London, CT 06320<br>Phone: 860-440-2755<br>*for the plaintiffs Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura Gerfin, Co-Admins., Deborah Gerfin, Individually, Laura Gerfin, Individually, Kelly Gerfin, ppa Deborah Gerfin, Meagan Gerfin, ppa Deborah Gerfin* | Daniel J. Horgan, Esq.<br>The Horgan Law Offices<br>Shaw's Cove 5, Suite 200<br>New London, CT 06320<br>Phone: 860-442-9099<br>*for the plaintiffs Glen Johnson, Lisa Johnson and Melanie Holliday* |
| | |

Robert I. Reardon, Jr.



THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515