*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

**CLERK'S MINUTES**

**CASE NUMBER:** CA03-0148, 208, 335
MC03-0070, 071, 073

**DATE:** October 15, 2003

**TITLE OF CASE: Passa v.Derderian, Kingsley v. Derderian, Guindon v. Derderian**

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK: James E. Webb

COURT REPORTER: Angela Gallogly

---

Many attorneys will list those who will argue motions re: jurisdiction issue
(see attachment)

Max Wiston, Mark Mandell (Steering Committee)
Ronald Resmini, (Pla. Passa and Kingsley)
Edward Crane (Anheuser-Busch)
Joseph Cavanagh (Anheuser-Busch)
Christopher Fallon (Derderian)
Anthony Demarco (Derderian)
Robert Reardon (Connecticut Plaintiffs)

Deft American Form's motion to abstain/dismiss
Deft Derderian/Derco motion to dismiss amended complaint lack of jurisdiction

Attorneys Wistow and Mandell argue in favor of motions

Attorneys Resmini, Crane argue objections to motions

matter taken under advisement

107