UNITED STATES DISTRIC COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL :

Plaintiffs, :

v. : C.A. NO. 03-148L

JEFFREY DERDERIAN, ET AL :

Defendants. : ~~October~~ Nov 4, 2003

**MOTION FOR ADMISSION PRO HAC VICE**

Ronald J. Resmini, an attorney duly admitted to the Bar of the State of Rhode Island and authorized to practice before this Court, hereby moves this Court for the admission of Attorney Robert I. Reardon, Jr., of The Reardon Law Firm, P.C., pro hac vice as co-counsel for the plaintiff in the above entitled action.

Attorney Reardon is a graduate of Boston College and Fordham University School of Law (1970). He is a member in good standing of the Connecticut Bar (since 1970), the United States District Court for the District of Connecticut (since 1974), United States Court of Appeals for the 11th Circuit (1999), United States Claims Court (1986), the United States Court of Appeals



109

for the Second Circuit (since 1974), and the United States Supreme Court (1974). Attorney Reardon is a member of the Association of Trial Lawyers of America, Connecticut Bar Association and the Connecticut Trial Lawyers Association. He is board certified in the Civil Trial Advocate by the National Board of Trial Advocacy. He is past president of the Connecticut Trial Lawyers Association and is a Governor of the Association of Trial Lawyers of America. He has never been disciplined by any bar of which he is a member and he has been admitted pro hac vice in several states during his 33 years of practice. He has represented plaintiffs in many national mass tort lawsuits including the Dalkon Shield litigation, the Breast Implant Litigation, Pedical Screw Litigation and was co-lead plaintiffs' counsel in the Nutrisystem national class action lawsuit.

Attorney Reardon is the president of The Reardon Law Firm, P.C. The Reardon Law Firm has been retained by the interested parties, The Estate of Jude B. Henault, by Chad M. Henault and Angela Boggs, Co-Admins, Angela Boggs, Individually, Rachael M. Henault, ppa Chad M. Henault, Andrew J. Henault, ppa Chad M. Henault; Estate of Samuel A. Miceli, Jr., by Madeliene P. Miceli, Admin; Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura

Gerfin, Co-Admins., Deborah Gerfin, Individually, Laura Gerfin, Individually, Kelly Gerfin, ppa Deborah Gerfin, Meagan Gerfin, ppa Deborah Gerfin, Nancy Noyes, to represent them in this litigation as co-counsel due to the familiarity of The Reardon Law Firm, P.C., with the circumstances at issue in this case. He will participate in all phases of discovery and may assist chief trial counsel for the interested parties when the case is called to trial. Robert I. Reardon, Jr., will abide by the rules of this Court and submit to the jurisdiction of the Rhode Island Courts for disciplinary reasons.

Members of The Reardon Law Firm, P.C., have previously been admitted pro hac vice in the Rhode Island Courts to represent plaintiffs and the firm has extensive experience in cases involving wrongful death, products and premises liability and negligence.

WHEREFORE, it is so moved.

Ronald J. Resmini
Ronald J. Resmini Ltd.
155 South Main Street, Suite 400
Providence, RI 02903
Phone: 401.751.8855
Facsimile: 401.737.6464

AFFIDAVIT OF ROBERT I. REARDON, JR.

STATE OF CONNECTICUT )
: ss. New London
COUNTY OF NEW LONDON )

1. I am over eighteen years of age and believe in the obligations of an oath; and

2. All of the information contained in the foregoing Motion for Admission *Pro Hac Vice* is true and accurate to the best of my knowledge and ability.

ATTEST:

Robert I. Reardon, Jr.
Federal Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
Phone: (860) 442-0444

Subscribed and sworn to, before me, this 29TH day of October, 2003.

~~Commissioner of Superior Court~~
Notary Public

KYLE E. WININGER
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2005

## CERTIFICATION

A copy of the foregoing Motion for Admission Pro Hac Vice was served by U.S. mail this ____ day of October, 2003, upon all counsel of record in this case, including,

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Edward T. Hinchey, Esq.
Curtis R. Diedrick, Esq.
Sloan and Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Mark D. Tourgee, Esq.
Timothy Williamson, Esq.
Inman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Donald A. Migliori, Esq.
Nesss Motley Loadholt Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903

Mark T. Nugent, Esq.
Morrison Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street,
Philadelphia, PA 19103-3508

Howard A. Merten, Esq.
Eric M. Sommers, Esq
Vetter & White
20 Washington Place
Providence, RI 02903

Marc Desisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Max Wistow, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

J. Renn Olenn, Esq
Olenn & Penza
530 Greenwich Avenue
Warwick, RI 02886

Stephen E. Breggia, Esq
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908

Mark S. Mandell, Esq.
Mandell Schwartz & Boisclair
One Park Row
Providence, RI 02903

Faith LaSalle, Esq.
Zizik LaSalle & Powers, PC
40 Westminster Street, Suite 201
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Joyce A. Faraone, Esq.
400 Reservoir Avenue, Suite 3G
Providence, RI 02907

Patrick J. Jones, Esq.
Cooley Manion Jones, LLP
21 Custom House Street
Bonton, MA 02110

Michael A. St. Pierre, Esq.
Revens Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Brian R. Cunha, Esq.
904 Broadway
East Providence, RI 02914

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

James Howe, Esq.
215 Broadway
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
Kiernan Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

James Ruggieri, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

William A. Filippo, Esq.
373 Elmwood Avenue
Providence, RI 02907

Scott Hubbell, Esq.
Summers Law Office
P O Box 306
Franklin, MA 02038

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Eva-Marie Mancuso, Esq.
Hamel, Waxler Allen & Collins
387 Atwells Avenue
Providence, RI 02909

James T. Murphy, Esq.
Thomas Bender, Esq.
Hanson Curran, LLP
The Francis Building
146 Westminster Street
Providence, RI 02903-2202

Steven A. Minicucci, Esq.
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

Oleg Nikolyszyn, Esq.
155 South Main Street, Suite 303
Providence, RI 02903

Stephen Born, Esq.
Law Office of Donald E. Green
2235 Washington Street
Roxbury, MA 02119

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Ronald J. Resmini