FILED
NOV 06 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRIC COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL :

Plaintiffs, :

v. : C.A. NO. 03-148L

JEFFREY DERDERIAN, ET AL :

Defendants. : ~~October~~ Nov 4, 2003

**MOTION FOR ADMISSION PRO HAC VICE**

Ronald J. Resmini, an attorney duly admitted to the Bar of the State of Rhode Island and authorized to practice before this Court, hereby moves this Court for the admission of Attorney Robert I. Reardon, Jr., of The Reardon Law Firm, P.C., pro hac vice as co-counsel for the plaintiff in the above entitled action.

Attorney Reardon is a graduate of Boston College and Fordham University School of Law (1970). He is a member in good standing of the Connecticut Bar (since 1970), the United States District Court for the District of Connecticut (since 1974), United States Court of Appeals for the 11th Circuit (1999), United States Claims Court (1986), the United States Court of Appeals

Granted: Ronald R. Lagueux
Sr. USDJ 11/7/03

111

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

FILED
NOV 06 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRIC COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL :

Plaintiffs, :

v. : C.A. NO. 03-148L

JEFFREY DERDERIAN, ET AL :

Defendants. : October ___, 2003

**MOTION FOR ADMISSION PRO HAC VICE**

Ronald J. Resmini, an attorney duly admitted to the Bar of the State of Rhode Island and authorized to practice before this Court, hereby moves this Court for the admission of Attorney Robert T. Rimmer of The Reardon Law Firm, P.C., pro hac vice as co-counsel for the plaintiff in the above entitled action.

Attorney Rimmer is a graduate of Yale University (1992) and the University of Connecticut School of Law (1996). He is a member in good standing of the Connecticut Bar, the United States District Court for the District of Connecticut (since 1997) and the United States Court of Appeals for the Second Circuit (since 2002). Attorney Rimmer is a member of the Association of Trial Lawyers of America, the Connecticut Bar Association and the Connecticut Trial

Granted: Ronald R. Lagueux
Sr. USDJ 11/5/03