UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET ALS :

-VS- :C.A.NO. 03-148- L

TAMMY PASSA, ET ALS :

ENTRY OF APPEARANCE

I, RONALD J. CREAMER, ESQ., hereby enter my appearance as Co-Counsel on behalf of the Plaintiff, Walter Castle, in the above-entitled matter.

RONALD J. CREAMER, ESQ.#3891
Law Offices of Ronald J. Resmini
155 South Main St., Suite 400
Providence, RI 02903
DATED: January 14, 2004

115

CERTIFICATION

I hereby certify that on this 14th day of January, 2004 I mailed a copy of the within Entry of Appearance by regular mail, postage prepaid to the following:

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Prov., RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

Joseph V. Cavanagh, Jr., Esq.
30 Exchange Terrace
Providence, RI 02903

James R. Lee, Esq.
150 South Main St.
Prov., RI 02903

Robert Reardon, Esq.
160 Hemstead St.
New London, CT 06320

William Robinson, Esq.
Edwards & Angell
2800 Financial Plaza
Prov., RI 02903

Kathleen M. Hagerty, Esq.
70 Jefferson Blvd.
Warwick, RI

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Fred A. Kelly, Jr., Esq.
NIXON PEABODY LLP
One Citizens Plaza - Suite 700
Prov., RI 02903

Faith LaSalle, Esq.
Zizik LaSalle & Powers PC
40 Westminster St.
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Prov., RI

James Murphy, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Ave,
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103

Elaine M. Orsini