UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al., Plaintiffs, | : | |
| v. | : | C.A. No. 03-148 L |
| JEFFREY DERDERIAN, et al., Defendants. | : | |

**ENTRY OF APPEARANCE**

Randall L. Souza, Fred A. Kelly, Jr., and Ian C. Ridlon, of the law firm of Nixon Peabody LLP, hereby enter their appearance on behalf of Defendants Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

ERIC POWERS; MARK KENDALL; DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
Ian C. Ridlon (#5524)
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: March 16, 2004

116

CERTIFICATION OF SERVICE

I hereby certify that on the 22nd day of March, 2004, I mailed a true copy of the within Entry of Appearance via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette R. Palmer

## SERVICE LIST (PASSA)

**Plaintiff – Tammy Passa, Walter Castle, Jr. and Cheryl Rossi, next of kin to decedent Joseph E. Rossi**

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

**Plaintiff – Tammy Passa , Walter Castle, Jr. and Cheryl Rossi, next of kin to decedent Joseph E. Rossi**

Ronald J. Creamer, Esq.
155 South Main Street, Suite 400
Providence, RI 02903

**Plaintiff – Tammy Passa, Walter Castle, Jr. and Cheryl Rossi, next of kin to decedent Joseph E. Rossi**

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320

**Defendants – Jeffrey Derderian, Michael Derderian, DERCO d/b/a THE STATION**

Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DEMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, 02903

**Defendants – Jeffrey Derderian, Michael Derderian, DERCO d/b/a THE STATION**

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

**Defendant – Daniel Bichele**

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street
Providence, RI 02903

**Defendant – American Foam Corporation**

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

**Defendant – McLaughlin & Moran, Inc.**

Howard A. Merten, Esq.
Benjamin V. White, III, Esq.
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

**Defendants – Luna Tech Pyrotchnik GMBH and Luna Tech, Inc.**

Edward T. Hinchey, Esq.
Curtis R. Diedrich, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

**Defendant – WHJY-FM, Clear Channel Communications, Inc.**

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903

**Defendant – Clear Channel Communications, Inc.**

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburg, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

**Defendant – State of Rhode Island and Irving J. Owens, individually, and in his capacity as Fire Marshal for the State of Rhode Island**

James R. Lee, Esq.
Attorney General's Office
150 South Main Street
Providence, RI 02903

**Defendant – Town of West Warwick and Dennis Larocque, individually and a Fire Inspector for the Town of West Warwick**

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

**Defendants – Triton Realty Limited Partnership, Triton Realty, Inc.**

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218

**Defendant – Foamex International, Inc., General Foam Corporation**

Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

**Defendants – Triton Realty Limited Partnership, Triton Realty, Inc.**

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108

**Defendant – Anheuser-Busch, Inc.**

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

**Defendant – Foamex International, Inc., General Foam Corporation**

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**Defendant – Shell Oil Company,**
**Motiva Enterprise LLC**

Faith A. LaSalle, Esq.
ZIZIK, LASALLE & POWERS, P.C.
40 Westminster St., Suite 201
Providence, RI 02903