**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TAMMY PASSA, Alias, ET AL | : | |
| | : | |
| VS. | : | C.A. NO. 2003-148 L |
| | : | |
| JEFFREY DERDERIAN, ET AL | : | |

***ANSWER OF DEFENDANT DANIEL BIECHELE***

Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer any allegations at this time.

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant, Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331 –9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant, Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

119

***CERTIFICATION***

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

Stacie Boeniger Collier, Esq.
Nixon Peabody LLP
City Place
185 Asylum Street
Hartford, CT 06103

Marc DeSisto, Esq.
DeSisto Law Offices
PO Box 2563
Providence, RI 02906

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
James Scanlon, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Gerald P. Dwyer, Jr., Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Daniel J. Horgan, Esq.
The Horgan Law Offices
5 Shaw's Cove, Suite 200
New London, CT 06320

Christopher J. Lynch, Esq.
Jeffrey F. Gostyla, Esq.
Daniel P. Scapellati, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Megan J. Goguen, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William E. Murray, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

John J. Nazzaro, Esq.
The Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320

Edward B. O'Connell, Jr., Esq.
Waller, Smith & Palmer, P.C.
PO Box 88
New London, CT 06320

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

Carla Ottaviano, Esq.
Law Offices of Duborg & Farrell
200 Glastonbury Boulevard, Suite 301
Glastonbury, CT 06033

Humbert J. Polito, Jr., Esq.
Polito & Quinn
567 Vauxhall Street Ext.
Waterford, CT 06385

James H. Rotondo, Esq.
Stephen B. Hudak, III, Esq.
Deborah S. Russo, Esq.
Allan B. Taylor, Esq.
Day Berry & Howard, LLP
City Place
185 Asylum Street
Hartford, CT 06103

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Michael T. Ryan, Esq.
Robert O. Hickey, Esq.
Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
PO Box 3057
Stamford, CT 06905

Grant H. Miller, Jr., Esq.
Cynthia Ann Jaworski, Esq.
Law Offices of Grant H. Miller, Jr.
55 Capital Boulevard, Suite 210
Rocky Hill, CT 06067

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
Conway & Londregan, P.C.
PO Box 1351
New London, CT 06320

David B. Zabel, Esq.
Cohen & Wolf, P.C.
PO Box 1821
Bridgeport, CT 06601

I hereby certify that I mailed a true copy of the within to the above counsel of record by first class mail, postage prepaid, on the 9th day of April, 2004.

BLRoomes
_______________________