UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| VS. | : | C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHALL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 | : | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF FOAMEX INTERNATIONAL, INC. AND GENERAL FOAM CORPORATION**

Defendants Foamex International, Inc. and General Foam Corporation hereby move for an Order of this Court extending the time within which they must file their response to the complaint in the above matter up to and including May 3, 2004. In support of this motion, these defendants state that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of

121

responsive pleadings in all cases relating to the Station fire before the Court had been stayed. The Court has now taken jurisdiction over this matter and these defendants respectfully request that they be allowed up to and including May 3, 2004, within which to file their answer or other responsive pleading.

Defendants
FOAMEX INTERNATIONAL, INC. and
GENERAL FOAM CORPORATION
By Their Attorneys,

HIGGINS, CAVANAGH & COONEY

James A. Ruggieri

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**CERTIFICATION**

I hereby certify that on the 9th day of April, 2004, a true copy of the within was mailed to all known counsel.

Jean Audino

**CERTIFICATION**

I hereby certify that on the 9th day of April, 2004, a true copy of the within was mailed to:

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Mark Reynolds, Esq.
Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Howard A. Merton, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Faith A. LaSalle, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Donald J. Maroney, Esq.
146 Westminster Street
Suite 500
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

James H. Reilly, III, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street
Providence, RI 02903

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Michael St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

Stephanie DiMaio-Larivee, Esq.
215 Broadway
Providence, RI 02903

Timothy A. Williamson, Esq.
Mark D. Tourgee, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Steven A. Minicucci, Esq.
John M. Calvino, Esq.
373 Elmwood Avenue
Providence, RI 02907

Edwin F. McPherson, Esq.
McPHERSON & KALMANSOHN
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Stephen E. Breggia, Esq.
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, RI 02908

Edward T. Hinchey, Esq.
Curtis Diedrich, Esq.

THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

SLOAN & WALSH, LLP
Three Center Plaza
Boston, MA 02108

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908

Jean Audino
______________________________