UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| VS. | : | C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHALL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 | : | |

**DEFENDANTS FOAMEX INTERNATIONAL, INC. AND GENERAL FOAM CORPORATION'S MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS**

Defendants Foamex International, Inc. ("Foamex") and General Foam Corporation ("General Foam") hereby move for an Order of this Court pursuant to Amended General Order No. 2002-01 to exceed the twenty (20) page limit for memoranda and the five (5) page limit for appendices and/or exhibits in connection with the filing of a motion to dismiss pursuant to Fed.R.Civ.P. 12(B)(6). For

122

the reasons set forth in the Memorandum filed herewith, Foamex and General Foam request that they be allowed to file a memorandum of law in support of a motion to dismiss not to exceed forty (40) pages and appendices and/or exhibits not to exceed ten (10) pages.

Defendants
FOAMEX INTERNATIONAL, INC. and
GENERAL FOAM CORPORATION
By Their Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**PASSA CERTIFICATION**

I hereby certify that on the 15th day of April, 2004, a true copy of the within was mailed to:

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Mark Reynolds, Esq.
Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Howard A. Merton, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Faith A. LaSalle, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Donald J. Maroney, Esq.
146 Westminster Street
Suite 500
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

Edward T. Hinchey, Esq.
Curtis Diedrich, Esq.
SLOAN & WALSH, LLP
Three Center Plaza
Boston, MA 02108

Jessica R. Blindbacher

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| VS. | : | C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHALL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT FOAMEX INTERNATIONAL, INC. AND GENERAL FOAM CORPORATIONS MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS**

Defendants Foamex International, Inc. ("Foamex") and General Foam Corporation ("General Foam") have filed a motion herewith requesting an order allowing them to exceed the twenty (20) page limit for memoranda and the five (5) page limit for appendices and/or exhibits in connection with the filing of a motion to dismiss pursuant to Fed.R.Civ.P. 12(B)(6). Foamex and General Foam

respectfully request that they be allowed to file a memorandum of law in support of a motion to dismiss of up to forty (40) pages in length. They also request that they be allowed to file appendices and/or exhibits up to ten (10) pages. Foamex and General Foam asserts that there is good cause for the granting of this motion.

Foamex and/or General Foam Corporation ("General Foam") are presently named in four lawsuits now pending before the Court.[1] A single memorandum of law will be filed covering all four cases. Accordingly, the actual number of pages filed, on a per case basis, will be considerably less than that allowed pursuant to Amended General Order 2002-01. Further, the proposed motion to dismiss deals with significant legal issues which are of great importance to Foamex and General Foam.

For these reasons, Foamex and General Foam respectfully request that this Court allow them to file a memorandum of law in support of a motion to dismiss not to exceed forty (40) pages and appendices and/or exhibits not to exceed ten (10) pages.

---

[1] *Guindon, et al v. American Foam Corporation, et al; Tammy Passa, et al v. Jeffrey Derderian, et al; Linda Roderiques, et al v. American Foam Corporation, et al; and Charles Sweet, et al v. American Foam Corporation.*

Defendants
FOAMEX INTERNATIONAL, INC. and
GENERAL FOAM CORPORATION
By Their Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**PASSA CERTIFICATION**

I hereby certify that on the 15th day of April, 2004, a true copy of the within was mailed to:

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Mark Reynolds, Esq.
Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Howard A. Merton, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Faith A. LaSalle, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Donald J. Maroney, Esq.
146 Westminster Street
Suite 500
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

Edward T. Hinchey, Esq.
Curtis Diedrich, Esq.
SLOAN & WALSH, LLP
Three Center Plaza
Boston, MA 02108

Jessica R. Blindbach [signature]