UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, Alias, et al.

*Plaintiffs,*

vs.

JEFFREY DERDERIAN, et al.,

*Defendants.*

C.A. No. 03-148L

RECEIVED
APR 21 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Now come the Plaintiffs in this matter and, together with defendants Town of West Warwick and Denis Larocque, hereby agree and stipulate that said Defendants shall have up to September 1, 2004 to answer or otherwise respond to Plaintiffs' Complaint.

Plaintiffs,
By Their Attorneys,

Ronald J. Resmini, Esq.
RONALD J. RESMINI LTD.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 fax

Defendants,
Town of West Warwick & Denis Larocque,
By Their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Enter: Ronald R. Lagueux
Sr. USDJ 4/22/04



125