**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TAMMY PASSA, Alias, WALTER CASTLE, JR., Alias, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,

Plaintiff,

VS.

C.A. No.: 03-148

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station,

Defendants.

RECEIVED
APR 23 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION FOR ENLARGEMENT OF TIME**

The plaintiffs and the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, hereby stipulate and agree that the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, shall have up to and including May 10, 2004 to respond to the plaintiffs' complaint.

Plaintiffs,
By and through their attorney,

Ronald J. Resmini, Esquire (#0484)
Resmini Law Offices, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855

Michael Derderian, Jeffrey Derderian and Derco, LLC,
By and through their attorney,

Anthony F. DeMarco, Esquire (#0799)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

ENTER: Ronald R. Lagueux
Sr. USDJ 4/23/04

126