**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TAMMY PASSA, et al.<br>Plaintiffs,<br>v.<br>JEFFREY DERDERIAN, et al.<br>Defendants. | NO.: 03-148-L |

RECEIVED
APR 27 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION FOR ENLARGEMENT OF TIME**

The parties hereby stipulate that defendant, Luna Tech, Inc., shall have up to and including September 1, 2004 to respond to the Plaintiffs' Complaint.

PLAINTIFF, TAMMY PASSA, ET AL.

BY: Ronald J. Resmini
Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
155 South Main Street
Providence, RI 02903
(401) 751-8855

DEFENDANT, LUNA TECH, INC.

BY: Curtis R. Diedrich
Curtis R. Diedrich (RI #4171)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: April 26, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 4/27/04

127