UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al<br>*Plaintiffs* | : | |
| VS. | : | C.A. NO.: 03-148 L |
| JEFFREY DERDERIAN, et al<br>*Defendants* | : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned and hereby enters her appearance on behalf of the defendants, Shell Oil Company and Motiva Enterprises, LLC.

Shell Oil Company
Motiva Enterprises LLC
By their Attorney,

Donna M. Lamontagne

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax

**CERTIFICATION**

I hereby certify that on the 27th day of April, 2004, I caused a true copy of the foregoing to be mailed to the following counsel of record:

| | |
|---|---|
| Ronald J. Resmini, Esq.<br>Ronald J. Resmini, Ltd. Law Offices<br>155 South Main Street<br>Providence, RI 02903 | James Lee, Esq.<br>Dept. of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |

128

| | |
|---|---|
| Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903 | James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster St.<br>Providence, RI 02903 |
| Anthony DeMarco, Esq.<br>Boyer, Reynolds & DeMarco<br>170 Westminster St., #200<br>Providence, RI 02903 | William P. Robinson, III Esq.<br>Stephen M. Prignano, Esq.<br>Stephen MacGillivray, Esq.<br>Edwards and Angell<br>One Financial Plaza, Ste. 2700<br>Providence, RI 02903 |
| Joseph Cavanagh, Jr., Esq.<br>Kristen E. Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903 | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909 |
| Howard Merten, Esq.<br>Eric M. Sommers, Esq.<br>Vetter & White<br>20 Washington Pl.<br>Providence, RI 02903 | Daniel P. McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |
| Mark T. Nugent, Esq.<br>Paul V. Sullivan, Esq.<br>Morrison, Mahoney & Miller<br>One Providence Washington Plaza<br>Providence, RI 02903 | Ann S. Sheeley, Esq.<br>Stephen Born, Esq.<br>Law Offices of Donald E. Green, P.C.<br>2235 Washington Street<br>Roxbury, MA 02119 |
| Stefanie DiMaio Larivee, Esq.<br>215 Broadway<br>Providence, RI 02903 | Edward M. Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606 |
| Fred A. Kelly, Jr., Esq.<br>Randall L. Souza, Esq.<br>Ian C. Ridlon, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903 | W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq.<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman LLP<br>Three School Street<br>Boston, MA 02108 | Andrew Trevelise, Esq.<br>Reed Smith LLp<br>2500 One Liberty Place<br>Philadelphia, PA 19103-7301 |

| | |
|---|---|
| Stephen E. Breggia, Esq.<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908 | Brian R. Cunha, Esq.<br>Law Offices of Brian Cunha & Associates<br>904 Broadway<br>East Providence, RI 02914 |
| Curtis R. Diedrich, Esq.<br>Edward T. Hinchey, Esq.<br>Sloane & Walsh<br>3 Center Plaza<br>Boston, MA 02108 | Joyce A. Faraone, Esq.<br>400 ReservoJir Avenue<br>Suite 3G<br>Providence, RI 02907 |
| William A. Filippo, Esq.<br>Steven A. Minicucci, Esq.<br>373 Elmwood Avenue<br>Providence, RI 02907 | James Howe, Esq.<br>215 Broadway<br>Providence, RI 02903 |
| Scott Hubbell, Esq.<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038-0306 | Eva Mancuso, Esq.<br>387 Atwells Avenue<br>Providence, RI 02909 |
| Mark S. Mandell, Esq.<br>One Park Row<br>Providence, RI 02903 | Donald A. Migliori, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>321 South Main Street, Suite 402<br>Providence, RI 02903 |
| Ralph J. Monaco, Esq.<br>Conway & Londregan<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320 | Oleg Nikolyszyn, Esq.<br>155 South Main Street<br>Suite 303<br>Providence, RI 02903 |
| Charles N. Redihan, Jr., ESq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Christopher L. Russo, Esq.<br>888 Reservoir Avenue<br>Cranston, RI 02910 |
| Michael A. St. Pierre, Esq.<br>Revens, Revens & St. Pierre, P.C.<br>946 Centerville Road<br>Warwick, RI 02886 | Stephen Born, Esq.<br>Law Office of Donald E. Green<br>2235 Washington Street<br>Roxbury, MA 02119 |

| | |
|---|---|
| Mark D. Tourgee, Esq.<br>Timothy A. Williamson, Esq.<br>Inman & Tourgee<br>1193 Tiogue Avenue<br>Coventry, RI 02816 | Scott J. Tucker, Esq.<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, MA 02108 |
| Max Wistow, Esq.<br>Wistow & Barylick<br>61 Weybosset Street<br>Providence, RI 02903 | Ronald J. Creamer, Esq.<br>Law Office of Ronald J. Resmini<br>155 South Main Street, Suite 400<br>Providence, RI 02903 |
| Matthew E. Medeiros, Esq.<br>Little, Bulman, Medeiros & Whitney<br>72 Pine Street, 5thFloor<br>Providence, RI 02903 | |

Deborah M Cahill

ZIZIK, POWERS, O'CONNELL,
SPAULDING & LAMONTAGNE