UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | ) | C.A. No. 03-148/L |
| v. | ) | |
| JEFFREY DERDERIAN, ET AL., Defendants | ) | |

RECEIVED
APR 28 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## ENLARGEMENT STIPULATION

It is hereby stipulated that defendant McLaughlin & Moran, Inc.'s time to answer, move, object, or otherwise respond to plaintiffs= complaint is enlarged up to and including September 1, 2004.

Ronald J. Resmini, No. 0484
Attorney for Plaintiffs
Suite 400
155 South Main Street
Providence, Rhode Island 02903
(401) 751-8855
(401) 737-6464 FAX

Howard A. Merten, No. 3171
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: April 28, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 4/29/04

129