UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | |
| VS. | C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHALL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 | FILED APR 09 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF FOAMEX INTERNATIONAL, INC. AND GENERAL FOAM CORPORATION**

Defendants Foamex International, Inc. and General Foam Corporation hereby move for an Order of this Court extending the time within which they must file their response to the complaint in the above matter up to and including May 3, 2004. In support of this motion, these defendants state that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of

130