TAMMY PASSA, ALIAS, ...TER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

# SUMMONS IN A CIVIL CASE

JEFF REY DERDERIAN, MICHAEL DERDERIAN,
ERCO LLC d/b/a The Station, ET ALS

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **Mark Kendall**

**AGENT FOR SERVICE OF PROCESS:**

**Randall L. Souza, Esq.**
**NIXON PEABODY LLP**
**Suite 700**
**One Citizens Plaza - Prov., RI 02903**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

ı answer to the complaint which is served on you with this summons, within 20 days after service 'this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you r the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk of this Court within a reasonable period of time after service.

Paulette J. Duke
hief Deputy Clerk

ERK

DATE 4-16-04

DEPUTY CLERK

131

SERVER (PRINT) | TITLE

one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Authorized to accept service of process and counsel of record for Defendant Mark Kendall in this action.

Randall L. Souza (#4082)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2004 APR 30 P 12:55
FILED

. TAMMY PASSA, ALIAS, [illegible]TER CASTLE, JR., ALIAS [illegible]
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

JEFFREY DERDERIAN, MICHAEL DERDERIAN,
ERCO LLC d/b/a The Station, ET ALS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **Eric Powers**

**AGENT FOR SERVICE OF PROCESS:**

**Randall L. Souza, Esq.**
**NIXON PEABODY LLP**
**Suite 700**
**One Citizens Plaza - Prov., RI 02903**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

ı answer to the complaint which is served on you with this summons, within 20 days after service 'this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you r the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk of this Court within a reasonable period of time after service.

Paulette J. Duke
**ıief Deputy Clerk**
ERK

4-16-04
DATE

DEPUTY CLERK

*one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Authorized to accept service of process and counsel of record for Defendant Eric Powers in this action.

Randall J. Souza (#4082)

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

2004 APR 30 P 12: 55

FILED

TAMMY PASSA, ALIAS, [illegible]ER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

JEFFREY DERDERIAN, MICHAEL DERDERIAN,
ERCO LLC d/b/a The Station, ET ALS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **Knight Records, Inc.**

**AGENT FOR SERVICE OF PROCESS:**

**Randall L. Souza, Esq.**
**NIXON PEABODY LLP**
**Suite 700**
**One Citizens Plaza - Prov., RI 02903**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

answer to the complaint which is served on you with this summons, within 20 days after service this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you r the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk of this Court within a reasonable period of time after service.

Paulette J. Duke
**Chief Deputy Clerk**
CLERK

DATE 4-16-04

DEPUTY CLERK

| SERVER (PRINT) | TITLE |
| --- | --- |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Authorized to accept service of process and counsel of record for Defendant Knight Records, Inc. in this action.

[signature]
Randall L. Souza (#4082)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date

______________________ *Signature of Server*

______________________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2004 APR 30 P 12: 55

FILED

. TAMMY PASSA, ALIAS, PETER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

JEFF REY DERDERIAN, MICHAEL DERDERIAN,
ERCO LLC d/b/a The Station, ET ALS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **Manic Music Management, Inc.**

**AGENT FOR SERVICE OF PROCESS:**

**Randall L. Souza, Esq.**
**NIXON PEABODY LLP**
**Suite 700**
**One Citizens Plaza - Prov., RI 02903**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

answer to the complaint which is served on you with this summons, within 20 days after service this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk of this Court within a reasonable period of time after service.

[signature]
ef Deputy Clerk

RK

DEPUTY CLERK [signature]

DATE 4-16-04

SERVER (PRINT) | TITLE

*...one box below to indicate appropriate ...od of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Authorized to accept service of process and counsel of record for Defendant Manic Music Mgmt. Inc. [illegible] in this action.

Randall L. Souza (#4082)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

...ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

2004 APR 30 P 12: 55

FILED

TAMMY PASSA, ALIAS, W ER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

V.

JEFF REY DERDERIAN, MICHAEL DERDERIAN,
ERCO LLC d/b/a The Station, ET ALS

# SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **Paul Woolnough**

**AGENT FOR SERVICE OF PROCESS:**

**Randall L. Souza, Esq.**
**NIXON PEABODY LLP**
**Suite 700**
**One Citizens Plaza - Prov., RI 02903**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

answer to the complaint which is served on you with this summons, within 20 days after service this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you r the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk of this Court within a reasonable period of time after service.

Paulette J. Duke
**ief Deputy Clerk**

RK 4-16-04
DATE

DEPUTY CLERK

SERVER (PRINT) | TITLE

*[Check] one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

X Other (specify): Authorized to accept service of process and counsel of record for Defendant Paul Woolnough in this action.

Randall L. Souza (#4082)

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date

*Signature of Server*

*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2004 APR 30 P 12: 55

FILED

FOR THE District of RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS
and CHERYL HARRIS-ROSSI, NEXT-OF-KIN
Of Decedent, JOSEPH E. ROSSI

V.

JEFFREY DERDERIAN, MICHAEL DERDERIAN,
ERCO LLC d/b/a The Station, ET ALS

# SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148 L

TO: (Name and address of Defendant) **David Filice**

**AGENT FOR SERVICE OF PROCESS:**

**Randall L. Souza, Esq.**
**NIXON PEABODY LLP**
**Suite 700**
**One Citizens Plaza - Prov., RI 02903**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903
(751-8855)

ı answer to the complaint which is served on you with this summons, within 20 days after service
`this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
r the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
erk of this Court within a reasonable period of time after service.

Paulette J. Duke
**hief Deputy Clerk**

ERK DATE 4-16-04

DEPUTY CLERK

...rvice ... was made by me

| SERVER (PRINT) | TITLE |
|---|---|

*(one box below to indicate appropriate method of service)*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

X Other (specify): Authorized to accept service of process and counsel of record for Defendant David Filice in this action.

Randall L. Souza (#4082)

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

(who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2004 APR 30 P 12:55
FILED