RECEIVED
APR 29 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET AL.
Plaintiffs

vs. : C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.
Defendants

STIPULATION

The parties, by and through their counsel, hereby agree that defendants Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. shall have up to and including September 1, 2004 to answer or otherwise respond to plaintiffs' complaint.

TAMMY PASSA, ET AL.

By their Attorneys,

Ronald J. Resmini #0484
Ronald J. Creamer #3891
155 South Main Street
Providence, RI 02903
Telephone: (401) 751-8855
Facsimile: (401) 737-6464

ANHEUSER-BUSCH, INC. and ANHEUSER-BUSCH COMPANIES, INC.

By their Attorneys,

Joseph V. Cavanagh Jr.

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated: 4/26/04

Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

132