RECEIVED

APR 29 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KNM:dmr 02-206 4/28/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL L. ROSSI, next of kin of decedent JOSEPH E. ROSSI, Plaintiffs, | : | |
| VS. | : | C.A. No. 03-148L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a THE STATION, et al, Defendants. | : | |

**STIPULATION**

Now come the Plaintiffs in this matter and together with Defendants, Triton Realty Limited Partnership and Triton Realty, Inc., hereby agree and Stipulate that said Defendant shall have up to September 1, 2004 to Answer or otherwise respond to Plaintiffs' Complaint.

Estate of Jude B. Henault, et al
By its attorney,
Law Offices of Ronald J. Resmini, Ltd.

[signature]

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Triton Realty Limited Partnership and Triton Realty, Inc.,
By their Attorneys,
Hanson Curran LLP

Kelly N. Michels

Kelly N. Michels, Esq. (#6478)
James T. Murphy, Esq. (#1698)
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-

Dated: 28 April 2004
Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

133