UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEORGE GUINDON, ET AL<br><br>VS.<br><br>AMERICAN FOAM CORPORATION; ET AL | : | C.A. NO.: 03-335-L |
| TAMMY PASSA, ET AL<br><br>VS.<br><br>JEFFREY DERDERIAN, ET AL | : | C.A. NO.: 03-148-L |
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES, ET AL<br><br>vs.<br><br>AMERICAN FOAM CORPORATION; ET AL | : | C.A. NO.: 04-26-L |
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; ET AL<br><br>VS.<br><br>AMERICAN FOAM CORPORATION; ET AL | : | C.A. NO.: 04-56-L |

**MOTION OF DEFENDANTS FOAMEX INTERNATIONAL, INC. AND GENERAL FOAM CORPORATION TO EXTEND PAGE LIMITS TO SUPPLEMENT THE AFFIDAVITS OF JOHN HOFFMANN AND MARGARET HEBNER**

The defendants, Foamex International, Inc. ("Foamex") and General Foam Corporation ("GFC"), respectfully request permission to supplement the affidavits of John M. Hoffmann, Ph.D. and Margaret Hebner, previously filed in support of defendants' Motions to Dismiss, with the following limited exhibits:

1. American Foam Corporation product literature - 3 pages; and
2. General Foam Corporation invoice to American Foam Corporation - 2 pages.

In support of this motion, these defendants state that the Court previously granted a motion allowing ten (10) pages for exhibits and attachments to defendants' Motions to Dismiss. The affidavits of Dr. Hoffmann and Ms. Hebner totaled ten (10) pages. These defendants believe that

136

the above-referenced exhibits will assist the Court by providing additional information concerning the foam alleged to have been sold by American Foam Corporation to the Derderians and the warnings contained on the invoices sent by GFC to American Foam Corporation.

For these reasons, defendants Foamex International, Inc. and General Foam Corporation request that this Court allow, pursuant to Amended General Order 2002-01, the above-referenced additional exhibits to be filed in support of the four pending Motions to Dismiss.

Defendants submit that this is a motion in the nature of a request to extend which does not require the filing of a memorandum.

Defendants
By Their Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**CERTIFICATION**

I hereby certify that on the 4th day of May, 2004, a true copy of the within was mailed to:

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Mark Reynolds, Esq.
Anthony F. DeMarco, Esq.
REYNOLDS, DeMARCO, & BOLAND, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Howard A. Merton, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

Faith A. LaSalle, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Edward T. Hinchey, Esq.
Curtis Diedrich, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Brain R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Ronald Langlois, Esq.
Lauren DiSimone Wilkins, Esq.
Smith & Brink, P.C.
2 Charles Street, 3rd Floor
Providence, RI 02904

[signature]