UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GEORGE GUINDON, ET AL<br>VS.<br>AMERICAN FOAM CORPORATION; ET AL | C.A. NO.: 03-335-L |
| TAMMY PASSA, ET AL<br>VS.<br>JEFFREY DERDERIAN, ET AL | C.A. NO.: 03-148-L |
| LINDA RODERIQUES, as Administratrix of the Estate of DONALD RODERIQUES, ET AL<br>vs.<br>AMERICAN FOAM CORPORATION; ET AL | C.A. NO.: 04-26-L |
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; ET AL<br>VS.<br>AMERICAN FOAM CORPORATION; ET AL | C.A. NO.: 04-56-L |

FILED MAY 04 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION OF DEFENDANTS FOAMEX INTERNATIONAL, INC. AND GENERAL FOAM CORPORATION TO EXTEND PAGE LIMITS TO SUPPLEMENT THE AFFIDAVITS OF JOHN HOFFMANN AND MARGARET HEBNER**

The defendants, Foamex International, Inc. ("Foamex") and General Foam Corporation ("GFC"), respectfully request permission to supplement the affidavits of John M. Hoffmann, Ph.D. and Margaret Hebner, previously filed in support of defendants' Motions to Dismiss, with the following limited exhibits:

1. American Foam Corporation product literature - 3 pages; and
2. General Foam Corporation invoice to American Foam Corporation - 2 pages.

In support of this motion, these defendants state that the Court previously granted a motion allowing ten (10) pages for exhibits and attachments to defendants' Motions to Dismiss. The affidavits of Dr. Hoffmann and Ms. Hebner totaled ten (10) pages. These defendants believe that

Granted! Ronald R. Lagueux Sr. USDJ 5/6/04

137