**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAY 05 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, et al
*Plaintiffs*

vs.

JEFFREY DERDERIAN, et al
*Defendants*

C.A. No.: 03-148L

STIPULATION

The parties, by and through their counsel, hereby agree that defendants, Shell Oil Company and Motiva Enterprises LLC, shall have up to and including September 1, 2004 to answer or otherwise respond to plaintiffs' complaint.

TAMMY PASSA, ET. AL.

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
155 South Main Street
Providence, RI 02903
Telephone: (401) 751-8855
Facsimile: (401) 737-6464

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC
By their Attorneys,

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-0677

Donna M. Lamontagne (#5138)
Steven T. Hayes (#6017)
Zizik, Powers, O'Connell,
Spaulding, Lamontagne
40 Westminster Street
Providence, RI 02903
Telephone: (401) 421-7110
Facsimile: (401) 421-7111

Enter:
Ronald R. Lagueux
Sr. USDJ 5/6/04

138