UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI | ) | C.A. NO. 03-148 L |
| VS. | ) | |
| JEFFREY DERDERIAN et al. | ) | |

**AFFIDAVIT OF MARGARET HEBNER IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS OF GENERAL FOAM CORPORATION AND FOAMEX INTERNATIONAL INC.**

Margaret Hebner, being first duly sworn, states as follows:

1. I am the Vice President of Business Support in the Technical Products business unit of Foamex, L.P. With the exception of a period between 1974 and 1978, I have been employed by Foamex L.P. or its predecessors since 1971. Foamex International Inc. is a Delaware holding company that owns 100% of Foamex, L.P.

2. In July, 2001, Foamex L.P. ("Foamex") acquired certain assets of General Foam Corporation's ("GFC") business of developing, manufacturing and selling polyurethane products. Subsequent to the asset sale, GFC discontinued its polyurethane products business. Following the asset acquisition, I participated in the integration of GFC's operations into Foamex's ongoing business of developing, manufacturing and selling polyurethane foam products. During the process of integrating GFC's operations with Foamex's business operations, I became familiar with GFC's manufacturing and sales operations, as well as GFC's products and customers. The statements in this Affidavit apply to GFC's business operations in 2000 and 2001 and in prior years.

3. Polyurethane foam is produced by an exothermic reaction of two liquid chemicals: a polyol and an isocyanate. Those two chemicals, along with water, catalysts and surfactants, are mixed and poured onto a moving conveyor where a chemical reaction similar in appearance to bread rising creates polyurethane foam. By varying the chemical formulation used in the production process, foams of varying physical characteristics, such as density, tensile strength, elongation and firmness, can be produced. When requested by the customer/distributor or required by an end use communicated by the customer/distributor, a flame retardant chemical can be added to the formulation.

4. Polyurethane foam is a remarkably versatile commodity due to its unique combination of form and function. In addition to its superior cushioning qualities, it is light in

139

weight, resists mildew, is lint free, does not aggravate common allergies, and can be cut or molded into many shapes.

5. The versatility of polyurethane is reflected in its ubiquitous presence throughout our daily environment. Furniture cushions, bedding, carpet pads, car seats, dashboards, briefcase linings, sponges, air filters, helmet liners, cosmetic applicators, packaging material, blood filters and decubitus ulcer pads are only a few of the vast number of practical and efficient uses of polyurethane foam.

6. GFC produced flexible polyether and polyester polyurethane foams at its plants in Hazelton, Pennsylvania and East Rutherford, New Jersey. GFC produced bulk polyurethane foam for sale in large buns or blocks. GFC sold foam in bulk to various distributors and fabricators, who in turn would cut and/or further process the foam for particular applications.

7. One of GFC's fabricator customers was American Foam Corporation ("AFC") of Johnston, Rhode Island. It is my understanding that AFC ordered foam from GFC and other foam manufacturers. AFC ordered bulk foam from GFC expressly specifying the type of foam, usually 36000, and its color. AFC is a well-respected manufacturer and producer of packaging products for many uses including, specifically, the costume jewelry trade. GFC had sold low density commodity foam in bulk to AFC for many years. All of the foam which GFC sold to AFC was shipped in truckloads of large foam buns or blocks having dimensions of approximately 74" by 84" by 36" to 40".

8. As a packaging fabricator, AFC must remanufacture the bulk polyurethane foam it orders, buys and receives from GFC. This requires AFC to produce convoluted packing foam, a foam sheet of varying thickness with dimples on one side, to cushion the packaged product within the box or container. A "convoluter" is a large, expensive machine that processes the large polyurethane foam buns, slicing and cutting them into appropriate size sheets of dimpled packing foam. These are often 1" – 4" thick packing sheets about 7'x 8' in size. The packing foam is then cut again to conform to the package, box or container for its end use application.

9. GFC never sold polyurethane foam to AFC which had been cut into sheets or otherwise fabricated into any product, shape or dimension other than large bulk buns.

10. GFC never sold polyurethane foam to AFC which was convoluted or "dimpled" in contour.

11. GFC never sold polyurethane foam to AFC which contained any fire retardant additives.

12. GFC had no knowledge of any use or application of polyurethane foam employed by AFC other than specialty packaging applications for items such as jewelry, medical equipment, china and other products for which the aesthetics and presentation of the packaged products were emphasized. GFC had no communications with AFC regarding any intended use of polyurethane foam by AFC or its customers for sound reduction purposes.

13. GFC provided AFC with a material safety data sheet for polyurethane foam which contained information about the flammability and combustion products of the foam. In pertinent part, GFC's material safety data sheet stated:

> ***FIRE FIGHTING MEASURES***
>
> *HAZARDOUS COMBUSTION PRODUCTS: Burning will produce irritating vapors and smoke which is composed predominantly of carbon monoxide and carbon dioxide as well as minor amounts of hydrogen cyanide, nitrogen oxides and aldehydes and may include traces of toluene diisocyanate. May contain hydrogen chloride, or hydrogen bromide.*
>
> *EXTINGUISHING MEDIA: Large volumes of water are required. ABC dry chemical extinguisher may be appropriate for initial control of fires involving small volumes of foam.*
>
> *FIRE FIGHTING INSTRUCTIONS: Material can be ignited by contact with an open flame or a source of smoldering ignition. Overheating can produce a hot, semi-liquid melt, which can produce contact blisters and release toxic vapors. Molten product can also contribute to spread of fire. Some foams do not melt but hot char may be hazardous. Beware of smoldering re-ignition. After extinguishing flames, soak remaining material completely, tearing large pieces of foam apart and remove burned material to a safe outdoor location. Foam may appear to be extinguished but may be smoldering or burning internally. Firefighters should wear self-contained breathing apparatus (MSHA/NIOSH approved) and full protective gear.*
>
> * * * * *
>
> ***HANDLING AND STORAGE***
>
> *HANDLING: Avoid contact with open flames or other non-processing potential sources of ignition. Avoid walking, jumping or climbing on stored foam. Foam may be slippery when wet. Avoid inhalation of product dust fumes or smoke from processing operations or exposure to high temperatures. Maintain good housekeeping. Remove accumulations of small foam particles. Appropriate local exhaust is required for all processes where fumes, smoke or dust may be generated.*
>
> *STORAGE: Avoid contact with open flames or other potential sources of ignition. Avoid elevated temperatures (130° C or 265° F). Do not store or transport with incompatible materials (strong oxidizing agents, acids or bases). ... Automatic sprinklers are recommended and may be required for large volume storage. Consult insurance carrier and local fire codes.*

14. GFC's sales documentation, which accompanied its products when shipped to its customers, including AFC, contained a warning about the flammability of polyurethane foam, stating:

> WARNING! POLYURETHANE FOAM IS FLAMMABLE.
>
> IMPROPER HANDLING OF FLEXIBLE POLYURETHANE FOAM DURING STORAGE OR USE MAY PRESENT A RISK

OF FIRE. DO NOT EXPOSE POLYURETHANE FOAM TO POTENTIAL SOURCES OF IGNITION SUCH AS WELDING, BURNING CIGARETTES, CONTACT WITH NAKED LIGHTS, OPEN FLAMES, SPACE HEATERS, OR UNCONTROLLED BURNING OPERATIONS. IN THE EVENT OF IGNITION, POLYURETHANE FOAM MAY BURN RAPIDLY.

PRECAUTIONS FOR STORAGE AND HANDLING:

USERS SHOULD TAKE APPROPRIATE PRECAUTIONS IN THE STORAGE AND HANDLING OF THIS MATERIAL AND FOLLOWING APPLICABLE LOCAL BUILDING CODES, FIRE ORDINANCES, AND INSURANCE REGULATIONS. MINIMUM PRECAUTIONS SHOULD INCLUDE PROVISION OF ADEQUATE AISLEWAYS, SPRINKLE HEAD CLEARANCE, AND AVAILABILITY OF APPROVED ABC DRY CHEMICAL EXTINGUISHERS. IN THE EVENT OF IGNITION, DOUSE FOAM WITH LARGE VOLUMES OF WATER AND REMOVE FROM BUILDING.

15. GFC did not participate in, or make recommendations concerning, AFC's applications and uses of foam or any end products produced or sold by AFC.

16. Although polyurethane foams can be produced with fire retardant ("FR") additives to inhibit the spread of flame applied to the foam, all polyurethane foams, including FR foams, will burn and generate smoke and gases. There are many methods and specifications for testing the flammability of foam, such as Underwriters Laboratories' horizontal burn test (UL 94) and smoke generation test (UL 900). Customers in various industries, or in need of special applications, will require polyurethane foams to meet certain flammability test criteria by requesting FR additives when they order the polyurethane foam.

17. Flexible polyurethane foam is not appropriate for use in permanent structural acoustical applications, e.g. on the walls and ceilings of buildings. While some polyurethane foams can be used appropriately in acoustical applications such as machinery and equipment where sound reduction is needed, it does not meet requisite building and fire codes for use in buildings. Sound reduction products which generally meet the necessary building code requirements include fiberglass and melamine foam, which is a non-polyurethane foam. BASF in Germany is the primary (and perhaps only) manufacturer of melamine foam. This melamine foam is more expensive than polyurethane foam. Melamine foam is distributed in the United States by Illbruck, Soundcoat and Polymer Technologies (Delaware) and perhaps others.

18. GFC is not the only manufacturer of bulk foam of the type purchased by AFC. Bulk foam producers other than GFC sold the same type of bulk foam for packaging uses to AFC.

Margaret Hebner

MARGARET HEBNER

STATE OF PENNSYLVANIA )
( SS:
COUNTY OF Delaware )

**SUBSCRIBED AND SWORN** to before me by Margaret Hebner on this 29 day of April, 2004.

Rosemarie Henderson
Notary Public
State of Pennsylvania

My Commission Expires: 11-9-06

Notarial Seal
Rosemarie Henderson, Notary Public
Eddystone Boro, Delaware County
My Commission Expires Nov. 9, 2006
Member, Pennsylvania Association Of Notaries

LOULibrary/276093.1

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| VS. | : | C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHALL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 | : | |

**EXHIBITS TO AFFIDAVIT OF MARGARET HEBNER FILED IN SUPPORT OF RULE 12(B)(6) MOTION TO DISMISS OF GENERAL FOAM CORPORATION AND FOAMEX INTERNATIONAL, INC.**

**EXHIBIT 1:**

American Foam Corporation product literature.

See Affidavit at paragraph 7.

139

**EXHIBIT 2:**

General Foam Corporation invoice to American Foam Corporation.

See Affidavit at paragraph 14.

Defendants
FOAMEX INTERNATIONAL, INC. and
GENERAL FOAM CORPORATION
By Their Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**PASSA CERTIFICATION**

I hereby certify that on the 13th day of May, 2004, a true copy of the within was mailed to:

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Mark Reynolds, Esq.
Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Howard A. Merton, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Edward T. Hinchey, Esq.
Curtis Diedrich, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Faith A. LaSalle, Esq.
One Turks Head Building
76 Westminster Street, Suite 1010
Providence, RI 02903

Jan Audenit
______________________

## ▶ SIM-U-VEL FOAM PACKAGING WILL MAKE YOUR PRODUCT A STAR IN THE SHOWCASE!

It's okay to be a show-off if you've got something to show. At American Foam Corporation we do—your product. With our foam fabrication and flocking capabilities, we can display your product to show up your competition. We believe impressions are very important. American Foam Corporation (AFC) is the only foam fabricating company that manufactures and inventories flocked foam—a unique, distinctive velour covering that creates a great impression for your product.

Protective packaging has become a whole new art form at AFC. In addition to our highly-specialized flocking capabilities, we have state-of-the-art technology for die-cutting, profiling, contouring, slitting and laminating. We work with a complete [illegible] of foam materials showcasing a diverse range [illegible]ucts from elegant silver crystal to sensitive [illegible]omponents.

We take pride in what we do. And it shows. For over 25 years we've been developing creative solutions to meet the protective packaging needs of clients from coast to coast.

## COSMETICS

▲

ıov. ..se your fine erfumes and cosmetics ı protective elegance. locked foam, from .merican Foam Corpora-on, provides a unique nd perfect setting for our delicate bottles and ontainers with its plush, elvet-like finish. Let AFC elp you custom design our holiday or promo-onal display packaging ·om our large variety of ·ch, stock colors in IM-U-VEL flocked foam. /lake your salesman's lisplay case become a *howcase*.

## CASE PACKS

▲

Flocked foam is the perfect showcasing material. We custom design our foams to fit your products into all types of sales and carry-ing cases. Its velvet-like finish provides an elegant background for all your promotional items in a variety of rich colors—*we'll even im-print your logo*.













Whether you are shipping sensitive electronic components or fragile glassware – protect it – with Convoluted. Designed to grab and control movement, cushion and resist impact, support and protect against breakage – Convoluted works.



At American Foam we produce Convoluted in large and small pyramid, straight line, and standard egg crate to meet your specific needs.

American Foam Corporation

61 John Street
Johnston, Rhode Island 02919-9990
Tel: 401-944-4990 • 800-235-0010
Fax: 401-944-0142



# Package it with Convoluted

Valmont Industrial Park
25 Jaycee Drive, West Hazleton, PA 18201-1193

NO. 02813

DATE 10-6-99

SHIP TO: American Foam Corp

BILL TO:

VIA Courier 888

OUR ORDER NO. 0273678

PART SH. ☐ PREPAID ☐

B/L #

YOUR ORDER NO. 21716

COMPL. SH. ☐ COLLECT ☐

| | RUN # ROLL # | WIDTH | GAUGE HEIGHT | LENGTH | SQ. FT. YDAGE. | TYPE COLOR | | RUN # ROLL # | WIDTH | GAUGE HEIGHT | LENGTH | SQ. FT YDAGE | TYPE COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 8 | 54 | 24 | 84 | | 36060322 | 26 | 5972 19 | 54 | 22 | 114 | | 36060322 |
| 2 | 14 | | 21 | | | | 27 | 3 | | 22 | | | |
| 3 | 16 | | 21 | | | | 28 | 11 | | 22 | | | |
| 4 | 12 | | 22 | | | | 29 | 10 | | 22 | | | |
| 5 | 10 | | 24 | | | | 30 | 12 | | 22 | | | |
| 6 | 9 | | 24 | | | | 31 | 14 | | 22 | | | |
| 7 | 13 | | 21.5 | | | | 32 | 18 | | 22 | | | |
| [illegible] | 7 | | 23 | | | | 33 | 4 | | 22 | | | |
| 9 | | | | | | | 34 | 23 | | 22 | | | |
| [illegible] | | | | | | | 35 | 21 | | 22 | | | |
| [illegible] | | | | | | | 36 | 22 | | 22 | | | |
| 12 | | | | | | | 37 | 1 | | 22 | | | |
| 13 | | | | | | | 38 | 2 | | 22 | | | |
| 14 | | | | | | | 39 | 17 | | 22 | | | |
| 15 | | | | | | | 40 | [illegible] | | [illegible] | | | |
| 16 | | | | | | | 41 | | | | | | |
| 17 | | | | | | | 42 | | | | | | |
| 18 | | | | | | | 43 | | | | | | |
| 19 | | | | | | | 44 | | | | | | |
| 20 | | | | | | | 45 | | | | | | |
| 21 | | | | | | | 46 | | | | | | |
| 22 | | | | | | | 47 | | | | | | |
| 23 | | | | | | | 48 | | | | | | |
| 24 | | | | | | | 49 | | | | | | |
| 25 | | | | | | | 50 | | | | | | |

| | YARDAGE SQ. FT. | # PCS. | DESCRIPTION THICKNESS & WIDTH | COLOR – TYPE |
|---|---|---|---|---|
| 1 | | 8 | 54X84 | 36060322 |
| 2 | | 14 | 54X114 | 36060322 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

LOADER Lacey [signature]

CUSTOMER SIGNATURE

26-1841 2/99

"SEE IMPORTANT INFORMATION ON THE BACK OF THIS DOCUMENT"

## WARNING! POLYURETHANE FOAM IS FLAMMABLE

IMPROPER HANDLING OF FLEXIBLE POLYURETHANE FOAM DURING STORAGE OR USE MAY PRESENT A RISK OF FIRE. DO NOT EXPOSE POLYURETHANE FOAM TO POTENTIAL SOURCES OF IGNITION SUCH AS WELDING, BURNING CIGARETTES, CONTACT WITH NAKED LIGHTS, OPEN FLAMES, SPACE HEATERS, OR UNCONTROLLED BURNING OPERATIONS. IN THE EVENT OF IGNITION, POLYURETHANE FOAM MAY BURN RAPIDLY.

**PRECAUTIONS FOR STORAGE AND HANDLING:**

USERS SHOULD TAKE APPROPRIATE PRECAUTIONS IN THE STORAGE AND HANDLING OF THIS MATERIAL AND FOLLOW APPLICABLE LOCAL BUILDING CODES, FIRE ORDINANCES, AND INSURANCE REGULATIONS. MINIMUM PRECAUTIONS SHOULD INCLUDE PROVISION OF ADEQUATE AISLEWAYS, SPRINKLER HEAD CLEARANCE AND AVAILABILITY OF APPROVED ABC DRY CHEMICAL EXTINGUISHERS. IN THE EVENT OF IGNITION, DOUSE FOAM WITH LARGE VOLUMES OF WATER AND REMOVE FOAM FROM BUILDING.

**FOR ADDITIONAL INFORMATION REGARDING STORAGE AND HANDLING CONTACT:**

**GENERAL FOAM**
**WEST 100 CENTURY ROAD**
**PARAMUS, NEW JERSEY 07652 - 1494**
**(201) 262-7500**