UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 17 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| VS. | : | C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, et als | : | |

**STIPULATION**

In the above-entitled matter it is hereby agreed that the following entry be made:

Plaintiff may have up to and including May 31, 2004 within which to file their objections and memoranda to defendants' Foamex International Inc. and General Foam Corporation's motion to dismiss or in the alternative for summary judgment.

Date 5-14-04

Ronald J. Resmini (#0484)
The Packet Building
155 South Main Street
Suite 400
Providence, RI 02903
Telephone: (401) 754-8855
Facsimile: (401) 737-6464
Attorney for Plaintiffs

Date 5-14-04

Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
Attorney for Foamex International Inc.
General Foam Corporation

Enter:
Ronald R. Lagueux
Sr. USDJ 5/17/04

143