RECEIVED
MAY 18 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, Alias, WALTER CASTLE, JR., Alias, and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,

Plaintiff,

VS. C.A. No.: 03-148-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station,

Defendants.

**STIPULATION FOR ENLARGEMENT OF TIME**

The plaintiffs and the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, hereby stipulate and agree that the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, shall have up to and including September 1, 2004 to respond to the plaintiffs' complaint.

Plaintiffs,
By and through their attorney,

Ronald J. Resmini, Esquire (#0484)
Resmini Law Offices, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855

Michael Derderian, Jeffrey Derderian and Derco, LLC,
By and through their attorney,

Anthony F. DeMarco, Esquire (#0799)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

ENTER: 5/12/04

Enter: Ronald R. Lagueux
Sr. USDJ 5/19/04

144