FILED
JUN 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TAMMY PASSA, et al Plaintiffs

v.

C.A. No.: 03-148L

JEFFREY DERDERIAN, et al
Defendants

FILED
FEB 11 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Defendants, SHELL OIL COMPANY and MOTIVA ENTERPRISES, LLC, hereby move that MARK K. OSTROWSKI be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______________________________.
- Pro hac vice counsel's long-standing representation of the client: SHELL OIL COMPANY and MOTIVA ENTERPRISES, LLC.
- The local trial bar lacks experience in the field of:______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: _________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: Mr. Ostrowski was counsel of record for Shell Oil Company and Motiva Enterprises, LLC in the action captioned Estate of Jude B. Henault et. al. v. American Foam Corporation et. al., United States District Court, District of Connecticut, Civil Action No: 03-CV-999 (DJS), which case had been transferred to this district.

Defendants
By: *[signature]*
Faith A. LaSalle, Esq. (#2212)
Law Offices of Faith A. LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Defendants
By: *[signature]*
Donna M. Lamontagne, Esq. (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
Dated: June __, 2004

(152)

[signature]
**Local Associate Counsel**
Donna M. Lamontagne, Esquire
R.I. Bar ID # 5138

Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C
**Firm Name**

40 Westminster Street, Suite 201
Providence, RI 02903
Business Address

(401) 421-7110 **Tel #**
(401) 421-7111 **Fax #**

---

**ORDER**:

This motion is hereby: GRANTED

[signature: Ronald R. Lagueux]
United States District Court Judge

Date: 7/12/04

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TAMMY PASSA, et al
Plaintiffs

v. C.A. No.: 03-148L

JEFFREY DERDERIAN, et al
Defendants

FILED
FEB 11 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Defendants, SHELL OIL COMPANY and MOTIVA ENTERPRISES, LLC, hereby moves that JOSE M. ROJAS be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______________________________.
- Pro hac vice counsel's long-standing representation of the client: SHELL OIL COMPANY and MOTIVA ENTERPRISES, LLC.
- The local trial bar lacks experience in the field of: ______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically:
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ______________________________.

Defendants
By: *Faith A. LaSalle*
Faith A. LaSalle, Esq. (#2212)
Law Offices of Faith A. LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Defendants
By: *Donna M. Lamontagne*
Donna M. Lamontagne, Esq. (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
Date: June __, 2004

152

Donna M. Lamontagne
**Local Associate Counsel**
Donna M. Lamontagne, Esquire
R.I. Bar ID # 5138

Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C
**Firm Name**

40 Westminster Street, Suite 201
Providence, RI 02903
Business Address

(401) 421-7110 (401) 421-7111
**Tel #** **Fax #**

---

**ORDER**:

This motion is hereby: GRANTED

Ronald R. Lagueux
United States District Court Judge

Date: 7/12/04