UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 24 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : | |
| VS. | : | C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO LLC, d/b/a The Station, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, GENERAL FOAM CORPORATION, FOAMEX INTERNATIONAL INC., WHJY, INC., CLEAR CHANNEL COMMUNICATIONS, INC., TOWN OF WEST WARWICK, DENNIS LAROCQUE, INDIVIDUALLY and as FIRE INSPECTOR FOR THE TOWN OF WEST WARWICK, STATE OF RHODE ISLAND, IRVING J. OWENS, Individually and in his capacity as FIRE MARSHALL FOR THE STATE OF RHODE ISLAND, TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and JOHN DOES 1 through 100 | : | |

**MOTION OF DEFENDANTS FOAMEX INTERNATIONAL, INC. AND GENERAL FOAM CORPORATION FOR LEAVE TO FILE REPLY MEMORANDUM AND FOR ENLARGEMENT OF PAGE LIMITS**

Defendants Foamex International, Inc. ("Foamex") and General Foam Corporation ("General Foam") filed a Motion to Dismiss in the above matter on April 30, 2003. Plaintiffs filed their opposition to the Motion to Dismiss on June 18, 2004. Michelle Spence ("Spence"), a plaintiff in the related matter

153

of *George Guindon, et al vs. American Foam Corporation, et al*, C.A. No.: 03-335-L, was granted on June 15, 2004, a ten (10) day extension of time by this Court to respond to Foamex's Motion to Dismiss in that case. Foamex and General Foam have subsequently agreed to a further extension of time to July 8, 2004 for Spence to respond to the Motion to Dismiss. In order that General Foam and Foamex may have sufficient time to reply to the opposition memoranda filed by plaintiffs in all Station fire cases in which they have moved to dismiss, General Foam and Foamex respectfully request that they be allowed up to and including July 30, 2004, within which to file a Reply Memorandum. These defendants further request that they be allowed to file a Reply Memorandum not to exceed ten (10) pages.

A memorandum in support of this motion is not required pursuant to the Local Rules of this Court.

Defendants
FOAMEX INTERNATIONAL, INC. and
GENERAL FOAM CORPORATION
By Their Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Granted:
Ronald R. Lagueux
Sr. USDC 7/12/04