UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET ALS :

-VS- :C.A.NO.03-148 L

JEFFREY DERDERIAN, ET ALS :

RONALD KINGSLEY, ET AL :

-VS- :C.A.NO.03-208L

JEFFREY DERDERIAN, ET AL :

MOTION TO CONSOLIDATE

Now come the Plaintiffs in the above entitled causes and herein make Motion to Consolidate C.A. No. 03-148 L and C.A. No. 03-208L.

As grounds therefor, Plaintiffs state that there are a mutuality of similar issues involved in both of the aforementioned cases pertaining to losses sustained in The Station fire which occurred on or about 2/20/03.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Providence, RI 02903
August 24, 2004
(401)751-8855

158

ORDER

Entered as an Order of this Honorable Court this day of , 2004.

ENTER: BY ORDER:

JUSTICE CLERK

CERTIFICATION

I hereby certify that on this 24th day of August, 2004 I mailed a copy of the within Motion to Consolidate by regular mail, postage prepaid to the following:

Stefanie DiMaio-Larivee, Esq.
215 Broadway
Prov., RI

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Prov., RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

Joseph V. Cavanagh, Jr., Esq.
30 Exchange Terrace
Providence, RI 02903

James R. Lee, Esq.
150 South Main St.
Prov., RI 02903

Robert Reardon, Esq.
160 Hemstead St.
New London, CT 06320

William Robinson, Esq.
Edwards & Angell
2800 Financial Plaza
Prov., RI 02903

Kathleen M. Hagerty, Esq.
70 Jefferson Blvd.
Warwick, RI

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Fred A. Kelly, Jr., Esq.
NIXON PEABODY LLP
One Citizens Plaza - Suite 700
Prov., RI 02903

Faith LaSalle, Esq.
Law Ofrfices of Faith A. LaSalle
One Turks Head Place
76 Westminster St.
Suite 1010
Prov., RI 02903

James Murphy, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Ave,
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103

Elaine M. Orsini