UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, alias, et al.,

*Plaintiffs,*

vs. C.A. NO. 03-148L

JEFFREY DERDERIAN, et al.,

*Defendants.*

DEFENDANTS' DENIS LAROCQUE AND TOWN OF WEST WARWICK'S MOTION TO EXCEED PAGE LIMIT

NOW COME Defendants, Denis Larocque and the Town of West Warwick and hereby move for leave of Court to exceed the page limit set forth in General Order #2002-01. In support thereof, defendants state that plaintiffs have filed a multi-count Complaint seeking to recover damages stemming from a fire at the Station Nightclub in West Warwick, RI. The instant motion to dismiss in lieu of answer filed on behalf of the these defendants raises at least five (5) issues raising distinct questions of law regarding whether a cause of action exists, the application of the absolute and qualified immunity as well proximate causation issues. Defendants state that the limited additional pages are necessary to fully and properly brief each of these issues.

WHEREFORE, Defendants respectfully request leave of Court to exceed the page limit by no more than fifteen (15) pages.

159

C.A. NO. 03-148L

Defendants,
Town of West Warwick and Denis Larocque,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within was sent via facsimile on the 25th day of August 2004, to:

Laura Sorge

Joseph B. Burns, Esq.
Rome McGuigan Sabanosh, PC
One State St
Hartford, CT 06103
(203) 382-8000
(860) 724-3921 fax

Mark B. Decof, Esq.
Decof & Decof, PC
One Smith Hill
Providence, RI 02903
(401) 272-1110
(401) 351-6641 fax

Joyce A. Faraone, Esq.
400 Reservoir Ave – Ste G
Providence, RI 02907
(401) 467-9110
(401) 785-3158 fax

Daniel P. McKiernan, Esq.
146 Westminster St
Providence, RI 02903
(401) 273-2210
(401) 273-0340 fax

Oleg Nikolyszyn, Esq.
155 South Main St – Ste 303
Providence, RI 02903
(401) 273-9996
(401) 273-5290 fax

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
1 Providence Washington Plz
Providence, RI 02903
(401) 331-4660
(401) 351-4420 fax

J. Renn Olenn, Esq.
Olenn & Penza, LLP
530 Greenwich Ave
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax

Christopher L. Russo, Esq.
888 Reservoir Ave
Cranston, RI 02910
(401) 946-3200
(401) 943-8097 fax

Mark D. Tourgee, Esq.
Assistant Solicitor
Town of West Warwick
c/o Inman & Tourgee
1193 Tiogue Ave
Coventry, RI 02816
(401) 823-9200
(401) 823-9278 fax

Timothy A. Williamson, Esq.
Solicitor
Town of West Warwick
c/o Inman & Tourgee
1193 Tiogue Ave
Coventry, RI 02816
(401) 823-9200
(401) 823-9278 fax

David E. Russell, Esq.
Rusitzky and Russell
324 Union St
New Bedford, MA 02740
(508) 997-7854
(508) 992-4242 fax

William A. Filippo, Esq.
373 Elmwood Ave
Providence, RI 02907
(401) 785-9400
(401) 941-1550 fax

James P. Howe, Esq.
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 fax

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone, PC
1 Turks Head Pl – Ste 1050
Providence, RI 02903
(401) 272-0200
(401) 274-7538 fax

Russell N. McCarthy, Esq.
150 North Main St
Fall River, MA 02720
(508) 324-0010
(508) 324-0012 fax

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 fax

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Dr – Ste 2100
Chicaco, IL 60606
(312) 407-0700
(312) 407-0411 fax

James H. Reilly, Esq.
Donald J. Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster St – Ste 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397 fax

Ralph J. Monaco, Esq.
Conway & Londregan, PC
38 Huntington St
P.O. Box 1351
New London, CT 06320-1351
(860) 447-3171
(860) 444-6103 fax

John S. Coughlin, Esq.
Ciccone, Coughlin & Waldman
One Davol Square – Ste 100
Providence, RI 02903
(401) 351-7800
(401) 351-7847 fax

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine St – 5th Flr
Providence, RI 02903
(401) 272-8080
(401) 521-3555 fax

Max H. Wistow, Esq.
Wistow & Barylick
61 Weybosset St
Providence, RI 02903
(401) 831-2700
(401) 272-9752 fax

W. Thomas McGough, Jr., Esq.
Reed Smith LLP
345 Sixth Ave
Pittsburgh, PA 15219
(412) 228-3088
(412) 288-3063 fax

James J. Restivo, Jr., Esq.
Reed Smith LLP
345 Sixth Ave
Pittsburgh, PA 15219
(412) 288-3122
(412) 288-3063 fax

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-8250
(215) 851-8250
(215) 851-1420 fax

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 fax

Michael Bradley, Esq.
39 Grove Ave
Westerly, RI 02891
(401) 596-0808
(401) 596-0808 fax

Janet J. Goldman, Esq.
51 Jefferson Blvd – Ste 7
Warwick, RI 02888
(401) 785-2300
(401) 785-1820 fax

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster St – Ste 200
Providence, RI 02903
(401) 861-5522
(401) 331-4861 fax

Paul J. Ferns, Esq.
Law Offices of Attorney Paul J. Ferns
200 Centerville Rd – Ste 1
Warwick, RI 02886
(401) 732-1110
(401) 737-0028 fax

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market St
Philadelphia, PA 19103-3508
(800) 523-2900
(215) 701-2036 fax

Steven A. Minicucci, Esq.
373 Elmwood Ave
Providence, RI 02907
(401) 785-9400
(401) 941-1550 fax

David P. Valletta, Esq.
378 Broadway
Providence, RI 02909-1496
(401) 274-0500

Daniel K. Flaherty, Esq.
College Park – Ste 20D
33 College Hill Rd
Warwick, RI 02886
(401) 822-1800 x 213
(401) 822-1879 fax

Dianne L. Izzo, Esq.
Gorham & Gorham
25 Danielson Pike
P.O. Box 46
North Scituate, RI 02857
(401) 647-1400
(401) 647-1446 fax

Patrick T. Jones, Esq.
Cooley Manion Jones, LLP
1 Center Pl
Providence, RI 02903
(401) 273-0800
(617) 737-3113 fax

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza – Ste 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer St
Providence, RI 02903-3987
(401) 272-3500
(401) 273-8780 fax

Carl A. Henlein, Esq.
Susan S. Wettle, Esq.
John R. Crockett, III, Esq.
Frost Brown Todd LLC
400 W Market St – 32nd Flr
Louisville, KY 40202
(502) 589-5400
(502) 581-1087 fax

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship St
Providence, RI 02903
(401) 831-2900
(401) 331-7123 fax

Edwin F. McPherson, Esq.
McPherson & Kalmansohn, LLP
1801 Century Park E – 24th Floor
Los Angeles, CA 90067
(310) 553-8833
(310) 553-9233 fax

George L. Santopietro, Esq.
Coia & Lepore, Ltd.
226 South Main St
Providence, RI 02903
(401) 751-5522
(401) 331-3758 fax

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, PC
2235 Washington St
Roxbury, MA 02119
(617) 442-0050 x 24
(617) 442-2319 fax

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 fax

Michael A. St. Pierre, Esq.
Revens Revens & St. Pierre, PC
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3245 fax

Brian R. Cunha, Esq.
Karen Allegria, Esq.
Law Offices of Brian Cunha
311 Pine St
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 fax

Brian R. Cunha, Esq.
Law Offices of Brian Cunha
904 Broadway
East Providence, RI 02915
(401) 434-5300
(401) 431-1958 fax

Curtis R. Diedrich, Esq.
Sloane & Walsh
127 Dorrance St
Providence, RI 02903-2828
(401) 454-7700
(617) 227-0927 fax

Carla Ottaviano, Esq.
Law Offices of DuBorg & Farrell
200 Glastonbury Blvd – Ste 301
Glastonbury, CT 06033
(860) 633-4797
(860) 633-0694 fax

Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
(617) 523-6010
(617) 227-0927 fax

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Pl
Providence, RI 02903
(401) 421-3060
(401) 272-6803 fax

Benjamin V. White, Esq.
Vetter & White
20 Washington Pl
Providence, RI 02903
(401) 421-3060
(401) 272-6803 fax

Daniel J. Horgan, Esq.
Horgan Law Offices
5 Shaw's Cove – Ste 200
New London, CT 06320
(860) 442-9099
(860) 439-1018 fax

Stephen E. Breggia, Esq.
Breggia Bowen & Grande
395 Smith St
Providence, RI 02908
(401) 831-1900
(401) 831-0129 fax

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm, PC
160 Hempstead St
P.O. Drawer 1430
New London, CT 06320
(860) 442-0444
(860) 444-6445 fax

Kenneth A. Schreiber, Esq.
Schreiber & Schreiber
37 Sockanosset Crossroad
Cranston, RI 02920
(401) 781-2000
(401) 943-0800 fax

Neil Sugarman, Esq.
Sugarman & Sugarman, PC
1 Beacon St
Boston, MR 02108
(617) 542-1000
(617) 542-1359 fax

Daniel T. Carrillo, Esq.
51 Jefferson Blvd
Warwick, RI 02888-1060
(401) 781-3000
(401) 781-0231 fax

Stefanie DiMaio-Larivee, Esq.
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 453-1230 fax

Stacie B. Collier, Esq.
Nixon Peabody LLP
City Place
185 Asylum St
Hartford, CT 06103
(860) 275-6820
(860) 275-6821 fax

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One Constitution Plz
Hartford, CT 06103-1919
(860) 251-5000
(860) 251-5219 fax

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding &
Lamontagne, PC
40 Westminster St – Ste 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 fax

Faith A. LaSalle, Esq.
Law Offices of Faith A. LaSalle
One Turks Head Place
76 Westminster St – Ste 1010
Providence, RI 02903
(401) 421-8080
(401) 421-0677 fax

James R. Lee, Esq.
Chief, Civil Division
Department of Attorney General
State of Rhode Island
150 South Main St
Providence, RI 02903
(401) 274-4440
(401) 222-2995 fax

Deborah S. Russo, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0477
(860) 275-0343 fax

Eva M. Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Ave
Providence, RI 02909
(401) 455-3800
(401) 455-3806 fax

Ronald J. Resmini, Esq.
Ronald J. Creamer
Law Offices of Ronald J. Resmini
155 South Main St – Ste 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 fax

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink, PC
1 State St - Ste 400
Providence, RI 02908
(401) 351-9970
(401) 274-6218 fax

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran, LLP
146 Westminster St
Providence, RI 02903
(401) 421-2154
(401) 521-7040 fax

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
3 School St
Boston, MA 02108
(617) 557-9696
(617) 227-9191 fax

Grant H. Miller, Jr., Esq.
Law Offices of Grant H. Miller, Jr.
55 Capital Blvd – Ste 210
Rocky Hill, CT 06067
(860) 513-6410
(860) 513-6445