FILED

AUG 25 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, et. al,
Plaintiffs,
v.

JEFFREY DERDERIAN, et. al
Defendants.

C.A. No.: 03-148-L

# CLEAR CHANNEL DEFENDANTS' MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS

Those Clear Channel defendants who have been properly served ("Defendants") hereby move this Court for an order allowing it to exceed the twenty (20) page limit for memoranda with respect to the filing of a dispositive motion in response to the several complaints. In support of this motion, Defendants respectfully submits the accompanying memorandum.

CLEAR CHANNEL DEFENDANTS,

By their Attorneys,

William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611

W. Thomas McGough, Jr.
James J. Restivo, Jr.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3088
Telecopy: (412) 288-3063

Andrew J. Trevelise
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8250
Telecopy: (215) 851-1420
Pro Hac Vice on behalf of Defendant
Clear Channel Broadcasting, Inc.

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☐ ~~for~~ determination
☐ ____

Ronald R. Lagueux, Senior U.S. District Judge

Date: 8-26-04

GRANTED. Not to exceed 35 pages.

David L. Martin, U.S.M.J.
August 27, 2004

161