C.A. NO. 03-148L

FILED
AUG 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, alias, et al.,

*Plaintiffs,*

vs.

JEFFREY DERDERIAN, et al.,

*Defendants.*

C.A. NO. 03-148L

DEFENDANTS' DENIS LAROCQUE AND TOWN OF WEST WARWICK'S MOTION TO EXCEED PAGE LIMIT

NOW COME Defendants, Denis Larocque and the Town of West Warwick and hereby move for leave of Court to exceed the page limit set forth in General Order #2002-01. In support thereof, defendants state that plaintiffs have filed a multi-count Complaint seeking to recover damages stemming from a fire at the Station Nightclub in West Warwick, RI. The instant motion to dismiss in lieu of answer filed on behalf of the these defendants raises at least five (5) issues raising distinct questions of law regarding whether a cause of action exists, the application of the absolute and qualified immunity as well proximate causation issues. Defendants state that the limited additional pages are necessary to fully and properly brief each of these issues.

WHEREFORE, Defendants respectfully request leave of Court to exceed the page limit by no more than fifteen (15) pages.

GRANTED. Not to exceed 35 pages.

David L. Martin

David L. Martin, U.S.M.J.
August 27, 2004

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☑ for determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge

Date: 8-26-04



162