UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

FILED
AUG 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA; et al.,
Plaintiffs,
v. : C.A. No. 03-148 L
JEFFREY DERDERIAN; et al.,
Defendants.

**STIPULATION FOR ENLARGEMENT OF TIME**

The Plaintiffs and the undersigned Defendants, by and through their respective counsel, hereby stipulate and agree that the following seven (7) Defendants shall have an enlargement of time up to and including September 22, 2004 to answer or otherwise respond to the Plaintiffs' Complaint in this action: Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

TAMMY PASSA; et al.

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3981)
155 South Main Street
Providence, RI 02903
(401) 751-8855
(401) 737-6464 (Fax)

Dated: August 23, 2004

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: August 24, 2004

163

CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of August, 2004, I mailed a true copy of the within Stipulation for Enlargement of Time via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette Dolmer

**SERVICE LIST (PASSA)**

**Plaintiff – Tammy Passa, Walter Castle, Jr. and Cheryl Rossi, next of kin to decedent Joseph E. Rossi**

Ronald J. Resmini, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

**Plaintiff – Tammy Passa and Walter Castle, Jr.**

Ronald J. Creamer, Esq.
155 South Main Street, Suite 400
Providence, RI 02903

**Plaintiff – Tammy Passa, Walter Castle, Jr. and Cheryl Rossi, next of kin to decedent Joseph E. Rossi**

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320

**Defendant – State of Rhode Island and Irving J. Owens, individually, and in his capacity as Fire Marshal for the State of Rhode Island**

James R. Lee, Esq.
Attorney General's Office
150 South Main Street
Providence, RI 02903

**Defendants – Jeffrey Derderian, Michael Derderian, DERCO d/b/a THE STATION**

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DEMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, 02903

**Defendant – Daniel Bichele**

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street
Providence, RI 02903

**Defendant – American Foam Corporation**

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

**Defendant – McLaughlin & Moran, Inc.**

Howard A. Merten, Esq.
Benjamin V. White, III, Esq.
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

**Defendants – Luna Tech Pyrotchnik GMBH and Luna Tech, Inc.**

Edward T. Hinchey, Esq.
Curtis R. Diedrich, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

**Defendant – Clear Channel Communications, Inc.**

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburg, PA 15219

**Defendant – Town of West Warwick and Dennis Larocque, individually and a Fire Inspector for the Town of West Warwick**

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

**Defendant – Foamex International, Inc. and General Foam Corporation**

Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

**Defendant – WHJY-FM, Clear Channel Communications, Inc.**

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903

**Defendant – Shell Oil Company, Motiva Enterprise LLC**

Faith A. LaSalle, Esq.
LAW OFFICES OF FAITH A. LASALLE
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Donna M. Lamontagne, Esq.
ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE, P.C.
40 Westminster St., Suite 201
Providence, RI 02903

**Defendants – Triton Realty Limited Partnership, Triton Realty, Inc.**

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108

**Defendant – Anheuser-Busch, Inc.**

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606