UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR. ALIAS and CHERYL HARRIS-ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI, Plaintiffs | : |
| -VS.- | : |
| | : C.A. NO.: 03-148-L |
| JEFFREY DERDERIAN, et als | : |

**MOTION TO STRIKE TAMMY PASSA'S REPLY MEMORANDUM**

Defendants General Form Corporation ("GFC") and Foamex International, Inc., respectfully move the Court for an order striking the reply memorandum filed by plaintiff Tammy Passa on the grounds referred to in the memorandum submitted herewith.

Respectfully submitted,

Gerald C. DeMaria #0637)
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780

Of Counsel

Carl A. Henlein
Susan S. Wettle
John R. Crockett III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

Counsel for General Foam Corporation and
Foamex International, Inc.

164

**PASSA CERTIFICATION**

I hereby certify that on the 26th day of August, 2004, a true copy of the within was mailed to:

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Mark Reynolds, Esq.
Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Howard A. Merton, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Edward T. Hinchey, Esq.
Curtis Diedrich, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Faith A. LaSalle, Esq.
One Turks Head Building
76 Westminster Street, Suite 1010
Providence, RI 02903

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TAMMY PASSA, et al.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | **C.A. NO. 03-148 L** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **JEFFREY DERDERIAN, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

**DEFENDANTS GENERAL FOAM CORPORATION AND FOAMEX INTERNATIONAL, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF TAMMY PASSA'S REPLY MEMORANDUM**

## I. Introduction

Defendants General Foam Corporation ("GFC") and Foamex International, Inc. ("Foamex") respectfully move the Court for an order striking the "Reply Memorandum" filed by Plaintiff Tammy Passa. Plaintiff's "Reply Memorandum" is not a reply memorandum but, rather, is an improper sur-reply to GFC's and Foamex's Rule 12(b)(6) Motion to Dismiss. It is not permitted under any rules or orders of this Court, and there is no justification for permitting it to be filed here. Furthermore, and as evidenced by Plaintiff's service list, this improper submission was never even served on GFC or Foamex or their counsel.

## II. Argument

Perhaps in an effort to conceal her improper sur-reply, Plaintiff states that she filed a "Motion in Opposition to Motion to Dismiss." No such motion was filed. Rather, and as would be expected, Plaintiff filed a Memorandum in Opposition to GFC's and Foamex's Motion to Dismiss. GFC and Foamex filed a Reply Memorandum and, now, Plaintiff has filed this improper sur-reply. Neither the rules nor orders of this Court permit the filing of a sur-reply.

Plaintiff did not seek the Court's permission to file this brief, and it should be struck or ordered withdrawn from the docketed pleadings in this case.

Although Plaintiff's sur-reply is clearly outside the rules and orders of this Court, what may be even more egregious is the fact that she did not bother to serve the parties to whom her submission is directed. GFC and Foamex inadvertently discovered this submission while perusing the case docket. Local Rule 12 requires that all motions and accompanying memoranda, and all responses to motions and accompanying memoranda, be filed *and served.* Local Rule 10 provides that service is to be made in the manner specified by Rule 5 of the Federal Rules of Civil Procedure. FRCP 5 requires that all papers to be served must be served "upon each of the parties." Clearly, Plaintiff did not even purport to serve GFC and Foamex as neither they nor their counsel are listed on the Certificate of Service accompanying Plaintiff's sur-reply.

Finally, even if Plaintiff had sought the Court's permission to file a sur-reply, there are no grounds for permitting one here. Plaintiff acknowledges that GFC and Foamex raised no new issues in their Reply Memorandum and properly limited their Reply to responding to the caselaw and related arguments cited by Plaintiff in her Memorandum in Opposition. More importantly, however, Plaintiff concedes that she is merely reiterating the same arguments that she made in that response brief. Specifically, in response to the arguments made by GFC and Foamex in their Reply Memorandum, she states that she "stands by her initial memorandum, and makes further observations herein." "Further observations" do not justify this random submission that is not permitted by any rules or orders of the Court.

Although GFC and Foamex do not address the arguments made in Plaintiff's improper sur-reply, it bears mentioning that her submission contains at least one blatant misstatement

regarding what GFC and Foamex said in their Reply Memorandum. In distinguishing the case of *Gifaldi v. Jefferson Chemical Co.*, 1995 U.S. Dist. LEXIS 206 (W.D.N.Y. 1995), GFC and Foamex stated:

> Moreover, in *Gifaldi*, the bulk chemical supplier had *actual* knowledge of the singular end use for which the chemical was being used and had misled its customer about the flammability of polyurethane foam. There is no similar allegation in this case, nor can there be one.

From this statement, Plaintiff argues in her improper sur-reply that:

> GFC argues that, unlike the defendants in Gifaldi, it had no actual knowledge (GFC's emphasis) that polyurethane was highly flammable. This assertion is patently ridiculous, as GFC has been sued in the past for failing to give warnings regarding the highly flammable nature of its polyurethane products."

Thus, while GFC and Foamex had argued that they had no knowledge of the *end use* of their alleged foam at The Station nightclub, Plaintiff totally mischaracterized the argument to assert that GFC and Foamex stated that they had no *knowledge* that the foam was highly flammable.

**III. Conclusion**

For the reasons stated herein, GFC and Foamex respectfully request that Plaintiff Tammy Passa's Reply Memorandum be struck from the docket of this case and/or ordered withdrawn from the case.

Respectfully submitted,

Gerald C. DeMaria #0637
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500 telephone
(401) 273-8780 facsimile

Of Counsel

Carl A. Henlein
Susan S. Wettle
John R. Crockett III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400 telephone
(502) 581-1087 facsimile

Counsel for General Foam Corporation and
Foamex International, Inc.

**PASSA CERTIFICATION**

I hereby certify that on the 26th day of August, 2004, a true copy of the within was mailed to:

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Mark Reynolds, Esq.
Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Howard A. Merton, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Edward T. Hinchey, Esq.
Curtis Diedrich, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

James R. Lee, Esq.
RI DEPT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Esq.
Randall L. Souza, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903

Scott J. Tucker, Esq.
TUCKER HEIFETZ & SALTZMAN LLP
Three School Street
Boston, MA 02108

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas Bender, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Faith A. LaSalle, Esq.
One Turks Head Building
76 Westminster Street, Suite 1010
Providence, RI 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London, CT 06320

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Jan Audenit
______________________________