UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 02 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,
Plaintiffs

v.

JEFFREY DERDERIAN, ET AL.,
Defendants

C.A. No. 03-148/L

## ENLARGEMENT STIPULATION

It is hereby stipulated that Defendant McLaughlin & Moran, Inc.'s time to answer, move, object, or otherwise respond to plaintiffs' complaint is enlarged up to and including October 1, 2004 as plaintiffs intend to move to amend the complaint in the interim.

Ronald J. Resmini, No. 0484
Attorney for Plaintiffs
Suite 400
155 South Main Street
Providence, Rhode Island 02903
(401) 751-8855
(401) 737-6464 FAX

Howard A. Merten, No. 3171
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 9/2/, 2004

Enter: Ronald R. Lagueux
Sn. USDJ 9/8/04



175

# CERTIFICATE OF SERVICE

To:

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
RONALD J. RESMINI LAW OFFICES
155 South Main Street
Providence, RI 02903

Marc Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Robert I. Reardon, Jr., Esq.
Robert I Rimmer, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Edward T. Hinchey, Esq.
Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

William E. Murray, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

Edward B. O'Connell, Esq.
Waller Smith & Palmer, P.C.
52 Eugene O'Neill Drive
New London, CT 06320

Michael T. Ryan, Esq.
Robert O'Hickey, Esq.
Anthony D. Sutton, Esq.
Ryan Ryan Johnston & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Gerald P. Dwyer, Jr., Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

John J. Nazzaro, Esq.
Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320

Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306

Donald A. Migliori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903

Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

John Brook, Esq.
122 East Gilbert
Munice, IN 47305

Matthew Medeiros, Esq.
Little, Bulman, Medeiros
& Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3 G
Providence, RI 02907

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Daniel J. Horgan, Esq.
The Horgan Law Offices
Shaw's Cove 5, Suite 200
New London, CT 06320

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218

Timothy A. Williamson, Esq.
West Warwick Solicitor
Mark D. Tourgee, Esq.
West Warwick Assistant Solicitor
c/o Imman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32d Floor
Louisville, KY 40202-3363

Faith LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2
Chicago, IL 60606

Randall Souza, Esq.
Fred Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East Providence, RI 02914

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Stephen E. Breggia, Esq.
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, RI 02908

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street
Providence, RI 02908

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

James Howe, Esq.
215 Broadway
Providence, RI 02903

Bruce P. Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Carla Ottaviano, Esq.
Law Offices of DuBorg & Farrell
200 Glastonbury Boulevard, #301
Glastonbury, CT 06033

Grant H. Miller, Jr., Esq.
Cynthia A. Jaworski, Esq.
Law Offices of Grant H. Miller, Jr.
55 Capital Boulevard, Suite 210
Rocky Hill, CT 06067

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903

David B. Zabel, Esq.
Cohen & Wolf
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

I hereby certify that I served on the above-named counsel of record a copy of the within Enlargement Stipulation by mailing first class mail, postage prepaid, on the 2nd day of ~~August~~ September, 2004.

Melanie Losetto