**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
SEP 07 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al<br>*Plaintiffs*<br><br>vs.<br><br>JEFFREY DERDERIAN, et al<br>*Defendants* | ) | C.A. No.: 03-148 |

## STIPULATION TO ENLARGE TIME

It is hereby stipulated that the time for Defendants, Shell Oil Company and Motiva Enterprises LLC, to answer or otherwise respond to plaintiffs' complaint is enlarged to and including October 1, 2004 as plaintiffs intend to move to amend the complaint in the interim.

TAMMY PASSA, et. al.

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
155 South Main Street
Providence, RI 02903
Telephone: (401) 751-8855
Facsimile: (401) 737-6464

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC
By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-06777

Date: 9/1//04

Enter: Ronald R. Lagueux
Sr. USDJ 9/8/04

176

Certification of Service

I hereby certify that on this 7th day of September 2004, that a true and correct copy of Stipulation to Enlarge Time has been duly furnished via First Class Mail to the following counsel of record:

Ronald J. Resmini, Esq.
Ronald J. Resmini, Ltd. Law Offices
155 South Main Street
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Marc Reynolds, Esq.
Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster St., #200
Providence, RI 02903

Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
One Financial Plaza, Ste.2700
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James H. Reilly
Don Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Ronald J. Creamer, Esq.
Law Offices of Ronald J. Resmini
155 South Main Street, Suite 400
Providence, RI 02903

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Brian P. Cunha, Esq.
Karen A. Alegra
Law Offices of Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Joyce A. Faraone, Esq.
400 Reservoir Avenue, Suite 3G
Providence, RI 02907

William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

James Howe, Esq.
215 Broadway
Providence, RI 02903

Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306

Eva Marie Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Mark S. Maudell, Esq.
Maudell, Schwartz, Boisclair
One Park Row
Providence, RI 02903

Donald A. Migliori, Esq.
Ness, Motley, Loadholt, Richardson &Poole
321 South Main Street, Suite 402
Providence, RI 02903

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esq.

Scott J. Tucker, Esq.

Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Timothy A. Williamson, Esq.
Mark D. Tourgee, Esq.
Inman & Tourgee
1193 Togue Avenue
Coventry, RI 02816

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Edward T. Hinchey, Esq.
Curtis R. Diedrich, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanaugh & Cooney
123 Dyer Street
Providence, RI 02903

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street
Providence, RI 02908

John Brook, Esq.
122 East Gilbert
Munice, IN 47305

Carl Henlein, Esq.
John R. Crockett III, Esq.
Susan S. Wettle, Esq.
Frost, Brown & Todd
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Christopher C. Fallon, Jr. Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Kevin Brill, Esq
45 Border Street
West Newton, MA 02465

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Joseph Krowksi, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Mathew F. Medeiros, Esq.
Little, Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903

Tyler T. R[signature]

Offices of Faith A. LaSalle