UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 03-148L |
| JEFFREY DERDERIAN, ET AL., | : | |
| Defendants. | : | |

**STIPULATION**

The parties, by and through their counsel, hereby agree that the Clear Channel related defendants shall have up to and including October 1, 2004 to answer or otherwise respond to the original Complaint and any amendments thereto.

TAMMY PASSA, ET AL.

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
RONALD J. RESIMINI LAW OFFICES, LTD.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 (fax)

CLEAR CHANNEL BROADCASTING, INC., ET AL.

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

RECEIVED SEP 20 2004 U.S. DISTRICT COURT DISTRICT OF R.I.

Enter: Ronald R. Lagueux Sr. USDJ 9/20/04

178

PRV_676745_1/WROBINSON