UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, Alias, et al :
:
v. : C.A. NO: 03-148 L
:
JEFFREY DERDERIAN, et al :

***STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT***

The parties hereby stipulate that Defendant, ***American Foam Corporation***, may have to and including thirty (30) days after Plaintiffs file their amended complaint within which to answer or otherwise plead to Plaintiffs' amended complaint.

FILED
SEP 23 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thomas C. Angelone, Esq./#1373
*Attorney for Defendant, American Foam*
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Ronald J. Resmini, Esq./#0484
*Attorney for Plaintiffs*
**LAW OFFICES OF RONALD J. RESMINI, LTD.**
155 South Main Street
Providence, Rhode Island 02903
(401) 751-8855

Dated: September 23, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 9/24/04

(181)