UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL :

-VS- :C.A.NO.03-148L

JEFFREY DERDERIAN, ET AL :

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' STATE OF RHODE ISLAND and IRVING J. OWENS' MOTION TO DISMISS

Now come the Plaintiffs in the above-entitled action and hereby move for additional time to respond to Defendants' State of Rhode Island and Irving J. Owens' Motion to Dismiss. Plaintiffs seek an additional time to respond to Defendants' Motion (i.e. October 28, 2004). Defendants have assented to Plaintiffs' Motion as indicated below.

By their Attorney,

RONALD J. RESMINI, ESQ.#0484
Attorney for Tammy Passa, et als
155 South Main St., Suite 400
Prov., RI 02903

James R. Lee#4305)
Assistant Attorney General
150 South Main St., Prov., RI 02903

**Attorney for the State of Rhode Island and Irving J. Owens**

183

CERTIFICATION

I hereby certify that on this 22nd day of September, 2004 I mailed a copy of the within Memorandum by regular mail, postage prepaid to the following:

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer St.
Prov., RI 02903

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Prov., RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

Joseph V. Cavanagh, Jr., Esq.
30 Exchange Terrace
Providence, RI 02903

James R. Lee, Esq.
150 South Main St.
Prov., RI 02903

Robert Reardon, Esq.
160 Hemstead St.
New London, CT 06320

William Robinson, Esq.
Edwards & Angell
2800 Financial Plaza
Prov., RI 02903

Kathleen M. Hagerty, Esq.
70 Jefferson Blvd.
Warwick, RI

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Fred A. Kelly, Jr., Esq.
NIXON PEABODY LLP
One Citizens Plaza - Suite 700
Prov., RI 02903

Faith LaSalle, Esq.
Law Ofrfices of Faith A. LaSalle
One Turks Head Place
76 Westminster St.
Suite 1010
Prov., RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Prov., RI

James Murphy, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Ave,
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market St., 32nd Fl.
Louisville, KY 40202-3363

Elaine M. Orsini