UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 28 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

VS. C.A. No. 03-148-L

JEFFREY DERDERIAN, ET AL.

**STIPULATION**

The parties, by and through their counsel, hereby agree that defendants Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. shall have up to and including 30 days from the date that plaintiffs file an Amended Complaint (which Amended Complaint plaintiffs intend to move to file shortly) to answer or otherwise respond.

TAMMY PASSA, ET AL.

By their Attorneys,

Ronald J. Resmini, Esq.
Ronald J. Resmini Ltd.
Packet Building
155 South Main Street, Suite 400
Providence, RI 02903
Telephone: (401) 751-8855

9/27/04

ANHEUSER-BUSCH, INC. and
ANHEUSER-BUSCH COMPANIES, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Enter: Ronald R. Lagueux
Sr. USDJ 9/28/04

184