FILED
SEP 27 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 24 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL :

-VS- :C.A.NO.03-148L

JEFFREY DERDERIAN, ET AL :

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' STATE OF RHODE ISLAND and IRVING J. OWENS' MOTION TO DISMISS

Now come the Plaintiffs in the above-entitled action and hereby move for additional time to respond to Defendants' State of Rhode Island and Irving J. Owens' Motion to Dismiss. Plaintiffs seek an additional time to respond to Defendants' Motion (i.e. October 28, 2004). Defendants have assented to Plaintiffs' Motion as indicated below.

By their Attorney,

RONALD J. RESMINI, ESQ.#0484
Attorney for Tammy Passa, et als
155 South Main St. / Suite 400
Prov., RI 02903

James R. Lee#4305)
Assistant Attorney General
150 South Main St., Prov., RI 02903

**Attorney for the State of Rhode Island and Irving J. Owens**

Granted: Ronald R. Lagueux
Sr. USDJ 9/28/04

185

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL :

-VS- :C.A.NO.03-148L

JEFFREY DERDERIAN, ET AL :

FILED
SEP 28 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' DENIS LAROCQUE AND THE TOWN OF WEST WARWICK MOTION TO DISMISS IN LIEU OF ANSWER

Now come the Plaintiffs in the above-entitled action and hereby move for additional time to respond to Defendants' Denis Larocque and the Town of West Warwick's Motion to Dismiss in Lieu of Answer. Plaintiffs seek an additional time to respond to Defendants' Motion (i.e. October 28, 2004). Defendants have assented to Plaintiffs' Motion as indicated below.

By their Attorney,

RONALD J. RESMINI, ESQ.#0484
Attorney for Tammy Passa, et als
155 South Main St., Suite 400
Prov., RI 02903

MICHAEL A. DeSISTO, ESQ. #2444
Attorney for Defendants, Town of West Warwick, et al
211 Angell St., P.O. Box 2563, Prov., RI 02906

Granted! Ronald R. Lagueux
Sr. USDJ 9/28/04