KNM:jcd 02-206 9/28/04

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL L. ROSSI, next of kin of decedent JOSEPH E. ROSSI, Plaintiffs, | : | |
| VS. | : | C.A. No. 03-148L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a THE STATION, et al, Defendants. | : | |

**ENTRY OF APPEARANCE**

Now comes Kelly N. Michels, Esquire (R.I. Bar No. 6478), and enters her appearance, for defendants, Triton Realty Limited Partnership and Triton Realty, Inc., in the above captioned action.

Kelly N. Michels, Esquire #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 - Telephone
(401) 521-7040 – Fax

186

**PROOF OF SERVICE**
**(*Tammy Passa v. American Foam, et al; C.A. No. 03-148L*)**

I hereby certify that on this 29 day of September, 2004, I served the within document by mailing a copy of same to the following:

| | |
|---|---|
| Ronald J. Resmini, Esq.<br>Ronald J. Creamer, Esq.<br>155 South Main Street<br>Providence, RI 02903<br>*Attorney for Plaintiffs* | Robert I. Reardon, Jr., Esq.<br>Robert I. Rimmer, Esq.<br>The Reardon Law Firm<br>160 Hempstead Street<br>New London, CT 06320 |
| Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903<br>*Attorney For American Foam Corp.* | Donna M. Lamontagne, Esq.<br>Zizik, Powers, O'Connell, Spaulding & Lamontagne<br>40 Westminster Street, Suite 201<br>Providence, RI 02903<br>*Attorney for Defendant, Motiva Enterprises, LLC and Shell Oil Company* |
| Anthony F. DeMarco, Esq.<br>Reynolds, DeMarco & Boland, Ltd.<br>170 Westminster St., #200<br>Providence, RI 02903<br>*Attorney for Defendant, Jeffrey Derderian; Michael Derderian; DERCO, LLC.* | Stephen M. Prignano, Esq.<br>Edwards and Angell<br>One Financial Plaza, Ste. 2700<br>Providence, RI 02903<br>*Attorney for Clear Channel defendants* |
| Joseph Cavanagh, Jr., Esq.<br>Kristen E. Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903<br>*Attorney for Defendant, Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc.* | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02906<br>*Attorney for Defendant, Town of West Warwick and Dennis Larocque* |
| Howard Merten, Esq.<br>Eric M. Sommers, Esq.<br>Vetter & White<br>20 Washington PI.<br>Providence, RI 02903<br>*Attorneys for Defendant McLaughlin & Moran, Inc.* | Daniel P. McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |

| | |
|---|---|
| Curtis R. Diedrich, Esq.<br>Edward T. Hinchey, Esq.<br>Sloane & Walsh<br>3 Center Plaza<br>Boston, MA 02108<br>*Attorney for Defendant, Luna Tech, Inc.* | Edward M. Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606<br>*Attorneys Defendants, for Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc.* |
| Fred A. Kelly, Jr., Esq.<br>Randall L. Souza, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903<br>*Attorneys for Jack Russell, Jack Russell Touring, Inc., David Felice, Paul Woolnouh,Manic Management, Inc. and Knight Records, Inc.* | W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq.<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>*Attorneys for Clear Channel Defendants* |
| Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman LLP<br>Three School Street<br>Boston, MA 02108<br>*Attorney for Triton Realty Limited Partnership and Triton Realty, Inc.* | Andrew Trevelise, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>Philadelphia, PA 19103-7301<br>*Attorneys for Clear Channel defendants* |
| Gerald C. DeMaria, Esq.<br>James A. Ruggieri, Esq.<br>HIGGINS, CAVANAGH & COONEY<br>123 Dyer Street<br>Providence, RI 02903<br>*Attorneys for General Foam Corporation, GFC Foam, LLC, Foamex LP and Foamex International* | James Lee, Esq.<br>Department of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>*Attorney for State of Rhode Island; Irving Owens* |
| James H. Reilly, Esq.<br>Donald J. Maroney, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street, Suite 500<br>Providence, RI 02903<br>*Attorneys for Defendant, Daniel Biechele* | Christopher C. Fallon, Jr., Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103-3508<br>*Attorney for Defendant, Jeffrey Derderian, Michael Derderian and DERCO, LLC d/b/a The Station* |
| John R. Crockett, III, Esq.<br>Susan S. Wettle, Esq.<br>Carl A. Henlein, Esq.<br>Frost Brown Todd LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363 | Edwin F. McPherson, Esq.<br>McPherson & Kalmansohn<br>1801 Century Park East, 24th Street<br>Los Angeles, CA 90067<br>*Attorney for Defendant, Jack Russell* |

| | |
|---|---|
| Ronald Langlois, Esq.<br>Lauren D. Wilkins, Esq.<br>Smith & Brink<br>One State Street, Suite 400<br>Providence, RI 02908<br>*Attorneys for Defendant, Barry Warner* | Faith A. LaSalle, Esq.<br>LAW OFFICES OF FAITH A. LASALLE<br>One Turks Head Place<br>76 Westminster Street, Suite 1010<br>Providence, RI 02903<br>*Attorney for Motiva Enterprises, LLC and Shell Oil Company* |
| Mark K. Ostrowski, Esq.<br>Shipman & Goodman, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>*Attorney for Defendant Motiva Enterprises* | Jose M. Rojas, Esq.<br>Shipman & Goodman<br>One American Row<br>Hartford, CT 06103-2819<br>*Attorney for Defendants Motiva Enterprises and Shell Oil company* |

Jean C. Douglas
of Hanson Curran LLP