UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,
Plaintiffs

v.

JEFFREY DERDERIAN, ET AL.,
Defendants

C.A. No. 03-148/L

SEP 29 2004

## ENLARGEMENT STIPULATION

The parties hereby agree that defendant McLaughlin & Moran, Inc. shall have up to and including 30 days from the date that plaintiffs file an Amended Complaint (which Amended Complaint plaintiffs intend to move to file shortly) to answer or otherwise respond.

Ronald J. Resmini, No. 0484
Attorney for Plaintiffs
Suite 400
155 South Main Street
Providence, Rhode Island 02903
(401) 751-8855
(401) 737-6464 FAX

Howard A. Merten, No. 3171
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: September 28, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 9/30/04



188