**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO. 03-148L**

**TAMMY PASSA, ET AL**
**Plaintiffs,**

**v.**

**JEFFREY DERDERIAN, ET AL**
**Defendants**

RECEIVED
OCT 21 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties stipulate that the Defendant, Barry Warner, may have to and including thirty (30) days after the Plaintiffs file their Amended Complaint to answer or otherwise plead to the Plaintiff's Amended Complaint.

Plaintiffs
By their attorneys,

Ronald Resmini, Esq.
155 South Main Street
Suite 400
Providence, RI 02903
Tel: (401) 751-8855

Defendant,
By his attorneys,

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

Dated: 10/14/04

Enter: Ronald R. Lagueux
Sr. USDJ 10/22/04



195