**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| C.A. | 03-148L | Tammy Passa v. Jeffrey Derderian, et al |
| C.A. | 03-208L | Ronald Kingsley v. Jeffrey Derderian, et al |
| C.A. | 03-335L | George Guidon v. Jeffrey Derderian, et al |
| C.A. | 03-483L | Chad Henault v. Jeffrey Derderian, et al |
| C.A. | 04-26L | Linda Roderiques v. Jeffrey Derderian, et al |
| C.A. | 04-56L | Charles Sweet v. Jeffrey Derderian, et al |
| C.A. | 04-312L | Albert Gray v. Jeffrey Derderian, et al |

ORDER

All the Station fire cases now filed or hereafter to be filed, hereby are consolidated for purposes of discovery and motion practice.

Enter:

Ronald R. Lagueux
Senior Judge
October 27, 2004

By Order,

Deputy Clerk

197