UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET ALS :

-VS- :C.A.NO.03-148 L

JEFFREY DERDERIAN, ET ALS :

RONALD KINGSLEY, ET AL :

-VS- :C.A.NO.03-208L

JEFFREY DERDERIAN, ET AL :

MOTION TO CONSOLIDATE

Now come the Plaintiffs in the above entitled causes and herein make Motion to Consolidate C.A. No. 03-148 L and C.A. No. 03-208L.

As grounds therefor, Plaintiffs state that there are a mutuality of similar issues involved in both of the aforementioned cases pertaining to losses sustained in The Station fire which occurred on or about 2/20/03.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Providence, RI 02903
August 24, 2004
(401)751-8855

198

Denied as moot — order of consolidation already issued: Ronald R. Lagueux
Sr. USDJ 10/27/04