UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, Alias, et al.,

*Plaintiffs,*

vs. C.A. No. 03-148L

JEFFREY DERDERIAN, et al.,

*Defendants.*

**MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM OF DEFENDANTS, DENIS LAROCQUE AND TOWN OF WEST WARWICK**

NOW COME Defendants, Denis Larocque and Town Of West Warwick and hereby move for an extension of time, up to and including November 26, 2004, within which to file a Reply Memorandum to the Plaintiffs' Objection to these Defendants' Motion to Dismiss. In support thereof, defendants submit that an extension is warranted in light of the fact that these defendants are parties in multiple, related cases for which there are pending Motions to Dismiss based on similar grounds. The requested extension will allow the plaintiffs in the other cases time to respond to the filed Motions and thus provide these defendants the ability to file a comprehensive Reply Memorandum to all objections. Defendants thus submit that the instant extension is in the interest of judicial economy in that a comprehensive Memorandum will save the Court and the parties time.

WHEREFORE, Defendants, Denis Larocque, Anthony Bettencourt, and Malcolm Moore in his capacity as Finance Director for the Town of West Warwick, respectfully request an extension of time up to and including November 26, 2004, within which to file a Reply Memorandum.



199

C.A. No. 03-148L

Defendants,
Denis Larocque, Anthony Bettencourt
and Malcolm Moore in his capacity
as Finance Director for the
Town of West Warwick,

By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

Kathleen M. Daniels, Esq. (#4766)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
kathleen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Motion was mailed, postage prepaid, on this 25th day of October 2004, to:

Ronald J. Resmini, Esq.
Resmini Law Offices Ltd.
155 South Main St – Ste 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 fax

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone, PC
1 Turks Head Pl – Ste 1050
Providence, RI 02903
(401) 272-0200
(401) 274-7538 fax

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 fax

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster St – Ste 200
Providence, RI 02903
(401) 861-5522
(401) 331-4861 fax

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
1 Providence Washington Plz
Providence, RI 02903
(401) 331-4660
(401) 351-4420 fax

James R. Lee, Esq.
Chief, Civil Division
Department of Attorney General
State of Rhode Island
150 South Main St
Providence, RI 02903
(401) 274-4440
(401) 222-2995 fax

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 fax

Daniel P. McKiernan, Esq.
146 Westminster St
Providence, RI 02903
(401) 273-2210
(401) 273-0340 fax

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Pl
Providence, RI 02903
(401) 421-3060
(401) 272-6803 fax

C.A. No. 03-148L

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson & Curran, LLP
146 Westminster St
Providence, RI 02903
(401) 421-2154
(401) 521-7040 fax

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington St
Roxbury, MA 02119
(617) 442-0050 x 24
(617) 442-2319 fax

Laura Sery