RECEIVED
NOV 01 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al. | : | |
| | : | |
| vs. | : | C.A. No. 03-148 L |
| | : | |
| JEFFREY DERDERIAN, et al. | : | |

STIPULATION EXTENDING TIME
TO FILE REPLY MEMORANDUM

The parties hereby stipulate that defendants State of Rhode Island and Irving J. Owens, Fire Marshall for the State of Rhode Island, shall have to and including November 26, 2004 to file a reply Memorandum in Plaintiff's Objection to the Motion to Dismiss.

| | |
|---|---|
| Ronald J. Resmini, Esq. | James R. Lee, Esq. |
| Attorney for Plaintiff | Assistant Attorney General |
| 155 S. Main St. | 150 S. Main St. |
| Providence, RI 02903 | Providence, RI 02903 |
| Dated: Oct 29, 2004 | Dated: 10/29, 2004 |

Granted: Ronald R. Lagueux
Sr. USDJ 11/2/04

201