UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, et al.

Plaintiffs, : C.A. NO. 03-148L

v.

JEFFREY DERDERIAN, et al.

Defendants.

RECEIVED
NOV 08 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION EXTENDING TIME TO RESPOND**

Upon agreement of the parties, the Plaintiffs in the above captioned matter, may, on or before November 22, 2004, file their response to the Defendant Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company's Motion to Dismiss, or in the alternative, for Summary Judgment.

THE PLAINTIFFS, TAMMY PASSA, ET AL.

By ______________________
Ronald J. Resmini
Fed. Bar No. 0484
Ronald J. Resmini, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903
(401)751-8855
(401)737-6464 (fax)

THE DEFENDANTS, CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY

By ______________________
Stephen M. Prignano
Fed. Bar No. 3649
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401)274-9200
(401)276-6611 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 11/8/04

(202)