UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, Alias, et al.,

*Plaintiffs,*

vs.

JEFFREY DERDERIAN, et al.,

*Defendants.*

C.A. No. 03-148L

**MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM OF DEFENDANTS, DENIS LAROCQUE AND TOWN OF WEST WARWICK**

NOW COME Defendants, Denis Larocque and Town Of West Warwick and hereby move for an extension of time, up to and including November 26, 2004, within which to file a Reply Memorandum to the Plaintiffs' Objection to these Defendants' Motion to Dismiss. In support thereof, defendants submit that an extension is warranted in light of the fact that these defendants are parties in multiple, related cases for which there are pending Motions to Dismiss based on similar grounds. The requested extension will allow the plaintiffs in the other cases time to respond to the filed Motions and thus provide these defendants the ability to file a comprehensive Reply Memorandum to all objections. Defendants thus submit that the instant extension is in the interest of judicial economy in that a comprehensive Memorandum will save the Court and the parties time.

WHEREFORE, Defendants, Denis Larocque, Anthony Bettencourt, and Malcolm Moore in his capacity as Finance Director for the Town of West Warwick, respectfully request an extension of time up to and including November 26, 2004, within which to file a Reply Memorandum.

Granted: Ronald R. Lagueux
Sr. USDJ 11/10/04