UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMMY PASSA, ALIAS, WALTER CASTLE, JR., ALIAS and CHERYL ROSSI, NEXT-OF-KIN of Decedent, JOSEPH E. ROSSI,

Plaintiffs,

-VS- C.A. NO: 03-148/L

JEFFREY DERDERIAN, ET AL:

Defendants,

**ENLARGEMENT STIPULATION**

The parties hereby agree that Defendant, State of Rhode Island, shall have up to and including December 16, 2004 to respond to Plaintiff's Reply Memorandum in Opposition to the State of Rhode Island's Motion to Dismiss.

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI LAW OFFICES, LTD.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855

DATED: November 12, 2004

RECEIVED
NOV 15 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Enter: Ronald R. Lagueux
Sr. USDJ 11/15/04

205