UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al.<br>Plaintiffs, | : | CIVIL ACTION NO: 03-148-L |
| V. | : | |
| JEFFREY DERDERIAN, et al.<br>Defendants. | : | NOVEMBER 22, 2004 |

**AFFIDAVIT**

1. I am more than eighteen years of age and believe in the obligations of an oath.
2. I represent the plaintiffs in the above captioned matter.
3. I submit this affidavit pursuant to Fed. R. Civ. P. 56(f) and in opposition to the Clear Channel defendants Motion to Dismiss or, in the alternative, for Summary Judgment.
4. Due to discovery stays that have been entered in this matter by this Court, the plaintiffs have been unable to obtain documents or deposition testimony from the Clear Channel defendants or from any of the joint venture defendants identified in the plaintiffs' complaint.

209

5. The plaintiffs in this matter believe, in good faith, that they are entitled to obtain testimony and documentary evidence from the Clear Channel defendants and the other joint venture defendants in order to controvert the assertions raised as "undisputed facts" by the Clear Channel defendants in their Motion to Dismiss or, in the alternative, Motion for Summary Judgment.

6. The plaintiffs, pursuant to Fed. R. Civ. P. 56(f), require the aforesaid discovery in order to obtain facts essential to their opposition to the Clear Channel defendants' motions.

7. Due to the discovery stays, as aforesaid, the plaintiffs have been unable to gather information to rebut the factual assertions made by the Clear Channel defendants in their aforesaid motions.

8. The plaintiffs request that this Court deny the motions filed by the Clear Channel defendants or, in the alternative, grant the plaintiffs leave to engage in discovery to counter the factual assertions made by the Clear Channel defendants in the subject motions.

ATTEST:

Ronald J. Resmini

Subscribed and sworn to, before me, this 22nd day of November, 2004.

ELAINE M. ORSINI

Elaine M. Orsini

Notary Public

Notary Public