**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
NOV 22 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. 03-148L Tammy Passa v. Jeffrey Derderian, et al.

C.A. 03-335L George Guidon v. Jeffrey Derderian, et al.
C.A. 03-483L Chad Henault v. Jeffrey Derderian, et al.
C.A. 04-26L Linda Roderiques v. Jeffrey Derderian, et al.
C.A. 04-56L Charles Sweet v. Jeffrey Derderian, et al.
C.A. 04-312L Albert Gray v. Jeffrey Derderian, et al.

**ORDER DENYING DEFENDANTS STATE OF RHODE ISLAND AND IRVING J. OWENS' MOTION FOR CERTIFICATION AND SUBSTITUTION PURSUANT TO R.I.G.L. §9-31-12**

The Motion of Defendants State of Rhode Island and Irving J. Owens for Certification and Substitution Pursuant to R.I.G.L. §9-31-12, having come before this Court in each of the above-captioned civil actions, it is hereby ORDERED:

Defendants' Motion is denied as premature.

BY ORDER:

[signature]
11-23-04

ENTER:

Ronald R. Lagueux
Sr. USDJ

DATED: 11/22/04

210