UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET ALS :

-VS- :C.A.NO.03-148-L

JEFFREY DERDERIAN, ET ALS :

NOTICE OF ADOPTION OF
FIRST AMENDED MASTER COMPLAINT
(STATION NIGHTCLUB FIRE LITIGATION)

This acceptance form relates to:

The Plaintiffs in the civil action captioned above (Tammy Passa, et als v. Jeffrey Derderian, et als, C.A. No. 03-208-L) hereby rerspectfully notify the Court and the parties that they hereby adopt the First Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312-L in its entirety.



217

**PARTIES**

**PLAINTIFFS**

1. (249) The Plaintiff, Tammy Passa, is a resident of Warwick, Rhode Island. Ms. Passa was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Tammy Passa sustained severe injuries, burns, scarring and a disfigurement.

2. (250) The Plaintiff, Walter Castle, Jr., is a resident of North Kingston, Rhode Island. Mr. Castle was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club and was psychologically injured and sustained severe inhalation injuries.

3. (251) The Plaintiff, Cheryl Harris-Rossi, estranged wife and next-of-kin of decedent, Joseph E. Rossi, is a resident of the City of West

Warwick, Rhode Island. An Executor or an Administrator for the Estate of Joseph E. Rossi, the deceased, has not been appointed enabling the next of kin to proceed. The personal representative, Cheryl Harris-Rossi, therefore, has the exclusive right to bring the instant action and sues for the benefit for all named or unnamed beneficiaries.

## PRAYERS FOR RELIEF
## SUBMITTED ON BEHALF OF THE PLAINTIFFS
## IN TAMMY PASSA, ET ALS v. JEFFREY DERDERIAN, ET AL
## C.A. NO. 03-148L

WHEREFORE, the Plaintiffs respectfully pray for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

## JURY DEMAND

The Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
THE PLAINTIFFS

By [signature]

Ronald J. Resmini, Esq.
Federal Bar No. 0484
Ronald J. Resmini, Ltd.
155 South Main St., Suite 400
Providence, RI 02903
(401)751-8855
DATED: December 22, 2004