UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, et al
*Plaintiffs*

vs. C.A. No.: 03-148L

JEFFREY DERDERIAN, et al
*Defendants*

RECEIVED
JAN 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

The above-captioned matter filed against defendants, Shell Oil Company and Motiva Enterprises LLC, is dismissed without prejudice.

TAMMY PASSA, ET. AL.

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
155 South Main Street
Providence, RI 02903
Telephone: (401) 751-8855
Facsimile: (401) 737-6464

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC
By their Attorneys,

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-0677

Mark K. Ostrowski, Esq. (Pro Hac Vice)
Jose M. Rojas, Esq. (Pro Hac Vice)
Shipman, & Goodwin
One Constitution Plaza, 14th Floor
Hartford, CT 06103

218

Certification of Service

I hereby certify that on this 4th day of January, 2005, that a true and correct copy of the Dismissal Stipulation has been duly furnished via ~~Electronic~~ Transmittal ~~to all~~ counsel of record.

Law Offices of Faith A. LaSalle