UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| TAMMY PASSA, ET AL. Plaintiffs, | § § § § | |
| v. | § § | Civil Action No. 03-148L |
| JEFFREY DERDERIAN, ET AL. Defendants. | § § § § | Judge: Ronald R. Lagueux |

**ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFFS' NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS**

TO THE HONORABLE COURT:

BRIAN BUTLER (the 24th listed Defendant in the above-referenced action, hereinafter "BUTLER" or "Defendant"), TVL BROADCASTING, INC. (the 25th listed Defendant in the above-referenced action, hereinafter listed as "TVL" or "Defendant"), and STC BROADCASTING, INC. (the 26th listed Defendant in the above-referenced action, hereinafter listed as "STC" or "Defendant") (collectively, "Defendants") respectfully file this Answer to Plaintiffs' Notice Of Adoption Of First Amended Master Complaint Subject To TVL's And STC's separately filed Partial Motion to Dismiss, as follows:

Defendants incorporate by reference their previously filed Answer To The First Amended Master Complaint filed in the *Gray* case (C.A. 04-312L).[1] In addition, Defendants answer Plaintiffs' additional claims as follows:

[1] Without waiving any of their defenses related to service of process, Defendants state that their counsel has received a copy of "Notice Of Adoption Of First Amended Master Complaint (Station Nightclub Fire Litigation)" in *Passa, et al. v. Jeffrey Derderian, et al.* case (C.A. 03-148L), which adopts the First Amended Master Complaint filed in *Gray, et al. v. Jeffrey Derderian, et al.* (C.A. 04-312L). Defendants themselves have never been properly served with service of process in the *Passa* case. To the extent Defendants are presently before this Court in the *Passa* matter, Defendants submit this Answer.

add for this case

227

## PARTIES

**Plaintiffs**

1. (249) The Plaintiff, Tammy Passa, is a resident of Warwick, Rhode Island. Ms. Passa was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Tammy Passa sustained severe injuries, burns, scarring and a disfigurement.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

2. (250) The Plaintiff, Walter Castle, Jr., is a resident of North Kingston, Rhode Island. Mr. Castle was a patron of The Station night-club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club and was psychologically injured and sustained severe inhalation injuries.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

3. (251) The Plaintiff, Cheryl Harris-Rossi, estranged wife and next-of-kin of decedent, Joseph E. Rossi, is a resident of the City of West Warwick, Rhode Island. An Executor or an Administrator for the Estate of Joseph E. Rossi, the deceased, has not been appointed enabling the next of kin to proceed. The personal representative, Cheryl Harris-Rossi, therefore, has the exclusive right to bring the instant action and sues for the benefit for all named or unnamed beneficiaries.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

**PRAYERS FOR RELIEF**
**SUBMITTED ON BEHALF OF THE PLAINTIFFS**
**IN TAMMY PASSA, ET ALS V. JEFFREY DERDERIAN, ET AL**
**C.A. NO. 03-148L**

WHEREFORE, the Plaintiffs respectfully pray for:

1. Compensatory damages;

2. Punitive damages including attorneys' fees;

3. Costs; and

4. Such other relief as this Court deems just and equitable.

**RESPONSE:** Defendants deny that Plaintiffs are entitled to recover any damages from any of these Defendants and are without knowledge or information sufficient to form a basis as to whether Plaintiffs are entitled to recover damages from any other Defendants. The claims in the PRAYERS FOR RELIEF paragraph found at page 4 of Plaintiffs' Notice Of Adoption Of First Amended Master Complaint are acknowledged but denied.

**AFFIRMATIVE DEFENSES**

1. The Plaintiffs fail to state a claim upon which relief could be granted against these Defendants.

2. The claim asserted against TVL and STC derived through the conduct of Derderian is barred by the First Amendment to the United States Constitution and Article I, Sections 20 and 21 of the Rhode Island Constitution.

3. STC denies that it is the corporate owner of WPRI-TV, Channel 12, and is, therefore, the wrong corporate defendant. STC was merged into TVL in August 2002 and has no corporate existence.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the claims against them be dismissed with prejudice and that they recover their costs of suit herein and that they be awarded such further relief at law or in equity as to which they may be entitled.

Respectfully submitted,

Defendants TVL BROADCASTING, INC., STC BROADCASTING, INC. and BRIAN BUTLER,
by their Attorneys,

Charles L. Babcock
Nancy W. Hamilton
Earl H. Walker
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax

DATED: 2/4/05

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of February, 2005, a true and correct copy of ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFFS' NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS was served via email in PDF format only, upon:

| | |
|---|---|
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer | asonger@shb.com |
| Anthony F. DeMarco | tdemarco@conversent.net |
| Brian R. Cunha | Brian@Briancunha.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Donna M. Lamontagne | Dlamontagne@zizikpowers.com |
| Edward M. Crane | ecrane@skadden.com |
| Edward T. Hinchey | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | mcpherson@m-klaw.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Faith A. LaSalle | flasalle@lasallelaw.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Gregory L. Boyer | boyerlaw1@aol.com |
| Howard A. Merten | hmerten.station@vetterandwhite.com |
| Howard J. Julian | sohohomes@yahoo.com |
| J. Renn Olenn | jro@olenn-penza.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr. | jrestivo@reedsmith.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy | jtm@hansoncurran.com |
| Jessica L. Margolis | jmargolis@debevoise.com |
| John J. Nazzaro | attynazzaro@aol.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph J. McGair | jjm@petrarcamcgair.com |
| Joseph V. Cavanagh, Jr. | jvc@blishcavlaw.com |
| Marc DeSisto | marc@Desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill | mcahill@choate.com |

| | |
|---|---|
| Mark K. Ostrowski | mostrowski@goodwin.com |
| Mark P. Dolan | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark Tourgee | inmantourgeelaw@aol.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | wvenditti@wistbar.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Randall L. Souza | RSouza@nixonpeabody.com |
| Richard W. MacAdams | Rmacadams@mandwlaw.com |
| Robert Reardon and Robert Rimmer | Reardonlaw@aol.com |
| Ronald J. Resmini | Resminilaw@yahoo.com |
| Ronald Langlois | rlanglois@smithbrink.com |
| Russell Bengtson | RBengtson@ckmlaw.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | singinglawyer@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia | sbreggia@BBGlaw.us |
| Stephen M. Prignano | sprignano@EdwardsAngell.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci | SMinicucci@calvinolaw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |

Nancy Hamilton /DMK

Nancy Hamilton



3814978v1