# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) DANIEL BIECHELE, ALIAS
RESIDENT AGENT FOR SERVICE OF PROCESS:

BONALD J. MARONEY, ESQ.
Kelly, Kelleher, Reilly & Simpson
146 Westminster St.
Suite 500
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK — DATE 3/30/05

Paulette J Dube
(By) DEPUTY CLERK Chief Deputy Clerk

233

440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☑ Other (specify): SERVICE ASSERTED 4/8/05

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 APR 12 A 10:40
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.