# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) JBL, INCORPORATED f/k/a JAMES B. LANSING SOUND, INCORPORATED d/b/a JBL PROFESSIONAL

SERVE:
C. RUSSELL BENGTSON, ESQ.
One Turks Head Place
Suite400
Prov., RI 02903

ATTORNEY FOR JBL, INCORPORATED f/k/a JAMES B. LANSING SOUND, INCORPORATED d/b/a JBL PROFESSIONAL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald J.Resmini,Esq. #0484

RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Burke

DATE 2/13/05

(By) DEPUTY CLERK Chief Deputy Clerk

(235)

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE 4/14/05 |
| OF SERVER *(PRINT)* KENNETH K NORISIAN | TITLE FEDERAL COURT PROCESS SERVER |

*ieck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): LINDA PEARSE CT CORPORATION ACCEPTED FOR GRESHAM + ASSOCIATES OF RI INC

### STATEMENT OF SERVICE FEES

| 'EL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 - |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/05
Date

[signature]
*Signature of Server*

1545 ATWOOD AVE JOHNSTON RI 02919
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 APR 20 A 10:14

s to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) GRESHAM & ASSOCIATES OF RHODE ISLAND, INC.

SERVE: RESIDENT AGENT FOR SERVICE OF PROCESS:
C T CORPORATION SYSTEM
10 Weybosset St.
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFF'S ATTORNEY** (name and address)

Ronald J.Resmini,Esq. #0084

RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke DATE 2/13/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE 4/14/05 |
| OF SERVER *(PRINT)* KENNETH R NORISIAN | TITLE FEDERAL COURT PROCESS SERVER |

*ıeck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): LAW OFFICE OF CRUSELL BENGTSON ACCEPTED FOR JBL INCORPORATED

### STATEMENT OF SERVICE FEES

| 'EL | SERVICES 40 | TOTAL 40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/05
Date

Signature of Server

1945 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

2005 APR 20 A 10: 14
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

[1] to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.