UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET ALS :

-VS- : C.A.NO. 03-148L

JEFFREY DERDERIAN, ET ALS :

## ACKNOWLEDGMENT

1. I, JOHN W. MAHONEY, am authorized to accept service of process on behalf of High Caliber Inspections, Inc. and Multi-State Inspections, Inc. and to accept service of process in lieu of these Defendants being served directly by counsel for Plaintiffs in the matter of Tammy Passa, et als v. Jeffrey Derderian, et als, C.A. No. 03-148L, and for the Plaintiffs in the matter of Ronald Kingsley et al v. Jeffrey Derderian, et al, C.A. No. 03-208L and for the Plaintiffs in the matter of Andrew Paskowski, et al v. Jeffrey Derderian, et al, C.A. No. 05-002L pursuant to Federal Rule 4;

2. By accepting the Summons and First Amended Master Complaint from the Passa Plaintiffs, the Kingsley Plaintiffs and the Paskowski Plaintiffs; High Caliber Inspections, Inc. and Multi-State Inspections, Inc. acknowledge that full and complete service of process has been made in

238

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) MULTI-STATE INSPECTIONS, INC.

SERVE: JOHN W. MAHONEY, ESQ., ATTORNEY FOR MULTI-STATE INSPECTIONS, INC.
Asquith & Mahoney, LLP
155 South Main St.
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald J.Resmini,Esq. #0484

RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 4/6/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| ice of the Summons and complaint was made by me[1] | DATE |
|---|---|
| OF SERVER *(PRINT)* | TITLE |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

______________________________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

______________________________________________

______________________________________________

☐ Other (specify): ______________________

______________________________________________

______________________________________________

### STATEMENT OF SERVICE FEES

| EL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

1 to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) HIGH CALIBER INSPECTIONS, INC.

SERVE: JOHN W. MAHONEY, ESQ., ATTORNEY FOR HIGH CALIBER INSPECTIONS, INC.
Asquith & Mahoney, LLP
155 South Main St.
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald J.Resmini,Esq. #0484

RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

DATE 4/6/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE |
| OF SERVER *(PRINT)* | TITLE |

*ieck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

### STATEMENT OF SERVICE FEES

| 'EL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

; to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.