# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) MANIC MUSIC MANAGEMENT, INC.
RESIDENT AGENT FOR SERVICE OF PROCESS:

STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

4

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Duke — DATE 3/30/05

Chief Deputy Clerk
(By) DEPUTY CLERK

239

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE |
| OF SERVER *(PRINT)* | TITLE |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________________________

☐ Returned unexecuted: ________________________________________

☒ Other (specify): Service accepted by defendant's counsel on 4/20/05
Steven M. Richard
Steven M. Richard (4403)

## STATEMENT OF SERVICE FEES

| BL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________________ ____________________________
Date Signature of Server

____________________________
*Address of Server*

U.S. DISTRICT COURT
OF RHODE ISLAND

2005 APR 26 A 10:44

FILED

: to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) JACK RUSSELL, ALIAS
RESIDENT AGENT FOR SERVICE OF PROCESS:

STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

5

CLERK Paulette J Duke

DATE 3/30/05

(By) DEPUTY CLERK Deputy Clerk

## RETURN OF SERVICE

| ce of the Summons and complaint was made by me[1] | DATE |
|---|---|
| OF SERVER *(PRINT)* | TITLE |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☑ Other (specify): Service accepted by defendant's counsel on 4/20/05.
Steven M. Richard
Steven M. Richard (4403)

### STATEMENT OF SERVICE FEES

| EL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

FILED
2005 APR 26 A 10:44
DISTRICT COURT
DISTRICT OF RHODE ISLAND

[1] to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) PAUL WOOLNOUGH, ALIASS
RESIDENT AGENT FOR SERVICE OF PROCESS:
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

10

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Duke

DATE 3/30/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ce of the Summons and complaint was made by me[1] | DATE |
| OF SERVER *(PRINT)* | TITLE |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☑ Other (specify): Service accepted by defendant's counsel on 4/20/05

Steven [signature]

Steven M. Richard (4403)

### STATEMENT OF SERVICE FEES

| EL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________

Date *Signature of Server*

______________________

*Address of Server*

DISTRICT COURT
RHODE ISLAND

2005 APR 26 A 10: 44

FILED

to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) KNIGHT RECORDS, INC.
RESIDENT AGENT FOR SERVICE OF PROCESS:
STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
one Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke — DATE 3/30/05

Chief Deputy Clerk

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE |
| OF SERVER (PRINT) | TITLE |

*ieck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service accepted by defendant's counsel on 4/20/05

Steven M. Richard

Steven M. Richard (4403)

### STATEMENT OF SERVICE FEES

| 'EL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________________ ________________________
Date *Signature of Server*

________________________
*Address of Server*

DISTRICT COURT
OF RHODE ISLAND

2005 APR 26 A 10: 44

(1) to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) JACK RUSSELL TOURING, INC.
RESIDENT AGENT FOR SERVICE OF PROCESS:

STEVEN M. RICHARD, ESQ.
Nixon Peabody LLP
One Citizens Plaza
Prov., RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

34

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke — Chief Deputy Clerk

DATE 3/30/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| ce of the Summons and complaint was made by me[1] | DATE |
|---|---|
| OF SERVER *(PRINT)* | TITLE |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☑ Other (specify): Service accepted by defendant's counsel on 4/20/05
Steven M. Richard
Steven M. Richard (4403)

### STATEMENT OF SERVICE FEES

| EL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

FILED
2005 APR 26 A 10:44
DISTRICT COURT
RHODE ISLAND

: to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.