# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

TAMMY PASSA, ET ALS

V.

JEFFREY DERDERIAN, ET ALS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of Defendant) CERTAIN UNDERWRITERS AT LLOYD'S LONDON

SERVE: MARK P. DOLAN, ESQ. ATTORNEY FOR CERTAIN UNDERWRITERS AT LLOYD'S LONDON
Rice Dolan & Kershaw
170 Westminster St.
Suite 900
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald J.Resmini,Esq. #0484

RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
CLERK
Chief Deputy Clerk

2/13/05
DATE

(By) DEPUTY CLERK

243

## RETURN OF SERVICE

| rice of the Summons and complaint was made by me[1] | DATE |
|---|---|
| E OF SERVER *(PRINT)* | TITLE |

*heck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): 4/26/05
Attorney Mark P. Dolan

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date

______ *Signature of Server*

______ *Address of Server*

2005 MAY -2 A 11:12
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.