**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TAMMY PASSA, Alias, ET AL :
:
VS. : C.A. NO. 2003-148
:
JEFFREY DERDERIAN, ET AL :

***STIPULATION***

I, Ronald J. Resmini, Attorney for the Plaintiffs in the above-entitled matter hereby agree that the Answer previously filed by Defendant Daniel Biechele shall stand and there will be no additional responsive pleadings required.

TAMMY PASSA, ET AL
By Their Attorneys,

Ronald J. Resmini - #0484
Ronald J. Creamer - #3891
Attorney for Plaintiffs
155 South Main Street
Providence, RI 02903
(401) 751-8855
(401) 737-6464—FAX

DATED: May 13, 05

DANIEL BIECHELE
By His Attorneys,

Donald J. Maroney

James H. Reilly - #0658
Donald J. Maroney - #3737
Attorney for Defendant, Daniel Biechele
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

DATED: 5-26-05

Enter: Ronald R. Lagueux
Sr. USDJ 6/1/05