UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ALIAS, ET AL.

Plaintiffs,

v.

JEFFREY DERDERIAN, ET AL.

Defendants.

C.A. NO.: 03-148-L

**NOTICE OF APPEARANCE**

**To the Clerk of this Court and all parties of record**:

Enter my appearance as counsel in this case for the defendant, Luna Tech, Inc.

Respectfully submitted,
LUNA TECH, INC.

By: ______________________
Robert T. Norton, (RI #5492)
SLOANE AND WALSH, LLP
Three Center Plaza, 8th Floor
Boston, Massachusetts 02108
(617) 523-6010
E-Mail: rmorton@sloanewalsh.com

Dated: December 6, 2005
S:\VARIOUS PLAINTIFFS V. LUNA TECH - LE280-6098\Pleadings\PASSA\12-06-05 Notice of Appearance for RTN.doc

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was mailed electronically on December 6, 2005, postage prepaid, to the following attorneys of record as of said date, unless otherwise noted:

## Counsel for Plaintiffs

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Brian Cunha, Esq.
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Daniel J. Horgan, Esq.
THE HORGAN LAW OFFICES
111 Huntington Street
New London, CT 06320

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Eva Marie Mancuso, Esquire
HAMEL, WAXLER, ALLEN & COLLINS
387 Atwells Avenue
Providence, RI 02909

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

Ralph J. Monaco, Esq.
CONWAY & LONDEGRAN, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

John J. Nazzaro, Esq.
THE LAW OFFICES OF JOHN J. NAZZARO, LLC
164 Hempstead Street
New London, CT 06320

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq.
THE REARDON LAW FIRM, PC
160 Hempstead Street
New London,CT 06320

Ronald J. Resmini, Esq.
Ronald J.Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI
155 South Main Street, Suite 400
Providence, RI 2903

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Max Wistow, Esq.
John P. Barylick, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

**Counsel for Defendants**

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE, PC
One Turks Head Place, Suite 900
Providence, RI 02903

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903

Gregory L. Boyer, Esq.
170 Westminster Street, Suite 200
Providence, RI 02903-2196

Joseph B. Burns, Esq.
ROME McGUIGAN SABANOSH P.C.
One State Street
Hartford,CT 06103

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606

Michael R. DeLuca, Esq.
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02903

Mark P. Dolan, Esq.
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Stephen P. Fogerty, Esq.
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880

Mark Hadden, Esq.
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esquire
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Stephen A. Izzi, Esq.
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903-08019

Howard Julian, Esq.
570 Shermantown Road
North Kingstown, RI 02874

Bruce Keller, Esq.
Michael Portenza, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian Ridlon, Esq.
NIXON PEABODY, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Ronald Langlois, Esq.
Lauen D. Wilkins, Esq.
SMITH & BRINK
One State Street, Suite 400
Providence, RI 02908

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903

John R. Mahoney, Esquire
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Richard W. MacAdams, Esq.
MACADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Edwin F. McPherson, Esq.
MCPHERSON & KALMANSOHN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Matthew F. Medeiros, Esq.
LITTLE MEDEIROS KINDER BULMAN & WHITNEY
72 Pine Street
Providence, RI 02903

Howard A. Merten, Esq.
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903-7120

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN, LLP
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

J. Renn Olenn, Esq.
OLENN & PENZA
530 Greenwich Avenue
Warwick, RI 02886

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS ANGELL PALMER DODGE, LLP
2800 Financial Plaza
Providence, RI 02903

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

James A. Ruggieri, Esq.
Suzanne O'Donoghue, Esq.
HIGGINS, CAVANAUGH & COONEY LLP
123 Dyer Street, 4th Floor
Providence, RI 02903

Eric M. Sommers, Esq.
Benjamin White, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Ann M. Songer, Esq.
SHOOK HARDY & BACON
One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Fred A. Kelly, Jr., Esq.
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Georgia Sullivan, Esq.
MATHIS & ASSOCIATES
55 Farmington Avenue, Suite 500
Hartford, CT 06106

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
1193 Tiogue Avenue
Coventry, RI 02816

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SLATZMAN LLP
Three School Street
Boston, MA 02108

T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, MA 02109-1775

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010

George E. Wolf, III, Esq.
Ann Songer, Esq.
SHOOK, HARDY & BACON, LLP
1200 Main Street
Kansas City, MO 64105-2118

By mail only to:

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Robert T. Norton