UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET ALS :

-VS- :C.A.NO.03-148L

JEFFREY DERDERIAN, ET AL :

NOTICE OF ADOPTION OF
SECOND AMENDED MASTER COMPLAINT
(STATION NIGHTCLUB FIRE LITIGATION)

This acceptance form relates to:

The Plaintiffs in the civil action captioned above Tammy Passa, et als v. Jeffrey Derderian, et al, C.A. No. 03-148L hereby respectfully notify the Court and the parties that they hereby adopt the Second Amended Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312-L in its entirety.

## PARTIES

PLAINTIFFS

(253) The Plaintiff, Erick Dawson, resident of Apt. 4, 127 Legris Ave., West Warwick, Rhode Island, was a patron of The Station Night Club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground. He was injured when he sustained inhalation injuries (a) Jennifer Dawson, wife of Eric Dawson, alleges claims for loss of consortium and (b) Eric Dawson and Jennifer Dawson brings a claim as mother and next-of-friend of minor children, Jerri Ann and Nicholas Dawson.

(254) The Plaintiff, Jacqueline Bernard, resident of 50 Friendly Road, Cranston, Rhode Island was a patron of The Station Night Club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club and (a) brings a claim for loss of consortium for her minor children, Desiree L. and Tam Joseph.

(255) The Plaintiff, Gerald Lee Kemler, jurisdiction address of 54 Wyllys St., Glastonbury, CT 06033 on behalf of the wrongful death sustained by Matthew P. Darby who was lawfully on the premises of The Station Night Club on Cowesett Ave., West Warwick, Rhode Island on February 20, 2003 and died

from injuries sustained in the fire. Matthew Darby, dob 12/14/67, was the son of Gerald Lee Kemler and the child of his biological mother, Betty Quintiliani.

(256) The Plaintiff, Donna Innamorati, is a resident of 2675 NE 59th Terrace, Silver Springs, FL 34488-201. Donna Innamorati, was a patron of The Station Night Club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Her injuries are psychological and of personal injuries (a) Donna Innamorati as parent and next-of-friend of minor children seeks loss of consortium for Heather Grant, dob 10/8/86 and Tara Grant, dob 12/28/87.

(257) The Plaintiff, Alton Ramos, also of 3675 NE 59th Terrace, Silver Springs, FL 34488-2017 was a patron of The Station Night Club on February 20, 2003 and was lawfully on the premises when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Alton Ramos sustained personal injuries and psychological damage and (a) as parent and next-of-friend seeks loss of consortium benefits for Angelica Ramos, dob 6/7/93.

## PRAYERS FOR RELIEF
## SUBMITTED ON BEHALF OF THE PLAINTIFFS
## IN TAMMY PASSA v. JEFFREY DERDERIAN, ET AL
## C.A. NO. 03-148L

WHEREFORE, the Plaintiffs respectfully pray for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
The Plaintiffs

BY: ______________________

RONALD J. RESMINI, ESQ.
Federal Bar No. 0484
155 South Main St.
Suite 400
Prov., RI 02903
DATED: February 3, 2006
(401)751-8855

# CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 3rd day of February, 2006:

| | |
|---|---|
| James R. Lee, Esq. | Email:jlee@riag.state.ri.us |
| Marc DeSisto, Esq. | Email:stationfire@desistolaw.com |
| Curtis R. Diedrich,Esq. | Email:cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | Email:ehinchey@sloanewalsh.com |
| Robert T. Norton | Email:rnorton@sloanewalsh.com |
| Ronald Langlois,Esq. | Email:stationfire@smithbrink.com |
| Lauren Wilkins,Esq. | Email:rwilkins@smithbrink.com |
| Howard A. Merten,Esq. | Email:hmerten.station@psh.com |
| James T. Murphy, Esq. | Email:stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | |
| Christopher C. Fallon, Jr., Esq. | Email:cfallon@cozen.com |
| Anthony F. DeMarco,Esq. | Email:tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email:angelonelaw@aol.com |
| Joseph V. Cavanagh,Esq. | Email:stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | |
| Bruce Keller, Esq. | Email:bpkeller@debevoise.com |
| Michael Potenza, Esq. | Email:mpotenza@devoise.com |
| Matthew F. Medeiros,Esq. | Email:mfm@lmkbw.com |
| Stephen M. Prignano, Esq. | Email:sprignano@eapdlaw.com |
| Stephen J. MacGillivray,Esq. | Email:smacgillivray@eapdlaw.com |
| Donald J. Maroney,Esq. | Email:dmaroney@kkrs.com |
| James H. Reilly, Esq. | Email:jreilly@kkrs.com |
| Edwin F. McPherson,Esq. | Email:emcpherson@m-klaw.com |
| Steven M. Richard, Esq. | StationFireLitigatin@nixonpeabody.com |
| Fred Kelly, Jr., Esq. | |
| James A. Ruggieri, Esq. | Email:jruggieri@hcc-law.com |
| Suzanne O'Donoghue | Email:sodonogue@hcc-law.com |
| Carl A. Henlein, Esq. | Email:chenlein@fbtlaw.com |
| Susan S. Wettle, Esq. | Email:swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email:horganlaw@snet.net |
| John J. Nazzaro,Esq. | Email:attynazzaro@aol.com |
| Ralph J. Monaco,Esq. | Email:rmonaco.c-l@snet.net |
| Mark S. Mandell, Esq. | Email:msmandell@msn.com |

| | |
|---|---|
| Max Wistow,Esq. | Email:jdean@wistbar.com |
| Patrick t. Jones, Esq. | Email:pjones@cmj-law.com |
| Michael S. St.Pierre, Esq. | Email:mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email:sbreggia@BBGlaw.US |
| Steven A. Minicucci, Esq. | Email:sminicucci@calvinolaw.com |
| Eva Marie Mancuso,Esq. | Email:Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email:credihan@KPRlaw.com |
| C. Russell Bengtson,Esq. | Email:rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email:brian@briancunha.com |
| Stefanie DiMaio-Larivee,Esq. | Email:fonia@msn.com |
| Scott J. Tucker, Esq. | Email:stucker@ths-law.com |
| Jospeh B. Burns, Esq. | Email:jburns@rms-law.com |
| Mark Hadden, Esq. | Email:mhadden@mhaddenlaw.com |
| W. Thomas McGough,Jr.,Esq. | Email:jrestivo@reesmith.com |
| James J.Restivo, Jr., Esq. | Email:tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email:tylons@straussfactor.com |
| Andrew J.Trevelise, Esq. | Email:atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email:mnugent@morrisonmahoney .com |
| Deborah G. Solmor, Esq. | Email:ecrane@skadden.com |
| Edward M. Crane, Esq. | Email:dsolmor@skadden.com |
| Mark D. Cahill, Esq. | Email:mcahill@choate.com |
| J. Renn Olenn,Esq. | Email:jro@olenn-penza.com |
| Mark D. tourgee, Esq. | Email:aminchillo@itwlaw.com |
| Richard W. MacAdams,Esq. | Email:macadams@mandwlaw.com |
| Gregory E. Boyer, Esq. | Email:boyerlaw1@aol.com |
| Georgia A.Sulllivan, Esq. | Email:Georgia.sullivan@thehartford .com |
| Mark P. Dolan, Esq. | Email:ricedonlank@aol.com |
| Stephen P. Fogerty, Esq. | Email:fogerty@holloran-sage.com |
| Howard Julian | Email:sohohomes@yahoo.com |
| George E. Wolf, III,Esq. | Email:gwolf@shb.com |
| Ann Songer, Esq. | Email:asonger@shb.com |
| John R. Mahoney, Esq. | Email:johnmahoney@amlawllp .com |
| Charles Babcock,Esq. | Email:Cbabcock@jw.com |
| T.Dos Urbanski,Esq. | Email:stationlitigation@melicklaw |

| | |
|---|---|
| | .com |
| Joseph Krowski, Esq. | Email:josephkrowski.law@erizon.net |
| Lawrence J. Cappuccio, Esq. | Email:I.cappuccio@worldnet.att.net |
| Eric Bradford Hermanson, Esq. | Email:ehermanson@m-klaw.com |
| Peter Schneider, Esq. | Email:pschneider@cmj-law.com |
| Donna M. Lamontagne, Esq. | Email:dlamontagne@zizikpowers .com |
| Faith LaSalle, Esq. | Email:flasalle@lasallelaw.com |
| Joseph J. McGair, Esq. | Email:jjm@petrarcamcgair.com |
| Mark K. Ostrowski, Esq. | Email:mostrowski@goodwin.com |
| Robert I. Reardon, Esq. | Email:reardonlaw@aol.com |
| Esquire | Email:stationfire@esquirecom.com |

Ronald J. Resmini, Esq.