AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET AL

-VS-

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of defendant) Sentinel Products Corporation
John D. Bambara, President
1550 Falmouth Road, Suite 25
Centerville, MA 02632
CERTIFIED MAIL RETURN RECEIPT REQUESTED
CERTIFIED NO.: 7004 0750 0002 4544 9261

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald J. Resmini, Esquire
155 South Main St., Suite 400
Providence, RI 02903
(401)751-8855

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

5-26-06
DATE

[signature]
(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, ADMINISTRATOR, ET AL, :
Plaintiffs

-VS- :C.A.NO.04-312L

JEFFREY DERDERIAN, ET AL,
Defendants :

AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE
ON SENTINEL PRODUCTS CORP.

I, RONALD J. RESMINI, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Third Amended Master Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about February 15, 2006.

3. According to the State of Massachusetts, Office of the Secretary of State, Defendant, Sentinel Products Corp., is a Massachusetts corporation with John D. Bambara listed as president, 1550 Falmouth Rd., Suite 25, Centerville, MA 02632.

4. On May 26, 2006 a copy of the Summons , Petition of Adoption and Third Amended Master Complaint were mailed by Certified Mail, Return Receipt Requested to John D. Bambara, President, 1550 Falmouth Rd., Suite 25, Centerville, MA 02632.

5. The attached Return Receipt indicates that the copy of the Summons, Petition of Adoption and Third Amended Master Complaint were delivered on May 30, 2006. See original Return Receipt attached hereto and made a part hereof.

RONALD J. RESMINI

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this lst day of June, 2006.

Gail-Ann Boranian
NOTARY PUBLIC

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sentinel Products Corporation
John D. Bambara, President
1550 Falmouth Road
Suite 25
Centerville, MA 02632

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) John D. Bambara

C. Date of Delivery 5/30

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 0750 0002 4544 9261

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540