AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET AL

-VS-

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of defendant)

FFNC, Inc.
c/o Gregory W. Searson (Agent for Service of Process)
Suite 1190
2120 South 72nd St.
Omaha, NE 68124
CERTIFIED MAIL RETURN RECEIPT REQUESTED
CERTIFIED NO.: 7004 0750 0002 4544 9230

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald J. Resmini, Esquire
155 South Main St., Suite 400
Providence, RI 02903
(401)751-8855

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

5-26-06
DATE

(BY) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FFNC, INC.
c/o Gregory W. Searson
2120 South 72nd St.
Suite 2120
Omaha, NE 68124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Greg Sear[signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Greg Searson
C. Date of Delivery: 5-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7004 0750 0002 4544 9230

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT DISTRICT OF RHODE ISLAND

TAMMY PASSA, ET AL

-VS-

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-148L

TO: (Name and address of defendant) Sentinel Products Corp.
c/o John D. Bambara, President
Agent for Service of Process
96 Airport Rd.
Hyannis, MA 02601
CERTIFIED MAIL RETURN RECEIPT REQUESTED
CERTIFIED NO.: 7004 0750 0002 4544 9278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald J. Resmini, Esquire
155 South Main St., Suite 400
Providence, RI 02903
(401)751-8855

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

5-26-06

DATE

(BY) DEPUTY CLERK

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sentinel Products Corp.
c/o John D. Bambara, President
96 Airport Rd.
Hyannis, MA 02601

2. Article Number (*Transfer from service label*) 7004 0750 0002 4544 9278

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [handwritten name]

C. Date of Delivery 6/2/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540