UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al | : | |
| VS. | : | C.A. NO. 03-148L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| JEFFREY DERDERIAN, ET AL | : | |

* * *

| | | |
|---|---|---|
| RONALD KINGSLEY, et al | : | |
| VS. | : | C.A. NO. 03-208L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| JEFFREY DERDERIAN, ET AL | : | |

* * *

| | | |
|---|---|---|
| ANDREW PASKOWSKI, ET AL | : | |
| VS. | : | C.A. NO. 05-002L (Adopting 3rd Amended Master Complaint in C.A. No. 04-312L) |
| JEFFREY DERDERIAN, ET AL | : | |

**ANSWER OF DEFENDANT, SURPLEX UNDERWRITERS, INC., TO PLAINTIFFS' NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Plaintiffs have adopted the Third Amended Master Complaint filed in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No. 04-312-L (the "Gray Case"). On March 27th, 2006, Defendant, Surplex Underwriters, Inc. Filed its Answer to the Third Amended Master Amended Complaint in the Gray Case. This Defendant adopts and incorporates herein said Answer, including its affirmative defenses and jury trial demand.

Furthermore, as to the allegations of Paragraphs 1 through 10, inclusive, of the Plaintiffs' Pro Forma Complaint, the Defendant, Surplex Underwriters, Inc., is without acknowledge or information sufficient to form a belief as to the truth of the averments contained therein and therefore leave the Plaintiffs to their proof.

WHEREFORE, the Defendant, Surplex Underwriters, Inc., demands judgment dismissing the Plaintiffs claims with prejudice and that it be awarded costs and such other and further relief as the Court deems just.

Defendant,
Surplex Underwriters, Inc.,
By and Through Its Attorney,

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH & BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

**CERTIFICATION**

I, the undersigned, do hereby certify on this 29th day of June, 2006, that an exact copy of the within Answer was electronically mailed to the individuals list in the attached Exhibit "A":