**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TAMMY PASSA, et al.<br>Plaintiffs<br>v.<br>JEFFREY DERDERIAN, et al.<br>Defendants | CIVIL ACTION NO. 03-148-L<br>(adopting C.A. No. 04-312-L) |

**DEFENDANT CELOTEX CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Plaintiffs in the above captioned matter have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al,* C.A. No. 04-312-L, in its entirety, as stated in their "Notice of Adoption of Third Amended Master Complaint (Station Nightclub Fire Litigation)", filed February 16, 2006. In response, defendant Celotex Corporation hereby repeats and incorporates by reference, as if fully set forth herein, its Answer and Affirmative Defenses to the Plaintiffs' Third Amended Master Complaint, as adopted by the *Passa* plaintiffs.

Furthermore, as to paragraphs (1) through (8) in the *Passa* plaintiffs' Adoption of Third Amended Complaint, Defendant Celotex Corporation hereby responds as follows:

1-8. Celotex Corporation is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 1-8 and, therefore, such allegations are denied.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant, Celotex Corporation, demands that the claims be dismissed with prejudice, that judgment be entered in its favor, and that Celotex be awarded costs and such other relief as the Court deems just.

## JURY CLAIM

Defendant Celotex Corporation demands a trial by jury as to all allegations set forth in the Third Amended Master Complaint, as adopted by the *Passa* plaintiffs, and any other pleading in this case that the *Passa* plaintiffs adopt.

Dated: July 19, 2006

Respectfully submitted,
Defendant Celotex Corporation,
By its Attorney,

Stephen T. Armato #6395
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (410) 274-7850
Fax: (410) 274-9670
E-mail: StationLitigation@cetcap.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THE 21ST DAY OF JULY, 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Joseph Aronson, Esq. | jaronson@mccormackfirm.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| John P. Barylick, Esq. | jpb@wistbar.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D.Cahill, Esq. | mcahill@choate.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kim M. Clarke, Esq | Kclarke@nixonpeabody.com |
| John J. Cloherty, Esq. | jcloherty@piercedavis.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Brian Cunha, Esq. | Brian@Briancunha.com |
| Jessica Deanseris, Esq. | jdean@wistbar.com<br>jad@wistbar.com |
| Michael R. De Luca, Esq. | mrd@gsm-law.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Gerald C. DeMaria, Esq. | gdemaria@hcc-law.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Eric. B. DiMario, Esq. | edimario@gunninglafazia.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |

| | |
|---|---|
| Bennett R. Gallo, Esq | brg@ndgrb.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton, Esq | nhamilton@jw.com |
| William A. Heffernan, Esq. | HeffernanLaw@aol.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Stephen Izzi, Esq. | Stephen.izzi@hklaw.com<br>sizzi@mosesafonso.com |
| Craig A. Johns, Esq. | johnsc@Nationwide.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Fred A. Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Stephen B. Lang, Esq. | slang@hcc-law.com |
| Ronald Langlois, Esq. | Stationfire@smithbrink.com<br>rlanglois@smithbrink.com |
| James R. Lee, Esq. | Jlee@riag.state.ri.us |
| Anthony R. Leone, II, Esq. | leonelaw@cox.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael McCormack, Esq. | mmccormack@mccormackfirm.com |
| W. Thomas McGough Jr., Esq. | tmcgough@reedsmith.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard Merten, Esq. | Hmerten.station@psh.com<br>hmerten@vetterandwhite.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| David Mitrou, Esq. | dmitrou@mccormackfirm.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Robert Norton, Esq. | rnorton@sloanewalsh.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |

| | |
|---|---|
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Charles N. Redihan, Esq. | credihan@kprlaw.com |
| James H. Reilly III, Esq. | jreilly@kkrs.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| James J. Restivo Jr., Esq. | jrestivo@reedsmith.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Stephen M. Richard, Esq. | srichard@nixonpeabody.com |
| Ian C. Ridlon, Esq. | iridlon@burnslev.com |
| Robert J. Rimmer, Esq. | reardonlaw@aol.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| Michael T. Ryan, Esq. | MTRyan@rrjd-law.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Peter J. Schneider, Esq. | pschneider@cmjlaw.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Eric M. Sommers, Esq. | eric.sommers@mclane.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Randall Souza, Esq. | rsouza@shslawfirm.com |
| Georgia Sullivan | Georgia.Sullivan@thehartford.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Rajaram Suryanarayan | rsury@gunninglafazia.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Bruce Gregory Tucker, Esq. | btucker@legalmgt.com |
| Scott T. Tucker, Esq. | stucker@ths-law.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Earl H. Walker, esq. | ewalker@jw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| Lauren D. Wilkins, Esq. | Stationfire@smithbrink.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Max Wistow, Esq. | mw@wistbar.com |
| George Wolf, III, Esq. | stationfire@shb.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |

/s/ Stephen T. Armato #6395 /KEB
Stephen T. Armato #6395
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (410) 274-7850
Fax: (410) 274-9670
E-mail: StationLitigation@cetcap.com