**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TAMMY PASSA, et al. Plaintiffs, | : | |
| vs. | : | C.A. No. 03-148L |
| JEFFREY DERDERIAN, et al. Defendants. | : | |

**DEFENDANT PACTIV CORPORATION'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO**
**NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**
**(STATION NIGHTCLUB FIRE LITIGATION)**

Defendant Pactiv Corporation ("Pactiv") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to Plaintiffs' Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312-L. Pactiv further answers the additional allegations set forth in Plaintiffs' Notice of Adoption of Third Amended Master Complaint:

**PARTIES**

**PLAINTIFFS**

1-8. Pactiv is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in these Paragraphs and therefore denies the same and leaves Plaintiffs to their proof.

WHEREFORE, Pactiv Corporation, having fully answered Plaintiffs' Notice of Adoption of Third Amended Master Complaint, denies that Plaintiffs are entitled to any relief from Pactiv

Corporation; demands judgment against Plaintiffs for costs, expenses, and reasonable attorneys' fees; and asks that this Court grant such further relief as it may deem just and proper.

Respectfully submitted,

PACTIV CORPORATION

By: /s/ Bruce G. Tucker, Esq.
One of its Attorneys

Bruce G. Tucker, Esq. (#563)
LEGAL MANAGEMENT SERVICES LLC
55 Hammarlund Way
Middletown, RI 02840
(401) 843-8400

Mark R. Ter Molen, Esq. (pro hac vice)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600

CERTIFICATE OF SERVICE

I, Bruce G. Tucker, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic service of this pleading and will receive service in that fashion. I hereby further certify that pro se defendant Howard Julian was served by first class mail, postage prepaid at the following address: 570 Shermantown, Saunderstown, RI 02874.

By: __/s/ Bruce G. Tucker, Esq.________