UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., Plaintiffs | ) | |
| v. | ) | C.A. No. 04-312-L |
| JEFFREY DERDERIAN, et al., Defendants | ) | |

**DEFENDANT SEALED AIR CORPORATION'S RESPONSE, ADOPTING PREVIOUSLY FILED MOTION TO DISMISS, TO PLAINTIFFS'[1] NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Defendant Sealed Air Corporation, hereinafter referred to as "SAC", in response to plaintiffs' "Notice of Adoption of Third Amended Master Complaint" (Passa Doc. #256), hereby adopts and incorporates by reference as if fully set forth herein, its Motion to Dismiss, and Memorandum of Law in Support Thereof, (Gray Doc. #847), filed in response to plaintiffs' Third Amended Master Complaint in *Albert L. Gray, et al. v. Jeffrey Derderian, et al.,* C.A. No. 1:04-CV-312-L (Gray Doc. #695).

[1] *Passa, et al., v. Derderian, et al.,* C.A. No. 03-148-L.

Respectfully submitted,

Defendant,
SEALED AIR CORPORATION,
By its attorneys,

John J. Cloherty III, RI Bar No. 5068
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Providence Office:
128 Dorrance Street, Suite 400
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic mail on the 18th day of August, 2006, to counsel of record.

John J. Cloherty III