UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, *et al.*,<br>Plaintiffs | : | |
| | : | |
| vs. | : | C.A. NO. 03-148-L |
| | : | |
| JEFFREY DERDERIAN, *et al.*,<br>Defendants | : | |

**ENTRY OF APPEARANCE**

We, James A. Ruggieri, John R. Crockett, and Susan S. Wettle, hereby enter our appearance on behalf of Defendants General Foam Corporation, GFC Foam, LLC, PMC, Inc., and PMC Global, Inc.

Defendants
GENERAL FOAM CORPORATION
GFC FOAM, LLC, PMC, INC. and
PMC GLOBAL, INC.
By Their Attorneys
HIGGINS, CAVANAGH & COONEY LLP

/s/ James A. Ruggieri
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
(401) 272-3500 (Tel.)
(401) 273-8780 (Fax)

Of Counsel:
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363