UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TAMMY PASSA, alias, et al., *Plaintiffs,* vs. JEFFREY DERDERIAN, et al., *Defendants.* | C.A. No. 03-148L |

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, hereby enter my appearance in the above-captioned matter on behalf of defendants: Town of West Warwick, by and through its Finance Director, Malcolm Moore; Denis Larocque; Anthony Bettencourt; and Stephen Murray.

Defendants[1]
By their attorneys,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
karen@desistolaw.com

[1] Town of West Warwick, by and through its Finance Director, Malcolm Moore; Denis Larocque; Anthony Bettencourt; and Stephen Murray.

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 21, 2007, that it is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

Karen A. Alegria....................karen@briancunha.com
Thomas C. Angelone .............angelonelaw@aol.com, Conlonmaryv@aol.com
James K. Archibald................jima@wmtburnett.com
Steven T. Armato...................sarmato@cetcap.com, agriffin@cetcap.com; kbjornlund@cetcap.com, mcahalane@cetcap.com
Joseph Aronson......................jaronson@mccormackfirm.com
Charles L. Babcock................cbabcock@jw.com
John P. Barylick.....................jpb@wistbar.com
Joseph J. Bellew.....................jbellew@cozen.com
C. Russell Bengtson...............rbengtson@ckmlaw.com
Kyle E. Bjornlund..................kbjornlund@cetcap.com
Russell Bramley.....................Rbramley@hbhlaw.net
Stephen E. Breggia.................sbreggia@bbglaw.us
Thomas G. Briody..................tbriodylaw@aol.com
William F. Burke ...................wburke@apslaw.com
Mark D. Cahill .......................mcahill@choate.com
John A. Caletri………………jcaletri@melicklaw.com
Lawrence J. Cappuccio ..........l.cappuccio@worldnet.att.net
Joseph V. Cavanagh , Jr.........jvc@blishcavlaw.com
Lawrence G. Cetrulo.............lcetrulo@cetcap.com, agriffin@cetcap.com, kbjornlund@cetcap.com, mcahalane@cetcap.com
Kim M. Clarke .......................kclarke@nixonpeabody.com, ProEfile@nixonpeabody.com
John J. Cloherty , III ..............jcloherty@piercedavis.com
Adam J. Combies……………acombies@piercedavis.com
Edward M. Crane...................ecrane@skadden.com
Ronald J. Creamer..................resminilaw@yahoo.com
Jennifer A Creedon ................jcreedon@cetcap.com
John R. Crockett.....................jcrockett@fbtlaw.com
Thomas J. Cronin...................tcronin@gunninglafazia.com
Brian R. Cunha.......................brian@briancunha.com
James S. D'Ambra..................ricedolan@ricedolan.com
Kathleen M. Daniels ..............kathleen@desistolaw.com
Michael R. DeLuca ................mrd@gsm-law.com
Anthony F. DeMarco .............tdemarco@conversent.net, rdblaw@conversent.net
Gerald C. DeMaria.................gdemaria@hcc-law.com
Marc DeSisto .........................marc@desistolaw.com, laura@desistolaw.com
Michael A. DeSisto................michael@desistolaw.com, laura@desistolaw.com
Eric B. DiMario .....................edimario@gunninglafazia.com

Curtis R. Diedrich ..................cdiedrich@sloanewalsh.com, scimino@sloanewalsh.com
Mark P. Dolan........................ricedolan@ricedolan.com
John J. Doody.........................doody@lbbslaw.com
Christopher C. Fallon, Jr........cfallon@cozen.com
John J. Flanagan.....................jflanagan@torti.com
Bennett R. Gallo.....................brg@ndgrb.com
Richard T. Gallone.................richard@briancunha.com
Josh M. Greenbaum ...............jgreenbaum@cozen.com
Mark C. Hadden.....................mhadden@mhaddenlaw.com
Nancy W. Hamilton ...............nhamilton@jw.com
Timothy B. Hardwicke...........timothy.hardwicke@lw.com, suzanne.kadus@lw.com; chefiling@lw.com
Carl A. Henlein ......................chenlein@fbtlaw.com
Eric B. Hermanson.................ebh@choate.com
John G. Hines.........................Hines-corrigan@conversent.net
Daniel J. Horgan ....................horganlaw@snet.net
Stephen A. Izzi.......................sizzi@mosesafonso.com
Patrick T. Jones ......................pjones@cmjlaw.com
Howard Julian ........................sohohomes@yahoo.com,
Fred A. Kelly, Jr.....................fkelly@nixonpeabody.com, ProEfile@nixonpeabody.com
David D. Langfitt ..................dlangfitt@mmwr.com
Ronald P. Langlois.................rlanglois@smithbrink.com
James R. Lee ..........................jlee@riag.ri.gov
S. Michael Levin....................mlevin@wszlaw.com, slevesque@wszlaw.com; efile@wszlaw.com; presnik@mwe.com; skasten@mwe.com
Thomas W. Lyons , III...........tlyons@straussfactor.com
Richard W. MacAdams..........rmacadams@mwdglaw.com, vburrus@mwdglaw.com
Stephen J. MacGillivray.........smacgillivray@eapdlaw.com
David E. Maglio.....................dmaglio@magliolaw.com, dgianq@magliolaw.com
John R. Mahoney ...................jackmahoney@amlawllp.com, lsoucy@amlawllp.com; johnmahoney@amlawllp.com
Eva Marie Mancuso ...............emancuso@hwac.com
Mark S. Mandell ....................msmandell@msn.com
Donald J. Maroney ................dmaroney@kkrs.com
Michael J. Mazurczak ............mmazurczak@melicklaw.com
Michael McCormack .............mmccormack@mccormackfirm.com
W. Thomas McGough , Jr......wmcgough@reedsmith.com
Daniel P. McKiernan .............dmckiernan@mtmlaw.us
Edwin F. McPherson..............emcpherson@m-klaw.com
Howard A. Merten .................hm@psh.com, slb@psh.com
Kelly N. Michels....................knm@hansoncurran.com
Steven A. Minicucci..............sminicucci@calvinolaw.com
David Mitrou..........................dmitrou@mccormackfirm.com
Ralph J. Monaco ....................rmonaco.c-l@snet.net
Tracy L. Montalbano .............reardonlaw@aol.com

James T. Murphy ..................jtm@hansoncurran.com
John F. Murphy......................stationfire@shb.com
Robert T. Norton...................rnorton@sloanewalsh.com
Mark T. Nugent.....................mnugent@morrisonmahoney.com,
cmontgomery@morrisonmahoney.com
William E. O'Gara.................wogara@pld-law.com, smelo@pld-law.com
Mark Parsky ..........................mep@mcveyparsky-law.com
Judith Perritano .....................jperritano@piercedavis.com
Joel F. Pierce .........................jpierce@piercedavis.com
Kevin R. Powers ...................kpowers@cetcap.com
Stephen M. Prignano.............sprignano@eapdlaw.com, rjil@eapdlaw.com
Robert I. Reardon, Jr.............reardonlaw@aol.com
Charles N. Redihan , Jr. .........credihan@kprlaw.com, sharrison@kprlaw.com
James H. Reilly, III ...............jreilly@kkrs.com
Ronald J. Resmini .................resminilaw@yahoo.com
James J. Restivo ....................jrestivo@reedsmith.com
Steven M. Richard ................srichard@nixonpeabody.com,
ProEfile@nixonpeabody.com
Kristin E. Rodgers.................ker@blishcavlaw.com
James A. Ruggieri .................jruggieri@hcc-law.com, sodonoghue@hcc-law.com;
sbodurtha@hcc-law.com; spitcavage@hcc-law.com
Michael G. Sarli ....................mgs@gsm-law.com
Peter J. Schneider..................pschneider@cmjlaw.com
Deborah G. Solmor ...............dsolmor@skadden.com
Ann M. Songer......................stationfire@shb.com
Michael A. St. Pierre.............mikesp@rrsplaw.com, susanl@rrsplaw.com
Georgia Ann Sullivan ...........georgia.sullivan@thehartford.com
Rajaram Suryanarayan ..........rsury@gunninglafazia.com
Henry M. Swan .....................hms@dksblaw.com
Robert K. Taylor ...................rkt@psh.com; tlc@psh.com
Frederick B. Tedford.............ftedford@tedfordhenry.com; lmaggio@tedfordhenry.com;
mbeiletti@tedfordhenry.com; kpond@tedfordhenry.com
Mark R. Ter Molen ...............mtermolen@mayerbrownrowe.com
Andrew J. Trevelise ..............atrevelise@reedsmith.com
Bruce G. Tucker....................btucker@legalmgt.com
T. Dos Urbanski ....................durbanski@melicklaw.com
Earl H. Walker .......................ewalker@jw.com
Susan S. Wettle ......................swettle@fbtlaw.com, jcleary@fbtlaw.com;
tthomas@fbtlaw.com
Max Wistow..........................mwistow@wistbar.com, jdean@wistbar.com
George Wolf..........................stationfire@shb.com
David A. Wollin....................dwollin@apslaw.com, dciuffetelli@apslaw.com

Notice will be delivered by other means to:

Meghan H. Sullivan
531 Salem Heights Drive
Gibsonia, PA 15044

*/s/ Karen K. Corcoran*

Karen K. Corcoran